**ORIGINAL**

1  DONALD W. SEARLES, Cal. Bar No. 135705
   Email: searlesd@sec.gov
2  KRISTIN S. ESCALANTE (Cal. Bar No. 169635)
   Email: escalantek@sec.gov
3  JUNLING MA (Cal. Bar No.213241)
   Email: maj@sec.gov
4  BENJAMIN FAULKNER (Cal. Bar No. 282181)
   Email: faulknerb@sec.gov
5
6  Attorneys for Plaintiff
   Securities and Exchange Commission
7  Michele Wein Layne, Regional Director
   John W. Berry, Associate Regional Director
8  Amy Longo, Regional Trial Counsel
   444 S. Flower Street, Suite 900
9  Los Angeles, California 90071
   Telephone: (323) 965-3998
10 Facsimile: (213) 443-1904

FILED
CLERK, U.S. DISTRICT COURT

9/20/17

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ER _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

SEP 20 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14  | SECURITIES AND EXCHANGE
15  | COMMISSION,
16  |                  Plaintiff,
17  |         vs.
18  | EDWARD CHEN, JEAN CHEN,
19  | HOME PARADISE INVESTMENT
    | CENTER, LLC, GH INVESTMENT
    | LP, GH DESIGN GROUP LLC,
20  | GOLDEN GALAXY LP, AND MEGA
    | HOME LLC,
21
22  |                  Defendants.

CV 17-06929-PA (JEMx)

Case No.

**RECOMMENDATION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION THAT ROBERT MOSIER BE APPOINTED RECEIVER**

**(FILED UNDER SEAL)**

1   DONALD W. SEARLES, Cal. Bar No. 135705
    Email: searlesd@sec.gov
2   KRISTIN S. ESCALANTE (Cal. Bar No. 169635)
    Email: escalantek@sec.gov
3   JUNLING MA (Cal. Bar No.213241)
    Email: maj@sec.gov
4   BENJAMIN FAULKNER (Cal. Bar No. 282181)
    Email: faulknerb@sec.gov
5
    Attorneys for Plaintiff
6   Securities and Exchange Commission
    Michele Wein Layne, Regional Director
7   John W. Berry, Associate Regional Director
    Amy Longo, Regional Trial Counsel
8   444 S. Flower Street, Suite 900
    Los Angeles, California 90071
9   Telephone: (323) 965-3998
    Facsimile: (213) 443-1904

10

LODGED
CLERK, U.S. DISTRICT COURT

11

SEP 2 0 2017

12

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV 17 - 0 6 9 2 9 - PA (JEMx)

14   SECURITIES AND EXCHANGE          Case No.
     COMMISSION,
15                                    **RECOMMENDATION BY
                Plaintiff,            PLAINTIFF SECURITIES AND
16                                    EXCHANGE COMMISSION THAT
           vs.                        ROBERT MOSIER BE APPOINTED
17                                    RECEIVER**
     EDWARD CHEN, JEAN CHEN,
18   HOME PARADISE INVESTMENT
     CENTER, LLC, GH INVESTMENT
19   LP, GH DESIGN GROUP LLC,         **(FILED UNDER SEAL)**
     GOLDEN GALAXY LP, AND MEGA
20   HOME LLC,
21
                Defendants.
22

23

24

25

26

27

28

1       Plaintiff Securities and Exchange Commission ("SEC") requests the

2  appointment of a temporary receiver over defendants Home Paradise Investment

3  Center, LLC, GH Investment LP, GH Design Group LLC, Golden Galaxy LP, Mega

4  Home LLC, and Four Star Realty Group (collectively, the "Receivership Entities")

5  and their subsidiaries and affiliates.  The SEC requests that the receiver have the full

6  powers of an equity receiver, including, but not limited to, full power over all funds,

7  assets, collateral, premises, choses in action, books, records, papers, and other real or

8  personal property, including notes, deeds of trust, and other interests in real property,

9  belonging to, being managed by, or in the possession or control of the Receivership

10  Entities, and any of their subsidiaries and affiliates.  The SEC is not seeking to have a

11  receiver appointed over the individual defendants Edward Chen and his wife, Jean

12  Chen, but is only seeking a freeze of their assets.

13       The SEC recommends that Robert Mosier be appointed receiver in this action.

14  Attached hereto as Exhibit 1 is a copy of a letter stating his qualifications, and the

15  qualifications of his firm, Mosier & Company, Inc., and including a proposal to

16  provide services as a receiver, and which includes additional information on his firm

17  and their services.  Mr. Mosier sent the information attached hereto as Exhibit 1 to

18  the SEC at the request of counsel for the SEC in this action, who solicited this

19  information in conformity with internal SEC procedures for selecting candidates to

20  recommend for appointment by Federal District Courts as receivers in SEC actions.

21  The SEC obtained proposals from two other qualified receiver candidates as well and

22  evaluated all three proposals before selecting Mr. Mosier as its recommended

23  candidate for receiver.  If the Court desires, the SEC will provide information

24  regarding these or other candidates.

25       The SEC is recommending Mr. Mosier for several reasons.  Mr. Mosier is an

26  experienced receiver with significant receivership and litigation experience.  Mr.

27  Mosier has served as a receiver in hundreds of matters since 1985, including four

28  SEC federal equity receiverships in securities fraud actions.  Mr. Mosier's regular

1 | hourly rate as a receiver is $425 per hour, which he will discount for this case to $383

2 | per hour, which is within the reasonable range, particularly in view of his substantial

3 | experience.  In addition, he proposes to have several colleagues work on the team, all

4 | of whom have much lower billing rates.

5 |      Mr. Mosier has also conducted extensive due diligence on the two EB-5

6 | projects at issue in this action, including the ongoing construction of an 80-unit

7 | condominium project in Los Angeles, and has identified certain professionals to assist

8 | him in the evaluation of that project and whether it is financially viable to complete

9 | that project. Mr. Mosier has been involved in over a dozen receiverships where the

10 | principal task was to confirm or deny the economics of completing the project and

11 | then building out the project with funding supplied by the letter.

12 |      For these reasons, and because of the qualifications set forth in the proposal

13 | attached as Exhibit 1 hereto, the SEC respectfully recommends that the Court appoint

14 | Robert Mosier as receiver in this matter.

17 | Dated: September 20, 2017

Respectfully submitted,

/s/ Donald W. Searles
_____
Donald W. Searles
Attorneys for Plaintiff
Securities and Exchange Commission

**Exhibit 1**

# Mosier & Company, Inc.

Federal Equity Receiver
3151 Airway Avenue, Suite A-1
Costa Mesa, California 92626
(714) 432-0800 Fax (714) 432-7329
www.MosierCo.com

President & Managing Partner
Robert P. Mosier

E-Mail Addresses
RMosier@MosierCo.com

July 27, 2017

Consulting Professionals
Craig M. Collins, CPA
Ryan C. Baker, Senior Analyst/Project Coordinator
James G. LeSieur, Project Coordinator
John Green, Field Agent
Nancy Michenaud, Controller
Aurora Bloom, Assistant Controller
Kristina Godinez, Paralegal

CCollins@MosierCo.com
RBaker@MosierCo.com
JLeSieur@MosierCo.com
JGreen@MosierCo.com
NMichenaud@MosierCo.com
Abloom@MosierCo.com
KGodinez@Mosierco.com

Donald Searles, Esq.
Kristin Escalante, Esq.
U. S. Securities and Exchange Commission
Division of Enforcement
444 S. Flower Street, Suite 900
Los Angeles, California 90036

**RE:** **Potential Receivership:  Defendants Edward and Jean Chen, GH Investments LP, Golden Galaxy LP, Plus Business Entities:  Mega Home LLC, GH Design Group LLC, Four Star Realty Group, Home Paradise LLC, US Grandhood, LLC and First Financial Management Group  )**

Dear Mr. Searles and Ms. Escalante:

I am pleased to submit this proposal to be considered for the appointment as Receiver in the above-referenced matter (collectively "Defendants" or "GHI").    I understand that the headquarters of GHI is in Commerce, California with an eighty-unit apartment construction site near downtown Los Angeles adjacent to Koreatown, and a claimed retail showroom in West Los Angeles and warehouse space Ontario, California.  Exhibit "A" is a summary of the entities that you provided with some addresses and related web site data.

This proposal is organized into the following five sections: (a) Management of the Case; (b) the Receiver's Team and Reduced Hourly Rates; (c) Prior SEC Cases, (d) Other Relevant Experience; and (e) Conflicts Information and a License/Insurance Check on the Defendants.

## MANAGEMENT OF THE CASE

1.    Initial Tasks of the Receivership:  Once the Court orders the appointment of a Receiver, the immediate tasks are to (a) secure the office, warehouse and showroom sites plus the construction site; (b) secure the books and records and all electronic data with the goals to back up all electronic data and cut external access to the computers; (c) seize bank accounts and secure funds, (d) meet with the Defendant followed by key employees and then with all employees; and (e) meet with the construction company and determine the status of the eighty-unit apartment complex from a short term and then longer term cash flow perspective.  The construction company/general contractor appears to be a named entity, Home Paradises LLC.

Exhibit 1 Page 3

Donald Searles, Esq. and Christine Escalante, Esq.
U. S. Securities and Exchange Commission
July 27, 2017
Page 2

---

2. <u>Determining Whether to Complete the Construction</u>: With all of the above secure, the next priority will be to determine whether to complete the construction of the eighty-unit apartment project from the perspectives of (a) availability of funding, (b) time to complete the project, and (c) the projected financial viability and value of the project once completed.

3. <u>Subsequent Steps – Identify and Communicate with the Investors/Creditors</u>: Once the above areas are stabilized, I expect to shift attention to the EB-5 investors to quantify their investments. This may involve a forensic accounting, depending on the quality of GHI's records, both electronic and physical. I typically set up a web site for investors so that they can monitor progress memos and court filings. Other administrative tasks are to make certain that all properties (and other assets) are secure and insured. The next goal will be to evaluate the cost-benefit of potential litigation targets with causes of action to follow as warranted. Another step is dealing with any general unsecured creditors versus the investors to establish a payment priority. The final step (after assets/causes of action have been reduced to cash) will be to develop a distribution plan for investors and creditors.

## B. THE RECEIVER'S TEAM AND REDUCED HOURLY RATES

4. <u>The Receiver's Staff</u>: The following individuals would likely be involved in the administration of the case. Exhibit "B" presents bios. The following rates have been reduced 10%. In two open SEC cases (SEC vs. Capital Cove and Secured Capital Investments) that are now proceeding to close, the blended hourly rates are $175 and $195 for the life of these cases.

|   | Individual's Name | Position in the Receivership Estate | Hourly Rate | Reduced Rate 10% |
|---|---|---|---|---|
| 1 | Robert P. Mosier | Receiver | $425 | $383 |
| 2 | Craig M. Collins | CPA, Administrator | $325 | $292 |
| 3 | Ryan C. Baker | Sr. Financial Analyst | $225 | $203 |
| 4 | James G. LeSieur | Sr. Project Director | $195 | $176 |
| 4 | John Green | Field Agent | $115 | $104 |
| 5 | Nancy Michenaud | Controller/Bookkeeper | $105 | $ 95 |
| 6 | Aurora Bloom | Assistant Bookkeeper | $ 55 | $ 50 |
| 7 | Kristina Godinez | Paralegal | $ 40 | $ 36 |

5. <u>Construction Consultant</u>: I plan to hire a construction consultant to evaluate the eighty-unit apartment building: Frank Bohls of Conversion Building Group. Their preliminary fee is $15,000 to $18,000, subject to revision. www. http://conversionbuildinggroup.com/ Exhibit "C"

6. <u>Counsel</u>: I propose to use Kathy Phelps, Diamond McCarthy as lead counsel (she is based in LA and is co-author of The Ponzi Book). Ms. Phelps will reduce her firm's rates by 20% across the board (taking her hourly rate from $625 to $500). Other attorneys who would likely be involved have reduced rates as follows: Leslie Ann Hawes ($585 to $468), Karen Diep ($270 to $216). Diamond McCarthy represents me in the two SEC matters (see below). She and her team are good and get results. Exhibit "D" is a firm profile, Ms. Phelps' profile, the firms rates and the reduced hourly rates summary for those who will likely work on the case.

Exhibit 1 Page 4

Donald Searles, Esq. and Christine Escalante, Esq.
U. S. Securities and Exchange Commission
July 27, 2017
Page 3

---

7.     Special Litigation Counsel:  When litigation appears to have less than a high percentage of succeeding, I employ a contingent-fee firm to handle the matter. This keeps the cost of the litigation capped and paid only if there is a corresponding recovery/benefit. Contingent fee law firms that I have used in SEC cases include Kathy Phelps at Diamond McCarthy, Gregg Zucker, Affeld Grivakes Zucker LLP and Ron Rus from Brown & Rudnick. The percentage of contingency fees range from 25% to as high as 40% of the settlement if a matter goes up on appeal. The actual engagement is, of course, subject to prior court approval.

## C. **PRIOR SEC CASES**

8.     Secured Capital Investments:  I am currently serving as Receiver in the matter of the SEC vs. Secured Capital Investments. I was appointed in approximately October 2015. This case is just moving into the closing process and the Receiver's Final Account and Report will be filed before the end of the third quarter, 2017. I was the successor Receiver in this matter and will send the victims a recovery of just over 10% of their outstanding investment. In this case, I opted not to complete the build out of a mental hospital in Missouri because the prior receiver had removed the patients thereby eliminating the revenue potential for the site.

9.     Capital Cove Bancorp:  I am currently serving as Receiver in the matter of the SEC vs. Capital Cove Bancorp and RK Khalfani. I was appointed on June 18, 2015. This case is also moving into the closing process pending the closing of the final assets sale that took place on July 15, 2017. This case involved 30 residential properties in the greater Los Angeles area and has approximately 70 victims who have invested an estimated $10 million. Contingent-fee litigation against first place, hard money lenders recovered a net of $2.5 million. The victims or investors will receive approximately a 10% return of their original investment. In this case, we opted not to build out approximately 28 homes that were in various stages of remodel due to the economics; these were auctioned "as is."

10.    Private Equity Management Group ("PEMG"):  I was appointed Receiver in the matter of the SEC vs. PEMG on April 24, 2009. The case was closed in February, 2017. Gross recovery was just over $360 million; we paid the investors just over 30% of their outstanding investment (before consideration of special litigation recoveries that were pursued directly by the investors with the involvement of the Receiver and the recovery from a portfolio of life insurance policies – the combined prospective net recovery could be as high as 50%). There were over fifty assets on three continents and nine countries. I pursued litigation in both the US and China. In this case, I evaluated the build out potential of a condominium complex in Dominical, Costa Rico and opted not to proceed with the project due to a lack of confidence in the construction costs and the time to sell the units once completed.

11.    National Financial Systems, Inc. (NFSI):  I served as Receiver for NSFI in the early 2000s. The case was closed over a decade ago. My recovery actions resulted in a 45% payback to the investors through a combination of recovering invested monies, selling investments (real properties and notes), and extricating and selling a clean division that specialized in pension plan management. I also challenged one claim that resulted in a higher distribution for remaining claimants.

Exhibit 1 Page 5

Donald Searles, Esq. and Christine Escalante, Esq.
U. S. Securities and Exchange Commission
July 27, 2017
Page 4

## D. OTHER RELEVANT EXPERIENCE

12.    United States of America vs. Dale and Anne Shipley: This is a Department of Justice ("DOJ") case brought on behalf of the Internal Revenue Service.  I am serving as a Federal Equity Receiver in this matter in San Francisco.  The case involves selling assets to satisfy an $18 million tax lien.  To date, $7.5 million in assets (real estate, art and antiques) have been sold.  The case has a potential for a 100% payout due to some recovered high-tech stock.

13.    United States of America vs. Malcolm Clement:  This is a  former DOJ matter involving a tax protester.  As Receiver in Federal Court in Eugene, Oregon, I was tasked with operating and then selling an RV Park with acreage in rural Oregon.  This relatively small case had large health and safety issues.

14.    People of the State of California vs. Campau Et. Al.  I am currently serving as a state court Receiver in several criminal matters involving alleged workers' compensation insurance fraud.  These cases were filed by the Orange County District Attorney in conjunction with the California Attorney General.  The cases involve overseeing the operation of several companies including two medical device companies, a surgery center in Beverly Hills and related real estate.  The goal was twofold: (a) build a fund for restitution and (b) ensure billing compliance going forward.

15.    United States of America vs. A. L. Hargis & Co:  This is another DOJ case in the Central District of California where I served as Receiver.  This case was unique because we had no records at the time of the appointment.  In the end, we were able to locate assets (an investor turned over a "road map" of assets), plus we liquidated gold coins and silver bars. Judge David Carter and the DOJ were complimentary of our performance in this case given the slow start with professionally wiped computers and destroyed files.

16.    Metacor, Inc. (a Department of Labor case in the Southern District of Florida where I served as Independent Fiduciary):  In Metacor, we recovered assets for the participants of a pension plan where the pension plan funds had been used in the company's operation.  Assets were recovered through settlements and litigation against Metacor's liability insurance carrier. This resulted in a 50% recovery for Plan Participants.

17.    National Investors Financial, Inc.  This was a State Court Class Action lawsuit where I served as Receiver.  The case involved 5,600 Californians (generally retired) who invested approximately $100 million in seven real estate projects (all slated for future development) throughout California.   In this case, we achieved a gross recovery of approximately 30% through a combination of asset sales and litigation settlements (each contributed about 50%).

18.    Buildouts:  This project may involve completing construction of the eighty-unit apartment complex.  I have been involved in over a dozen receiverships where the principal task was to confirm or deny the economics for completing the project and then building out the project with funding supplied by the lender.  The following is a partial list of build out projects:

Exhibit 1 Page 6

Donald Searles, Esq. and Christine Escalante, Esq.
U. S. Securities and Exchange Commission
July 27, 2017
Page 5

---

    a. A Satellite Pad for a Strip Shopping Center in Paramount (brought in by City National Bank due to a partnership dispute).

    b. Two apartment buildings in Hollywood (brought in California Bank and Trust due to insolvency of the developer).

    c. A Condo project in Hermosa Beach (brought in by California Bank and Trust due to insolvency of the developer)

    d. Single family homes in Palmdale (brought in by Farmers and Merchants Bank due to insolvency)

    e. Two single family home projects in Azusa (brought in J.P. Morgan Chase due to the insolvency of the borrower).

### E. CONFLICTS INFORMATION

19.    No Conflicts: I have examined the list of entities and individuals referenced in the subject line. I do not have any conflicts. I have no disciplinary proceeding pending against me filed by any authority.

20.    Not an SEC Employee: I am not now nor have I ever been employed by the SEC.

21.    Defendants Insurance and License Status: Exhibit "E" presents a preliminary search of the license and insurance status of Home Paradises, LLC

I would be pleased to serve in this new matter, and believe that we have both availability and experience in buildouts. Should you have any questions, please call or e-mail me at (714) 432-0800 x222 or rmosier@mosierco.com. Thank you for your consideration, and we look forward to the possibility of working with you.

Sincerely yours,

Robert P. Mosier
Candidate, Federal Equity Receiver

Exhibit 1 Page 7

EXHIBIT "A"

Exhibit 1 Page 8

<u>SEC v. Chen/Home Paradise Investments Et. Al.</u>
The following is a preliminary list of entities provided by the SEC and
some very preliminary web research on each entity, where possible.
July 27, 2017

1. **Home Paradise Investment Center, LLC**: The headquarters for the various entities appears to be on the web site at 7000 E Slauson Ave, Commerce, CA 90040 -- http://ushpic.com/.  There is a second address that pops up in Commerce on 5211 Washington Street, Suite #2-193, but that is just a PO box at a UPS store.

2. **Edward and Jean Chen (husband and wife)**: No further information available at this time.

3. **GH Investment LP and Golden Galaxy LP:** Here is what I found on GH Investments PL: https://www.bizapedia.com/ca/gh-investment-lp.html  It is located in Ontario near the intersection of the 10 and 15 freeways.   The warehouse was not open nor was it operating during my drive-by site visit.

4. **Six Other Entities:**

   a. **Mega Home LLC:** The Web site for Mega Home LLC is as follows: https://www.corporationwiki.com/California/Arcadia/mega-home-llc/47066859.aspx The Chens are listed as principals. Two addresses are listed in Arcadia: (a) A UPS store located at 713 W. Duarte Road, Arcadia 91007, and (b) 353 W. Camino Real Ave, Arcadia, CA 91007 (this could be the Chen's residence – not substantiated).  Mega Home LLC also lists two addresses in Commerce at 7000 E. Slauson and P. O. Box at 5211 Washington St. .

   b. **GH Design Group LLC**:  The web address for GH Design Group LLC is as follows: http://www.buzzfile.com/business/Gh-Design-Group,-LLC-909-937-7055.  The addresses for GH Design appear to be the same addresses (Slauson and Washington Streets) in Commerce.

   c. **Four Star Realty Group**:  BuzzFile lists the following for Four Star Realty in Commerce: Four Star Realty Group is located in Commerce, California. This organization primarily operates in the Real Estate Brokers and Agents business/industry within the Real Estate sector.  This organization has been operating for approximately 7 years. Four Star Realty Group is estimated to generate $206,448 in annual revenues, and employs approximately 2 people at this single location (7000 E. Slauson).  The principal is listed as Shirley Sinclair. http://www.buzzfile.com/business/Four-Star-Realty-Group-Inc.-626-535-3148

   d. **Home Paradises, LLC:**  Home Paradises, LLC has its headquarters address at 7000 E. Slauson, but claims to have a showroom/retail center at 10800 West Pico Boulevard, #379, Los Angeles, CA 90064 http://www.homeparadise.com/-ezp-14.html.  A drive-by visit revealed no such showroom/retail center at the Pico Boulevard address.

   e. **US Grandhood LLC:** US Grandhood, LLC show up at the mail box address on Washington Street in Commerce, plus an address at 517 Monterey Pass Rd, Monterey Park, CA. 91754.  This latter address shows the location of Sun & Stars Lighting.   https://www.corporationwiki.com/California/Monterey-Park/us-grandhood-llc/67186900.aspx

   f. **First Financial Management Group:** No reliable internet data was found on this company.

5. **Size of the project**: Reported at $20 million in alleged investment and a construction loan of perhaps $25 million

Exhibit 1 Page 9

EXHIBIT "B"

Exhibit 1 Page 10

# Robert P. Mosier

rmosier@mosierco.com



Robert P. Mosier is President and Chief Executive Officer of Mosier & Company. His specialty for the past forty plus years has been turnarounds and dissolutions. For the past thirty-two plus years, these skills have been applied as a Court-appointed fiduciary in State and Federal Court and Federal Bankruptcy Court.

Total Court/fiduciary assignments since 1985 exceed 620 cases. In April 2009, Mr. Mosier was appointed as a Federal Equity Receiver to oversee the shutdown and windup of Private Equities Management Group (PEMG). The appointment was made in response to an SEC complaint in the United States District Court in Los Angeles. The SEC complaint alleges fraud and Ponzi-like management of approximately $1 billion worth of investment. The major investors include six banks in Taiwan. Recoveries to date exceed $360 million.

Mr. Mosier has also served as a Federal Equity Receiver for the Department of Justice on behalf of the Internal Revenue Service. He was appointed Independent Fiduciary at the request of the Department of Labor over a company involving IRISA violations. Bankruptcy Court related appointments include President/CEO or Chief Restructuring/Responsible Officer, Chapter 11 Trustee/Examiner or Examiner with Expanded Powers. Mr. Mosier has also served as a Provisional Director, Referee, Special Master, and the Court's Expert Witness in multiple State Court matters. Court appointed projects generally fit into three broad asset categories: (a) operating companies or (b) complex real estate projects or (c) both.

Education includes post graduate courses at the Harvard Business School in corporate governance, insolvency, valuation and finance. Mr. Mosier is a graduate of the Bankruptcy mediation program conducted by Pepperdine Law School. Mr. Mosier earned a Masters Degree from the American Graduate School of International Management and an undergraduate degree in business from Arizona State University.

Mr. Mosier is a member of the National Association of Federal Equity Receivers where he just served as Chair of NAFER's annual conference in Chicago, Washington DC and San Diego for 20013 through 2015 respectively. Mr. Mosier is also the Co-Founder of the California Receivers Forum and serves as President of the State Organization. He is also the Publisher of Receivership News, a quarterly journal distributed to California Federal and State Judges in addition to the practitioners of the insolvency community. Mr. Mosier has served as the Co-Chair for four educational programs at Loyola Law School from 2000 to 2014 that focus on the nuances of Receiverships. Each is a two-day education session where top Receiver, lawyers, accountants and Judges provide insight into the area of receiverships with the goal of raising the level of professionalism. Mr. Mosier's published articles include *The History and Profile of a Financially Troubled Company, The Benefits of a Consensual Receivership, The Ten Commandments for a Rents and Profits Receiver among others*. He frequently lectures on insolvency.

Exhibit 1 Page 11

## *Craig Marshall Collins*

ccollins@mosierco.com



Mr. Collins is a Certified Public Accountant, Controller and Chief Financial Officer. He started his career in 1970 at Main Lafrentz & Company (subsequently merged with KPMG Peat Marwick). In 1976, he joined National Education Corporation where he served as Controller for a number of divisions and subsidiaries. This provided Mr. Collins with experience in the day-to-day administration, operation and accounting needs of a business.

In 1984, Mr. Collins joined Allied Education Corporation as Controller and Chief Financial Officer. He has first-hand experience in the bankruptcy system, having been a key financial officer charged with the administration of the bankruptcy estate for Allied Education where he met Mr. Mosier who was appointed Chapter 11 Bankruptcy Trustee in 1991. Since then, he has also served as Executive Vice President of United Education & Software, a company that once generated $100 million in revenues and was publicly traded on the NASDAQ. Mr. Collins was part of a team headed by Mosier as CEO to sell a number of schools in order to maximize the value of these assets for the benefit of creditors.

Because of his strong fiscal orientation, Mr. Collins heads the quantitative side of Mosier & Company. He oversees most operating and real estate cases providing both the operating cash pro forma for going forward and the financial history of the project (as may be required by the Court and or the Parties). Accurate score keeping and compliance with both regulatory issues and court procedures is essential to any company that finds itself doing business under the supervision of the Court. He oversees the bookkeeping area including checks and balances as mandated by some of the Federal oversight agencies including the US Trustee's office and the Inspector General's office of the Department of Justice.

As a team where Mr. Collins brings the skills as an accountant and Mr. Mosier brings the perspective of an experienced fiduciary, they have been tapped several times by the Courts to prepare neutral accountings and serve as the Court's expert witness on the financial aspects of a case. This has generated a significant number of Referee and Expert Witness assignments, in addition to being Court's Expert on occasion.

Mr. Collins earned a Bachelor of Science degree at Fresno State College in 1970 and became a Certified Public Accountant in 1973. He is a member of the American Institute of Certified Public Accountants, the California Society of Certified Public Accountants. He has completed the course on insolvency accounting conducted by the Association of Insolvency Accountants and Restructuring Advisors of which he is also a member.

Mr. Collins is a member of Orange County Chapter of the California Society of Certified Public Accountants where he coordinated continuing education courses. He is a member of the California Receivers Forum and Associate Editor of Receivership News. Mr. Collins has lectured on accounting and tax issues at Loyola IV (a three-day intensive course on the A-Z of Receivership). He is a member of the California Bankruptcy Forum.

Exhibit 1 Page 12

**Ryan C. Baker**
RBaker@MosierCo.com



Ryan Baker is a Receiver and Partition Referee at Mosier & Company, Inc. He also serves as senior financial analyst and project manager.

At Mosier & Company, Ryan has been managed 60+ Receiver, Provisional Director and Partition Referee cases. He has directly managed the operations and provided financial oversight for companies with gross revenue ranging from $700k to $10 million. His experience includes management, financial oversight, audit and forensic accounting. Ryan has managed projects that include both real estate and operating companies. In the real estate arena, Ryan has managed a wide variety of residential and commercial properties ranging from a fourplex apartment building in Missouri to an 180,000 sq/ft commercial building in Simi Valley, California. The duties involved with these properties also ranged depending upon the Court's direction. Tasks included the simple collection of rents to the more involved forensic accounting of books and the oversight of selling the property.

One receivership example includes providing financial oversight for a specialty insurance provider to oversee cash distributions to the ownership parties. This also involved overseeing cash receipts and the payment of vendors during the normal course of business operations. Another example involved a durable medical equipment vendor that came under the scrutiny of the District Attorney for alleged wrongdoing. Ryan oversaw the task of auditing the invoicing practices of the business to determine if they were performed in accordance with prescribed guidelines.

Additional recent experience includes overseeing financial control of two fast food franchise restaurants, liquidating a $70M international chemical company, managing the financial affairs of companies that are the subject of a dispute or insolvency — just to name a few. Ryan's most significant assignment was in the matter of Private Equity Management Group – a billion dollar alleged Ponzi scheme exposed in Federal Court by the Securities and Exchange Commission that resulted in the appointment of a Federal Equity Receiver. This case proved to be a fair test of Ryan's abilities in the area of quantitative evaluation and analysis. Ryan was tasked with tracing $1 billion worth of investment from nine Investors over a ten-year period into a forty-six investment vehicles located in the British Virgin Islands. The overall investments include over 50 assets and 275 life insurance policies; (with over a billion dollars in face value) and a cash flow requirement of $70 million to keep the premiums current. Most of the assets were jointly owned by multiple investors. This analysis provided the basis for the court approved distribution plan to the victims of the $336 million recovery (to date).

Ryan earned an MBA at the University of Southern California and an undergraduate degree in Economics from New York University. He is a member of the California Receivers Forum and regularly participates in the receiver and insolvency education courses sponsored by the Forum and Loyola Law School.

Exhibit 1 Page 13

### James G. LeSieur, III
JLeSieur@MosierCo.com



Mr. LeSieur has nearly 35 years of banking experience where he has served as President and CEO of two community banks: Sunwest and Vineyard. Subsequent to his banking career, he served at the request of the Receiver as President and Chief Operating Officer of Private Equity Management Group (or PEMG) that was the subject of an SEC regulatory Receivership. He also has experience in financing manufactured home dealers.

At PEMG Mr. LeSieur has overseen the collection and sale of commercial notes, sale of commercial and residential real estate and the analysis, management and disposition of a portfolio of timeshare assets. Collectively, these generated over $125 million of recoveries for the Estate.

During his twenty-nine year tenure at Sunwest Bank, he served as Controller, Chief Financial Officer, and 12 years as President and CEO. As President in the early 1990s, he led the successful turnaround of Sunwest that included downsizing the Bank to achieve major cost reductions, a significant reduction in problem loans, redeployment of resources, and non-traditional capital creation. Following the turnaround Mr. LeSieur directed the Bank's successful reentry into the banking community. At the time of his retirement from Sunwest in 2003, the Bank had grown to $250 million in assets (up from a low of $100 million just a few years earlier) and was considered a top performing bank in Orange County.

At Vineyard Bank, he was recruited to the Board of Directors in late 2004 due to his experience at Sunwest, and was later tapped by the Board to serve as interim President and CEO while the bank located a full-time replacement. Vineyard had been greatly over extended during the real estate boom in the mid 2000s, and eventually succumbed to sale by the FDIC.

Prior to his entry into banking, Mr. LeSieur was a Manager in Arthur Young & Co.'s consulting practice. During his six years with Arthur Young he worked on and managed consulting engagements for large and small organizations across industry lines in both the private and government sectors.

Mr. LeSieur has taught at Chapman's University's business school and served as part time Director of its Center for Entrepreneurship. He is a graduate of Purdue University with BS degree in Mechanical Engineering. he served four years as an officer in the U.S. Marine Corps. After the Marine Corps, he attended the University of Pennsylvania's Wharton School and received his MBA in 1969. Mr. LeSieur is a retired Certified Public Accountant.

In addition Mr. LeSieur serves or has served on the boards of Banker Benefits, the for-profit subsidiary of the California Bankers Association, The Lennar Charitable Housing Foundation, the Orange County affiliate of Habitat for Humanity and the Orange County Forum, the latter two of which he also served as Chairman.

Exhibit 1 Page 14

## Accounting, Bookkeeping and Controls

The bookkeeping department at Mosier & Company typically oversees one to three hundred bank accounts and the receipt and expenditure of tens of millions of dollars over the course of a year for the various estates where the Receiver maintains financial control of operating companies and real estate projects.   This department is under the supervision of Craig Collins, CPA and is headed by Nancy Michenaud who serves in the capacity as the Receiver's controller or senior bookkeeper. She is assisted by Aurora Bloom who is also responsible for monthly bank account reconciliations and billings, among other duties.



Nancy Michenaud



Aurora Bloom

This division is subjected to an annual inspection by an outside audit firm that tests the bookkeeping procedures at Mosier & Company to ensure that these are (a) internal controls are properly defined, (b) in compliance established accounting procedures and (c) variations noted.  This pseudo audit is by and large conducted to a standard promulgated by the Inspector General's Office of the Department of Justice that audits Chapter 7 Trustee panel members where different people have to be involved in receiving checks, depositing checks, approving expenditures, signing check and wires, reconciling bank accounts and maintaining financial records. This process is aided at Mosier & Company by appropriate accounting software used in property management and more sophisticated accounting programs that mirror those used by the subject company including Peachtree, MAS, and others. The goal is to run a very tight ship in the area of money management with well-thought-out controls (checks and balances) and the ability to keep parties informed with the production of periodic reports or whenever requested.

## Administration

Ann Sumner heads the administration at Mosier & Company.  She is the chief paralegal and the final signature on all expenditure (wires and checks).  Kristina Godinez is an administrator and paralegal and has attended California State Long Beach, and her experience includes over six years in foreclosure auctions.



Ann Sumner



Kristina Godinez

Exhibit 1 Page 15

EXHIBIT "C"

Exhibit 1 Page 16

# CONVERSION BUILDING GROUP

## About

**Conversion Building Group** is a firm based on sound relationships of trust, integrity and diligence. We employ a team approach with our select group of financial institutions, owners, design consultants, subcontractors and employees while utilizing proven collaborative methods to satisfy our client's needs.

Our commitment is to communicate to each client accurate information in a timely basis, empowering them to make the best decisions for their specific project. We proactively then implement those decisions on site, minimizing risk of unanticipated challenges. We provide unparalleled services prior, during and post construction.

Conversion Building Group strives to earn the trust and confidence of our clients while facing difficult and/or challenging projects. Our clients value the experience we provide and the positive difference we make as their trusted advisors on each project. We utilize our maturity, strengths, vision and talent to produce timely, quality real estate investments.

## Construction Management Services: Construction Management

Given the various challenges faced during construction, strong relationships are the foundation for success. Choosing the right partners is the most critical element in achieving business goals.

The professionals at Conversion Building Group possess the experience, professional networks and skillsets to provide integrated solutions for your project. The path to successful growth begins with clear reasoning and definition of your goals, followed through with a thorough and detailed plan of action, and accountability for all stakeholders. There are many components to manage, including time, cost, quality, scope, risk, collaborative partners, process integration and communication.

This foundation of a well-synergized team sets the table for a project that exceeds client expectations.

## Construction Management Services: Consulting

Given the various challenges faced during construction, strong relationships are the foundation for success. Choosing the right partners is the most critical element in achieving business goals.

The professionals at Conversion Building Group possess the experience, professional networks and skillsets to provide integrated solutions for your project. The path to successful growth begins with clear reasoning and definition of your goals, followed through with a thorough and detailed plan of action, and accountability for all stakeholders. There are many components to manage, including time, cost, quality, scope, risk, collaborative partners, process integration and communication.

This foundation of a well-synergized team sets the table for a project that exceeds client expectations.

**Frank Bohls:** As the founder of CBG, Frank set the company's vision, and has been instrumental in its growth. Prior to founding CBG, Frank had been responsible for all phases of construction, holding positions with some of the leading investment and development companies in Southern California for the past 36 years. His roles have included Vice President, construction and project management, entitlements, pre-construction, and scheduling on a broad variety of projects across the Western United States. He has a depth of experience in multi-family and hospitality projects, and has enjoyed success in the diverse ventures he has undertaken.

**Marc Luedke:** Marc has broad ranging experience in the construction and development industry, including his education as a Structural Engineer, experience as a General Contractor, and history working with integrated Owner/Developer/Builder partnership groups, all of which inform his consulting work. He is driven to find creative solutions to issues, finding goals that bring synergy to the efforts of multi-disciplinary teams. He has worked on diverse project types, including commercial projects for public universities, healthcare facilities, hospitality and multi-family mixed use development. He loves the process of project development, and thrives on solving the myriad of puzzles that real estate development presents.

Exhibit 1 Page 17

## Testimonials:

**Damian Wach**
Vice President at Prudential Mortgage Capital Corporation
Frank is an intelligent and diligent professional who we have relied upon to manage critical construction and facility management services at some of our commercial real estate assets. He work has always been satisfactory, and I would recommend him for any similar services.

**Jim Untiedt, CPCU, ARM, CRIS**
President, PentaRisk Insurance Services, LLC
Frank is one of the few Project mangers who get it. He understands the big bpicture in additon to coordinating all the details to ensure on time and under budget project delivery.

**RC Alley**
Partner at Architects Orange, NCARB
Frank and I have worked together on several occasions building a variety product types. He has an expertise in both commercial and high density multifamily residential projects.

**Steve Schiffer**
Vice President at Twining, Inc.
Mr. Bohls is methodical in his approach to managing his sub-consultants. Very detailed oriented, professional, respectful and courteous when working with all parties. Has a keen eye for talent and utilizes his resources. A great individual to work with and for.

**Tom VanDorpe, S.E.**
President at VCA Engineers
We worked with Frank an two TCR projects and are pleased to recommend him. As a construction Project Manager, we found Frank is very familiar with mixed-use and multifamily residential construction and was proactive on the job. The projects were both successful and he acheived the results we all wanted.

**Jon Watson**
Sr. Manager, Delivery Project Management at IMS Health
Frank is a highly knowledgeable construction professional with outstanding people skills, leadership qualities, and a forward-thinking grasp of how to leverage information technology for managing projects. As a project manager, I found Frank to be demanding, fair, decisive, open to new ideas, respectful, and, above all, professional. I highly recommend Frank to any organization that is interested in hiring a top-notch project leader.

**Philip Mouw**
Associate Vice President, Mechanical Engineer at LSW Engineers Arizona, Inc.
I have worked with Frank on two projects over the past two years. He posses a clear knowledge of building systems and construction practices. I have enjoyed working with Frank and believe that he has greatly contributed to successful projects.

Exhibit 1 Page 18

EXHIBIT "D"

Exhibit 1 Page 19



**DIAMOND McCARTHY** LLP

# Biography of Kathy Bazoian Phelps

Kathy Bazoian Phelps
Diamond McCarthy LLP
1999 Avenue of the Stars, 11th Floor
Los Angeles CA 90067
310-651-2997 (office)
310-488-4883 (cell)
kphelps@diamondmccarthy.com
www.theponzibook.com
www.ponzi-proof.com
www.theponzischemeblog.com
www.kathybphelpsmediator.com



Kathy Bazoian Phelps has more than 25 years of experience as a lawyer in bankruptcy law, fiduciary representation and fraud litigation, as well as serving as a fiduciary herself. Kathy's practice includes representing trustees and receivers, serving as a Chapter 11 trustee, representation of litigants and parties in interest in bankruptcy and receivership cases and other insolvency proceedings. She is particularly knowledgeable about the administration of Ponzi scheme cases and has extensive litigation experience in a claims arising in these types of cases.

Kathy has lectured widely and written on bankruptcy and receivership matters, with a focus on Ponzi schemes. Her book entitled *The Ponzi Book: A Legal Resource for Unraveling Ponzi Schemes*, co-authored with Hon. Steven Rhodes, has garnered national and international attention as the authoritative work on Ponzi scheme law.

In addition to her roles as lawyer, speaker and author, Kathy also serves as a mediator and is currently on the Bankruptcy Mediation Panel for the Central District of California.

**Work Experience**

- Diamond McCarthy LLP in Los Angeles California, Partner: 2013 to present.

- Danning, Gill, Diamond & Kollitz, LLP in Los Angeles California, Partner since 1999: 1991 – 2013.

**Primary Publications**

- *The Ponzi Book: A Legal Resource for Unraveling Ponzi Schemes*. co-authored with Hon. Steven Rhodes (Ret.) (LexisNexis® 2012)

- *Fraud and Forensics: Piercing Through the Deception in a Commercial Fraud Case*, co-author (American Bankruptcy Institute 2015)

- *Ponzi-Proof Your Investments: An Investor's Guide to Avoiding Ponzi Schemes and Other Fraudulent Scams* (IRR Publishing 2013)

Exhibit 1 Page 20

- *The Depths Of Deepening Insolvency: Damage Exposure For Officers, Directors and Others*, co-authored with Prof. Jack F. Williams (American Bankruptcy Institute 2013)

- Author of *The Ponzi Scheme Blog* at www.theponzischemeblog.com

**Memberships and Positions**

- Editor in Chief of *Receivership News*, 2012 to present

- California Receivers Forum, Los Angeles/Orange County Chapter, Board of Directors, 2010 to present

- National Association of Federal Equity Receivers, Board of Directors, 2012 – 2014, October 2016 to present.

- National Association of Federal Equity Receivers, Co-Chair, Conference Committee, 2012 to present

- National Association of Federal Equity Receivers, Co-Chair, Judicial Outreach Committee, 2016 to present

- National Association of Federal Equity Receivers, Co-Chair, Nominating Committee, 2016 to present

- American Bankruptcy Institute, Board of Directors, 2017 to present

- American Bankruptcy Institute, Co-Chair of Commercial Fraud Committee, April 2015 to April 2017

- American Bankruptcy Institute, Special Task Chair of Commercial Fraud Committee, 2013-2015

- Member, International Chamber of Commerce FraudNet global network, 2012-2015, www.icc-fraudnet.org

- American Bar Association, White Collar Crime, Asset Forfeiture and Business Bankruptcy Subcommittee focused on parallel insolvency and criminal proceedings, 2012 to present

- National Association of Bankruptcy Trustees, Member

- Association of Insolvency and Restructuring Advisors, Member

- Armenian Bar Association, Member

- Los Angeles Bankruptcy Forum, Member

- Los Angeles County Bar Association, Member

- Beverly Hills Bar Association, Member

**Recent Awards and Distinctions**

- American College of Bankruptcy, Fellow, Inducted into the 27th Class, March 2016

Exhibit 1 Page 21

- American Bankruptcy Institute, Committee Member of the Year, April 2016

- The International Who's Who of Asset Recovery Lawyers, 2013 - 2016

- Super Lawyers, 2007, 2009, 2010, 2013, 2014, 2015, 2016, 2017

- Super Lawyers Top Women 2016, 2017

**Representative Cases**

- Local litigation counsel for federal equity receiver requested by Commodities Futures Trading Commission in Hunter Wise Commodities LLC.

- Counsel for federal equity receiver requested by the Securities and Exchange Commission in Capital Cove Bancorp, LLC, in which Kathy is lead counsel in unraveling the fraudulent scheme and liquidating the assets of the company and its affiliates.

- Counsel for federal equity receiver requested by the Securities and Exchange Commission in Secured Capital Investments, in which Kathy is lead counsel in advising the receiver on operational issues and assisting with the administration of assets, the sale of properties nationwide, and the claims process for the defrauded victims.

- Chapter 11 trustee of Sonya D. International, Inc., Hazlaha LLC and Sonya Dakar, where Kathy served as trustee and ran the operations of a skin care clinic, investigated the business operations and inter-company transfers, and facilitated a complex settlement which resulted in payment in full to creditors.

- Counsel for federal equity receiver requested by the Securities and Exchange Commission in Diversified Lending Group, Inc., in a $250 million Ponzi scheme case, where Kathy supervised the winding down of the business, the reconstruction of missing and incomplete records, the analysis and tracing of investor funds, the liquidation and recovery on various investments made by the debtor, and the prosecution of litigation to recovery funds for the benefit of the investors and creditors.

- Counsel for federal equity receiver in First Time Credit Solutions, Inc. requested by the Federal Trade Commission, in a credit repair business engaged in allegedly fraudulent activity.

- Counsel for group of defrauded investors in alleged Ponzi scheme bankruptcy case of Vincent Singh and Perfect Financial Corp., defending them against the chapter 7 trustee's fraudulent transfer, preference and usury claims.

- Counsel for state court appointed receiver in Unicorp, Inc., a fraud litigation matter, reconstructing missing records and tracing over $9 million of funds removed by the defendant prior to the receiver's appointment.

- Counsel for chapter 11 and chapter 7 trustees in a multitude of bankruptcy cases, handling:
  o operating going concern businesses
  o winding down various types of businesses
  o tracing funds in Ponzi and other fraudulent schemes
  o selling real estate
  o prosecuting fraudulent conveyance and preference litigation
  o addressing countless administrative issues arising in those cases

Exhibit 1 Page 22

**Bar Admissions**

- State Bar California, 1991
- United States District Court, Central District of California, 1991
- United States District Court, Southern District of California, 2011
- United States District Court, Eastern District of California, 2011
- United States District Court, Northern District of California, 2012
- United States District Court, Western District of Michigan, 2010

**Educational Background**

Pomona College (B.A. 1988)
University of California at Los Angeles (J.D. 1991)

**Interests**

Kathy's personal interests and accomplishments include extensive travel and the study of the Chinese Mandarin language.

Exhibit 1 Page 23

# DIAMOND McCARTHY LLP

Diamond McCarthy is a national litigation boutique practicing in complex and high-stakes business cases with a national bankruptcy practice focused on complex business cases. The firm has a global reputation and track record in litigating domestic and international high profile corporate fraud, Ponzi scheme, and professional liability cases.

Our lawyers have decades of experience in restructurings, fiduciary representation, and bankruptcy and commercial litigation throughout the United States and around the globe. We have substantial experience in international litigation and insolvency matters in Europe, Asia, South and Latin American, and the Caribbean, including matters involving cross-border joint protocol and enforcement and collection of foreign assets, among many others. Several of the lawyers at the firm also serve as Chapter 11 trustees.

Our clients include trustees, liquidating trustees, foreign liquidators, receivers, creditors, creditors' committees, corporate debtors, and litigants in insolvency proceedings. The cases we handle cross a host of industries, including technology companies, industrial concerns, financial businesses, law firms, retail and wholesale food companies, energy, mining and oil & gas companies, agricultural companies and cooperatives, and local, state, national and foreign governments.

Our legal team has extensive experience in:

- Fiduciary representation and administration of complex insolvency cases
- Corporate restructurings and representing various constituents in chapter 11 cases
- All aspects of commercial, financial, and other complex litigation

Our firm has a successful and unique history representing trustees, liquidating trustees, and receivers to:

- Handle the administration of complex cases involving the largest sums of money recovered in cases and with thousands of creditors
- Protect, preserve and monetize estate assets
- Investigate, analyze, and prepare for potential estate litigation
- Position the client to best pursue such claims on behalf of the estate
- Work within the case to find funding for the litigation

The firm offers flexible fee arrangements, often on a contingent or shared risk basis, and works with its clients to provide the most value in a cost-efficient manner. Diamond McCarthy is a highly experienced and cost efficient legal team.

Our record of success is second to none. We have extensive successful business litigation experience involving federal and state jury trials, bench trials and appeals before virtually every United States Circuit in the country and the U.S. Supreme Court. The firm has played a lead or significant role in many of the largest and most well-known corporate and accounting fraud cases in the world, including domestic and international Ponzi schemes – litigation where fraud, avoidance claims, breaches of fiduciary duties, aiding and abetting, conspiracy, and professional

Exhibit 1 Page 24

liability claims take center stage.  To name just a few, Diamond McCarthy was lead special trial counsel in Enron/LJM2, Parmalat, Livent, Bayou Funds, USA Commercial Mortgage, Equipment Acquisition Corp., Bank United, Inverworld, Appalachian Fuels, Precept, and Syntax-Brillian. All of these cases involved either hundreds of millions or billions of dollars of fraud.

In representing bankruptcy trustees as well as federal equity receivers, the firm handles all aspects of these cases. The Firm has represented receivers appointed by the SEC, FTC and CFTC, as well as state court receivers and bankruptcy trustees. The cases often involve complex issues arising in the intersection of criminal and civil government forfeiture proceedings, SEC receivership and bankruptcy proceedings. The Firm is currently representing SEC receivers in cases pending in Los Angeles and Orange County, as well as the Chapter 11 trustees in the bankruptcy cases pending in Sacramento, California, arising from the Wannakuwatte Ponzi scheme involving hundreds of millions of dollars in fraudulent investments. The Wannakuwatte case is one of the largest, if not the largest, Ponzi scheme case in the history of the Eastern District of California.

In its role as counsel to fiduciaries, Diamond McCarthy handles large portfolios of fraudulent transfer and preference litigation as well as litigation claims against third party tort defendants involving complex financial, professional liability, banking, insurance, and bankruptcy issues. The lawyers in the firm deservedly are known as creative, sophisticated, thorough and tenacious litigators on both sides of the docket. We frequently are asked to tackle issues of first impression in the courts and regularly argue such issues in the trial and appellate courts. Across the country and around the world, in courts, arbitration forums, and in alternative dispute resolutions, we provide premier representation for our clients.

When major law firms must refer clients and cases due to conflicts, Diamond McCarthy is often on their short list. This is because Diamond McCarthy has garnered a reputation for excellence in the legal community by working with - and often opposing - many of the most formidable large firms in the country with much success. The firm is also noted for our superior forensic work in the discovery phase and our ability to augment the value of various economic and financial experts with our lawyers' strong business, finance and accounting acumen. Various lawyers in the firm have public accounting backgrounds or are certified fraud examiners.

Diamond McCarthy's value is reflected in our results, in our cost-effective, no-nonsense approach, our responsiveness and service, and in our client commitment. The Firm zealously advocates for its clients to the fullest while never compromising its highest sense of ethics, moral character and professionalism.

952785.1 25970

Exhibit 1 Page 25

# DIAMOND McCARTHY LLP
## FEE SCHEDULE in AUGUST 2017

| | | REGULAR HOURLY RATE | 20% DISCOUNT | DISCOUNTED HOURLY RATE |
|---|---|---|---|---|
| KATHY PHELPS | PARTNER | $625 | $125 | $500 |
| GARY CARIS | PARTNER | $665 | $133 | $532 |
| KAREN DIEP | ASSOCIATE | $270 | $54 | $216 |
| LESLEY ANNE HAWES | OF COUNSEL | $585 | $117 | $468 |

K:\1000FLDR\1005 cc 2017\[DIAMOND McCARTHY RATE SCHEDULE 2017.xlsx]RATES          7/24/2017 9:54

Exhibit 1 Page 26

## DIAMOND McCARTHY LLP
## FEE SCHEDULE

|     | **Partners**          | **2017**  |
|-----|-----------------------|-----------|
| TX  | Diamond, Allan        | $750.00   |
| TX  | Taylor, J. Gregory    | $690.00   |
| TX  | Hirsch, Ladd          | $675.00   |
| NY  | Janvey, Richard       | $690.00   |
| CA  | Sullivan, Christopher | $640.00   |
|     |                       |           |
| TX  | Lee, Kyung S.         | $750.00   |
| TX  | Jordan, Darrell       | $650.00   |
| TX  | Sales, Mark           | $675.00   |
| TX  | McCarthy, James D.    | $675.00   |
| TX  | Berry, Paul A.        | $750.00   |
| CA  | Phelps, Kathy         | $625.00   |
| CA  | Caris, Gary           | $665.00   |
| CA  | Blackburn, Matthew    | $575.00   |
| NY  | Ressler, Howard       | $675.00   |
| NY  | Rosen, Adam           | $625.00   |
| NY  | Seidman, Lon          | $600.00   |
| NV  | Coburn, Lance         | $650.00   |
|     |                       |           |
| TX  | Kim, Andrea           | $575.00   |
| TX  | Joerres, MaryAnn      | $550.00   |
| TX  | Loden, Steve          | $550.00   |
| TX  | Fulton, Jason         | $440.00   |
| TX  | Beatty, Max           | $440.00   |
| CO  | Yoder, Michael        | $440.00   |
| TX  | Murray, Chris         | $420.00   |
| TX  | Rubio, Charles        | $420.00   |
| NY  | Giugliano, Sheryl     | $420.00   |
| TX  | Tancabel, John        | $380.00   |

|     | **Associates**        |           |
|-----|-----------------------|-----------|
| TX  | David Reynolds        | $320.00   |
| TX  | Muff, Rebecca         | $320.00   |
| TX  | Michael Fritz         | $320.00   |
| TX  | Ellenbogen, Frances   | $295.00   |
| TX  | Moss, Thomas          | $295.00   |
| CA  | Sepuya, Matthew       | $320.00   |
| CA  | Diep, Karen           | $270.00   |

|     | **Of Counsel**        |           |
|-----|-----------------------|-----------|
| CA  | Lesley Anne Hawes     | $585.00   |
| TX  | Bart Sloan            | $560.00   |

|     | **Legal Assistants**  |           |
|-----|-----------------------|-----------|
| TX  | McDonald, Jaime       | $220.00   |
| TX  | Burrow, Catherine A.  | $220.00   |
| TX  | Adam Rodriguez        | $220.00   |
| NY  | Pavalis, Tasia        | $220.00   |
| TX  | Fillers, Alyson       | $220.00   |
| NY  | Sullivan, Nancy       | $145.00   |
| CA  | O'Rourke, Michaela    | $145.00   |
| CA  | Sevilla, Renee        | $145.00   |

Exhibit 1 Page 27

EXHIBIT "E"

Exhibit 1 Page 28

Home | Online Services | License Detail | Other License Detail

# Contractor's License Detail (Other Licenses)

**Contractor License #**  977127
**Contractor Name**  HOME PARADISES LLC

### Select the license name you would like to check for additional status details

#### JING JIANG

**Licensed with**  HOME PARADISE INC
**Status**  Expired
**Licensed with**  G H DESIGN GROUP LLC
**Status**  Active

#### JIAN QIAO CHEN

**Licensed with**  HOME PARADISE INC
**Status**  Expired
**Licensed with**  G H DESIGN GROUP LLC
**Status**  Active



# Contractor's License Detail for License # 977127

**ISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.
Per B&P 7071.17 , only construction related civil judgments reported to the CSLB are disclosed.
Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.
Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

Data current as of 7/21/2017 2:39:14 PI

### Business Information
HOME PARADISES LLC
7000 E SLAUSON AVENUE
COMMERCE, CA 90040
Business Phone Number:(323) 767-0530

**Entity** Ltd Liability
**Issue Date** 09/24/2012
**Expire Date** **09/30/2018**

### License Status

This license is current and active.

All information below should be reviewed.

### Classifications

B - GENERAL BUILDING CONTRACTOR

### Bonding Information
**Contractor's Bond**

This license filed a Contractor's Bond with AMERICAN CONTRACTORS INDEMNITY COMPANY.
**Bond Number:** 100198707
**Bond Amount:** $15,000
**Effective Date:** 01/01/2016
Contractor's Bond History

#### LLC EMPLOYEE/WORKER BOND

This license filed a LLC Employee/Worker Bond with PLATTE RIVER INSURANCE COMPANY
**Bond Number:** 41352990
**Bond Amount:** $100,000
**Effective Date:** 09/10/2016
LLC Employee/Worker Bond History

#### Bond of Qualifying Individual

The qualifying individual JING JIANG certified that he/she owns 10 percent or more of the voting stock/membership interest of this company; therefore, the Bond of Qualifying Individual is not required.
**Effective Date:** 09/24/2012

### Workers' Compensation

Exhibit 1 Page 30

This license has workers compensation insurance with the STATE COMPENSATION INSURANCE FUND
**Policy Number:**9083867
**Effective Date:** 06/22/2014
**Expire Date:** 06/22/2018
Workers' Compensation History

## Liability Insurance Information

This license has liability insurance with UNITED SPECIALTY INSURANCE COMPANY
**Policy Number:** SII0503A1629501
**Amount:** $1,000,000
**Effective Date:** 07/31/2016
**Expiration Date:** 07/31/2017
Liability Insurance History

## Other

Personnel listed on this license (current or disassociated) are listed on other licenses.

Exhibit 1 Page 31

Home | Online Services | License Detail | Contractor's Bond History

# Contractor's Bond History

**Contractor License #** 977127
**Contractor Name** HOME PARADISES LLC

## Contractor's Bond History

|  |  |
|---|---|
| **Surety Company** | AMERICAN CONTRACTORS INDEMNITY COMPANY |
| **Bond #** | 100198707 |
| **Bond Amount** | $15,000 |
| **Effective Date** | 01/01/2016 |
| **Surety Company** | AMERICAN CONTRACTORS INDEMNITY COMPANY |
| **Bond #** | 100198707 |
| **Bond Amount** | $12,500 |
| **Effective Date** | 06/21/2012 |
| **Cancellation Date** | 01/01/2016 |

Home | Online Services | License Detail | LLC Employee/Worker Bond History

# LLC Employee/Worker Bond History

**Contractor License #**  977127
**Contractor Name**  HOME PARADISES LLC

### LLC Employee/Worker Bond History

**Surety Company**  PLATTE RIVER INSURANCE COMPANY
**Bond #**  41352990
**Bond Amount**  $100,000
**Effective Date**  09/10/2016
**Surety Company**  PHILADELPHIA INDEMNITY INSURANCE COMPANY
**Bond #**  PB11510700445
**Bond Amount**  $100,000
**Effective Date**  09/10/2012
**Cancellation Date**  09/10/2016

Exhibit 1 Page 33

Home | Online Services | License Detail | Workers' Compensation History

# Workers' Compensation History

**Contractor License #** 977127
**Contractor Name** HOME PARADISES LLC


Workers' Compensation History


**Insurance Company** STATE COMPENSATION INSURANCE FUND
**Policy #** 9083867
**Effective Date** 06/22/2014
**Expiration Date** 06/22/2018
**Insurance Company** STATE COMPENSATION INSURANCE FUND
**Policy #** 9015927
**Effective Date** 06/22/2012
**Expiration Date** 06/22/2014

Exhibit 1 Page 34

Home | Online Services | License Detail | Liability Insurance History

# Liability Insurance History

**Contractor License #**  977127
**Contractor Name**  HOME PARADISES LLC

## Liability Insurance History

| | |
|---|---|
| **Insurance Company** | UNITED SPECIALTY INSURANCE COMPANY |
| **Policy #** | SII0503A1629501 |
| **Amount** | $1,000,000 |
| **Effective Date** | 07/31/2016 |
| **Expiration Date** | 07/31/2017 |
| **Insurance Company** | PREFERRED CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP LLC |
| **Policy #** | SII0503A16295 |
| **Amount** | $1,000,000 |
| **Effective Date** | 07/31/2015 |
| **Expiration Date** | 07/31/2016 |
| **Insurance Company** | ESSEX INSURANCE COMPANY |
| **Policy #** | 2CV1014 |
| **Amount** | $2,000,000 |
| **Effective Date** | 05/05/2015 |
| **Expiration Date** | 05/05/2016 |
| **Insurance Company** | WESTERN HERITAGE INSURANCE COMPANY |
| **Policy #** | SCP0994042 |
| **Amount** | $2,000,000 |
| **Effective Date** | 05/05/2014 |
| **Expiration Date** | 05/05/2015 |
| **Insurance Company** | AMERICAN CASUALTY COMPANY OF READING PA |
| **Policy #** | B5085269402 |
| **Amount** | $2,000,000 |
| **Effective Date** | 07/18/2012 |
| **Expiration Date** | 07/18/2014 |

Exhibit 1 Page 35

Home | Online Services | License Detail | Personnel List

# Contractor's License Detail (Personnel List)

**Contractor License #**  977127
**Contractor Name**  HOME PARADISES LLC

## Click on the person's name to see a more detailed page of information on that person

### Personnel Currently Associated with License

**Name**  JING JIANG
**Title**  RMO
**Association Date**  09/24/2012
**Classification**  B
**Name**  JIAN QIAO CHEN
**Title**  MEMBER
**Association Date**  09/24/2012

Exhibit 1 Page 36



# Contractor's License Detail for License # 977127

**DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.
Per B&P 7071.17 , only construction related civil judgments reported to the CSLB are disclosed.
Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.
Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

Data current as of 7/21/2017 2:43:38 PM

### Business Information

HOME PARADISES LLC
7000 E SLAUSON AVENUE
COMMERCE, CA 90040
Business Phone Number:(323) 767-0530

| | |
|---|---|
| **Entity** | Ltd Liability |
| **Issue Date** | 09/24/2012 |
| **Expire Date** | **09/30/2018** |

### License Status

This license is current and active.

All information below should be reviewed.

### Classifications

B - GENERAL BUILDING CONTRACTOR

### Bonding Information
**Contractor's Bond**

This license filed a Contractor's Bond with AMERICAN CONTRACTORS INDEMNITY COMPANY.
**Bond Number:** 100198707
**Bond Amount:** $15,000
**Effective Date:** 01/01/2016
Contractor's Bond History

**LLC EMPLOYEE/WORKER BOND**

This license filed a LLC Employee/Worker Bond with PLATTE RIVER INSURANCE COMPANY.
**Bond Number:** 41352990
**Bond Amount:** $100,000
**Effective Date:** 09/10/2016
LLC Employee/Worker Bond History

**Bond of Qualifying Individual**

The qualifying individual JING JIANG certified that he/she owns 10 percent or more of the voting stock/membership interest of this company; therefore, the Bond of Qualifying Individual is not required.
**Effective Date:** 09/24/2012

### Workers' Compensation

Exhibit 1 Page 37

,This license has workers compensation insurance with the STATE COMPENSATION INSURANCE FUND
**Policy Number:**9083867
**Effective Date:** 06/22/2014
,**Expire Date:** 06/22/2018
Workers' Compensation History

## Liability Insurance Information

This license has liability insurance with UNITED SPECIALTY INSURANCE COMPANY
**Policy Number:** SII0503A1629501
**Amount:** $1,000,000
**Effective Date:** 07/31/2016
**Expiration Date:** 07/31/2017
Liability Insurance History

## Other

Personnel listed on this license (current or disassociated) are listed on other licenses.

Exhibit 1 Page 38

Home | Online Services | License Detail | Personnel List

# Contractor's License Detail (Personnel List)

**Contractor License #** 1008216
**Contractor Name** G H DESIGN GROUP LLC

## Click on the person's name to see a more detailed page of information on that person

### Personnel Currently Associated with License

|  |  |
|---|---|
| **Name** | JING JIANG |
| **Title** | RMO |
| **Association Date** | 10/16/2015 |
| **Classification** | B |
| **Name** | JIAN QIAO CHEN |
| **Title** | MANAGER |
| **Association Date** | 10/16/2015 |

Exhibit 1 Page 39



**CONTRACTORS STATE LICENSE BOARD**

# Contractor's License Detail for License # 1008216

**DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.
Per B&P 7071.17 , only construction related civil judgments reported to the CSLB are disclosed.
Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.
Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

Data current as of 7/21/2017 2:49:00 PM

### Business Information
G H DESIGN GROUP LLC
7000 E SLAUSON AVE
COMMERCE, CA 90040
Business Phone Number:(909) 937-7055

| | |
|---|---|
| **Entity** | Ltd Liability |
| **Issue Date** | 10/16/2015 |
| **Expire Date** | **10/31/2017** |

### License Status

This license is current and active.

All information below should be reviewed.

### Classifications

B - GENERAL BUILDING CONTRACTOR

### Bonding Information
**Contractor's Bond**

This license filed a Contractor's Bond with AMERICAN CONTRACTORS INDEMNITY COMPANY.
**Bond Number:** 100278608
**Bond Amount:** $15,000
**Effective Date:** 01/01/2016
Contractor's Bond History

**LLC EMPLOYEE/WORKER BOND**

This license filed a LLC Employee/Worker Bond with AMERICAN CONTRACTORS INDEMNITY COMPANY.
**Bond Number:** 100281195
**Bond Amount:** $100,000
**Effective Date:** 07/23/2015

**Bond of Qualifying Individual**

The qualifying individual JING JIANG certified that he/she owns 10 percent or more of the voting stock/membership interest of this company; therefore, the Bond of Qualifying Individual is not required.
**Effective Date:** 10/16/2015

### Workers' Compensation

This license has workers compensation insurance with the STATE COMPENSATION INSURANCE FUND
**Policy Number:** 9144399
**Effective Date:** 10/08/2015
**Expire Date:** 10/08/2017

Exhibit 1 Page 40

## Liability Insurance Information

This license has liability insurance with WESTERN WORLD INSURANCE COMPANY
**Policy Number:** NPP8233292
**Amount:** $2,000,000
**Effective Date:** 11/09/2016
**Expiration Date:** 11/09/2017
Liability Insurance History

## Other

Personnel listed on this license (current or disassociated) are listed on other licenses.

Exhibit 1 Page 41