Robert P. Mosier
Craig M. Collins, CPA
Ryan Baker, Financial Analyst
MOSIER & COMPANY, INC.
3151 Airway Avenue, Suite A-1
Costa Mesa, California    92626
Telephone:	(714) 432-0800
Facsimile:	(714) 432-7329
E-Mail:  Rmosier@Mosierco.com

Court Appointed Receiver and Monitor ("Fiduciary")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**EDWARD CHEN, JEAN CHEN, HOME PARADISE INVESTMENT CENTER, LLC, GH INVESTMENT LP, GH DESIGN GROUP, LLC, GOLDEN GALAXY, LP AND MEGA HOME, LLC,**<br><br>　　　　　Defendants. | Case No: CV 17-6929 PA (JEMx)<br>Assigned for all purposes to the Honorable Percy Anderson<br><br>**[PROPOSED] ORDER RE: AUTHORITY TO PAY FEES & COSTS FOR THE RECEIVER & HIS STAFF FOR APRIL AND MAY 2018.**<br><br>Date:    August 20, 2018<br>Time:    1:30 PM<br>CTRM:   9A, 350 W. 1st ST. LA |

　　　　The matter of the Receiver and Monitor ("Fiduciary") fourth interim application for the payment of fees and costs (4th Fee App") for April and May 2018 came on for hearing before the Honorable Percy Anderson at the above time and date. Notice was deemed to be proper.

After consideration of the Fiduciary's papers, and any opposition having been considered, the Court makes and enters the following order.

It is ordered that:

1. The fees and costs of the Fiduciary and his staff for the period April 1, 2018 through May 31, 2018 as presented in the 4th Fee Application are approved as prayed and ordered paid from funds on hand.

2. The Court further orders that _____
_____
_____
_____.

Date: _____

                                                _____
The Honorable Percy Anderson
United States District Court Judge