UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-6929 PA (JEMx) | Date | August 14, 2018 |
|---|---|---|---|
| Title | Securities & Exchange Commission v. Edward Chen, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

Before the Court is a "4th Interim Application for Authority to Pay Fees & Costs" for the Receiver and His Staff (Docket No. 159). Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for August 20, 2018, is vacated, and the matter taken off calendar.

As an initial matter, the Court notes that the Receiver has captioned the pending request as an "Interim Application," but it should be captioned and set as a noticed motion. The Receiver should also satisfy the requirements of Local Rule 7-3 before the filing of such a Motion. If no party objects to the relief he seeks, the Receiver could submit a Stipulation instead of proceeding through a noticed motion. In the future, the Court expects the Receiver to comply with these procedural requirements. However, because the Receiver set the Interim Application for a hearing date, and provided the same notice as required for a noticed motion pursuant to Local Rule 6-1, the Court will construe this Interim Application as a Motion.

In this Motion, the Receiver seeks authorization for fees and costs incurred by the Receiver and his staff for April and May 2018. In the Motion, the Receiver seeks fees of $86,398.90, and expenses of $851.89, for a total authorization of $87,250.79. Neither Edward Chen, his co-defendant Jean Chen, nor plaintiff Securities and Exchange Commission ("SEC"), have filed an Opposition. See Local Rule 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting of the motion.").

The Court has reviewed the evidence in support of the Motion and concludes that the fees and expenses incurred by the Receiver for April and May 2018, were reasonable and necessary. The Court therefore grants the Receiver's Motion and authorizes the payment from receivership assets of $87,250.79.

IT IS SO ORDERED.