NICOLAS MORGAN  (SB# 166441)
nicolasmorgan@paulhastings.com
THOMAS A. ZACCARO  (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Attorneys for Defendant
JEAN CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>EDWARD CHEN, JEAN CHEN, HOME PARADISE INVESTMENT CENTER LLC, GH INVESTMENT LP, GH DESIGN GROUP, LLC, GOLDEN GALAXY LP, MEGA HOME, LLC,<br><br>                    Defendant. | CASE NO. 2:17-cv-06929-PA-JEM<br><br>**SECOND STIPULATION AUTHORIZING DEFENDANT JEAN CHEN TO SELL REAL PROPERTY**<br><br>Judge: Hon. Percy Anderson<br>Courtroom: 9A |

Plaintiff Securities and Exchange Commission ("Plaintiff"), by and through its undersigned counsel, and Defendants Jean Chen and Edward Chen (together, the "Chen Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on September 20, 2017 Plaintiff filed this action against Defendants Edward Chen, Jean Chen, Home Paradise Investment Center LLC, GH Investment LP, GH Design Group, LLC, Golden Galaxy LP, and Mega Home, LLC (collectively, "Defendants");

WHEREAS, on September 20, 2017 the Court entered the Temporary Restraining Order, Order to Show Cause Why a Preliminary Injunction ("TRO") Should Not Be Granted that preliminarily restrained and enjoined Defendants from "transferring . . . any funds, assets, securities, claims or other real or personal property . . . wherever located, of any one of the Defendants, or their subsidiaries or affiliates, owned by, controlled by, managed by or in the possession or custody of any of them . . . .";

WHEREAS, on October 16, 2017 the Court entered an Order re (1) Entry of Partial Preliminary Injunction; (2) To Continue Hearing re Order to Show Cause Why a Preliminary Injunction Should Not be Granted; and (3) Permit the Receiver to Engage EB-5 Counsel Pending Hearing on the Preliminary Injunction that continued the asset freeze from the Court's September 20, 2017 TRO until 5:00 p.m. on November 22, 2017;

WHEREAS, Ms. Chen filed an accounting of her expenses pursuant to Section VII of the TRO with the Court on December 21, 2017;

WHEREAS, the Court has previously modified the existing asset freeze in its Order Granting Stipulation for Release of Assets to Pay Real Estate Property Taxes and Order Granting Stipulation for Release of Assets to Pay Necessary Living Expenses (Dkt. No. 78);

1     WHEREAS, the Court authorized Jean Chen to sell three parcels of real property in its June 22, 2018 Order Granting Stipulation Authorizing Defendant Jean Chen to Sell Real Property (Dkt. No. 155) ("June 22, 2018 Order");

    WHEREAS, the Chen Defendants together own five parcels of real estate: four located at 10332 Jefferson St, Yucaipa, CA (APNs 0320-231-02, 0320-231-03, 0320-231-09 and 0320-231-10) and one located at VAC/120 St. E./Vic Ave. K10 Roosevelt, CA (APN 3370-011-004);

    WHEREAS, Four Star Realty Group, Inc. ("Four Star") owns eight parcels of real estate: one located at California St., Yucaipa, CA (APN 0319-212-09); one located at Broadway, Joshua Tree, CA ( APN 0605-051-01); one located at La Ferney Rd., Joshua Tree, CA (APN 0605-051-09); one located at Fourth St., Joshua Tree, CA (APN 0605-051-12); one located at VAC/11th St. W./Vic Ave. N. 12, Palmdale, CA (APN 3005-015-021); one located at VAC/Vic Ave. W. 12/127 St. E., Pearblossom, CA (APN 3038-031-052); one located at VAC/Cor. 8 St. W./Ave. E. 8, Redman, CA (APN 3145-035-022); and one parcel located at Lake Elsinore, CA (APN 383-164-021); ;

    WHEREAS, Ms. Chen owns Four Star;

    WHEREAS, Ms. Chen would like to sell these real properties and place the proceeds from the sales of such real properties into either (1) a frozen account pending further order from the Court or (2) the fund control account for the Golden Galaxy Project's lender;

    NOW THEREFORE, the parties hereby STIPULATE that:

    1. Ms. Chen may sell the thirteen parcels of real estate located at the below addresses:

- 10332 Jefferson St, Yucaipa, CA  (APN 0320-231-02, 0320-231-03, 0320-231-09, 0320-231-10);
- VAC/120 St. E./Vic Ave. K10  Roosevelt, CA (APN 3370-011-004);
- California St., Yucaipa, CA (APN 0319-212-09);
- Broadway, Joshua Tree, CA (APN 0605-051-01);
- La Ferney Rd., Joshua Tree, CA (APN 0605-051-09);
- Fourth St., Joshua Tree, CA (APN 0605-051-12);
- VAC/11th St. W./Vic Ave. N. 12, Palmdale, CA (APN 3005-015-021);
- VAC/Vic Ave. W. 12/127 St. E., Pearblossom, CA (APN 3038-031-052);
- VAC/Cor. 8 St. W./Ave. E. 8, Redman, CA (APN 3145-035-022); and
- Lake Elsinore, CA (APN 383-164-021);

2. Proceeds from the sales of these parcels of real estate, or the three parcels of real estate authorized for sale in the Court's June 22, 2018 Order, may be transferred to the Golden Galaxy project's lender's fund control account, Dixieline Builders Fund Control Inc., ******4045 Fund contract No *9310 at Wells Fargo Trust Account – San Diego; and

3. All proceeds from the sales of these parcels of real estate, or the three parcels of real estate authorized for sale in the Court's June 22, 2018 Order, that are not transferred into the Golden Galaxy project's lender's fund control account must be placed into and remain in a frozen account pending further order from the Court.

**Respectfully Submitted and Agreed:**

DATED: August 22, 2018

DONALD W. SEARLES
JUNLING MA
SECURITIES AND EXCHANGE COMMISSION

By: /s/ Donald W. Searles
    DONALD W. SEARLES

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

DATED: August 22, 2018

EDWARD GARTENBERG
MILENA DOLUKHANYAN
GARTENBERG GELFAND HAYTON LLP

By: /s/ Edward Gartenberg
    EDWARD GARTENBERG

Attorneys for Defendant
EDWARD CHEN

DATED: August 22, 2018

NICOLAS MORGAN
THOMAS A. ZACCARO
PAUL HASTINGS LLP

By: /s/ Nicolas Morgan
    NICOLAS MORGAN

Attorneys for Defendant
JEAN CHEN

LEGAL_US_W # 95300270.3