NICOLAS MORGAN (SB# 166441)
nicolasmorgan@paulhastings.com
THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Defendant
JEAN CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD CHEN, JEAN CHEN, HOME PARADISE INVESTMENT CENTER LLC, GH INVESTMENT LP, GH DESIGN GROUP, LLC, GOLDEN GALAXY LP, MEGA HOME, LLC,<br><br>Defendant. | CASE NO. 2:17-cv-06929-PA-JEM<br><br>**ORDER GRANTING SECOND STIPULATION AUTHORIZING DEFENDANT JEAN CHEN TO SELL REAL PROPERTY**<br><br>Judge: Hon. Percy Anderson<br>Courtroom: 9A |

[PROPOSED] ORDER GRANTING SECOND STIPULATION AUTHORIZING DEFENDANT JEAN CHEN TO SELL REAL PROPERTY

The Court having considered the Parties' Second Stipulation Authorizing Defendant Jean Chen to Sell Personal Real Property ("Stipulation"), and for good cause shown, it is hereby ORDERED that the Stipulation is GRANTED and:

1. Ms. Chen may sell the thirteen parcels of real estate located at the below addresses:

- 10332 Jefferson St, Yucaipa, CA (APN 0320-231-02, 0320-231-03, 0320-231-09, 0320-231-10);
- VAC/120 St. E./Vic Ave. K10 Roosevelt, CA (APN 3370-011-004);
- California St., Yucaipa, CA (APN 0319-212-09);
- Broadway, Joshua Tree, CA (APN 0605-051-01);
- La Ferney Rd., Joshua Tree, CA (APN 0605-051-09);
- Fourth St., Joshua Tree, CA (APN 0605-051-12);
- VAC/11th St. W./Vic Ave. N. 12, Palmdale, CA (APN 3005-015-021);
- VAC/Vic Ave. W. 12/127 St. E., Pearblossom, CA (APN 3038-031-052);
- VAC/Cor. 8 St. W./Ave. E. 8, Redman, CA (APN 3145-035-022); and
- Lake Elsinore, CA (APN 383-164-021);

2. Proceeds from the sales of these parcels of real estate, or the three parcels of real estate authorized for sale in the Court's June 22, 2018 Order, may be transferred to the Golden Galaxy project's lender's fund control account, Dixieline Builders Fund Control Inc., ******4045 Fund contract No *9310 at Wells Fargo Trust Account – San Diego; and

///

///

///

- 1 -

[PROPOSED] ORDER GRANTING SECOND STIPULATION AUTHORIZING DEFENDANT JEAN CHEN TO SELL REAL PROPERTY

3. All proceeds from the sales of these parcels of real estate, or the three parcels of real estate authorized for sale in the Court's June 22, 2018 Order, that are not transferred into the Golden Galaxy project's lender's fund control account must be placed into and remain in a frozen account pending further order from the Court.

**IT IS SO ORDERED**

DATED: August 23, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 95300302.3