NICOLAS MORGAN  (SB# 166441)
nicolasmorgan@paulhastings.com
THOMAS A. ZACCARO  (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Attorneys for Defendant
JEAN CHEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD CHEN, JEAN CHEN, HOME PARADISE INVESTMENT CENTER LLC, GH INVESTMENT LP, GH DESIGN GROUP, LLC, GOLDEN GALAXY LP, MEGA HOME, LLC,<br><br>Defendant. | CASE NO. 2:17-cv-06929-PA-JEM<br><br>**ORDER APPROVING:**<br><br>**(1) SALE OF RECEIVERSHIP REAL PROPERTY LOCATED AT 14154 REIS STREET, WHITTIER, CALIFORNIA 90604, FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES WITH LIENS, CLAIMS, AND ENCUMBRANCES ATTACHING TO THE PROCEEDS; AND**<br><br>**(2) RELEASE OF SALES PROCEEDS TO RECEIVER UPON SALE OF PROPERTIES, SUBJECT TO EXISTING LIENS, CLAIMS, AND ENCUMBRANCES**<br><br>[STIPULATION APPROVING SALES OF REAL PROPERTY FILED CONCURRENTLY HEREWITH]<br><br>**[No Hearing Required]**<br>Judge:  Hon. Percy Anderson<br>Courtroom:  9A |

The Court having entered its Stipulation and Order Re Auction of GH Real Property [Docket No. 99] (the "Sale Order"), having reviewed the Declaration of Robert P. Mosier, the Court-appointed receiver (the "Receiver") for GH Investment LP ("GH Investment") and GH Design Group, LLC ("GH Design"), having reviewed the Stipulation Approving Sales of Real Property concurrently filed herewith, reflecting that the auction of the property set forth herein has been concluded, and for good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Receiver is authorized to sell the Property commonly described as 14154 Reis Street, Whittier, California 90604 and legally described in Exhibit "A" to this Order (the "Property") to the highest bidder at the public auction, Centurion Investments, Inc. (the "Buyer"), for the purchase price of $470,250.00 pursuant to the terms outlined in the Sale Order.  In the event that the sale to the Buyer fails to close, the Receiver is authorized to sell the Property to the next highest bidder from the auction, Cobra 28 No. 8 LP and/or assigns ("Backup Bidder") for $467,500.00.

2. The Receiver is authorized to transfer the Property to the Buyers or Backup Bidder by quit claim deed, and is authorized to approve and execute on behalf of the GH Design entity holding legal title to the Property a quit claim deed and such other documents that may be customary and reasonably required at closing of the sale.

3. The sales proceeds arising from the sale of the Property pursuant to this Order shall be paid as follows:

    a.    Ordinary costs of sale, undisputed taxes, and commissions to Tranzon Asset Strategies or third party brokers, shall be paid in the ordinary course directly out of escrow;

      b.    Regardless of the amount of or existence of liens on the Property, the balance of the sales proceeds shall be paid to the Receiver to be held in a segregated account for the Property, subject to all existing liens, claims, and encumbrances, with those liens, claims, and encumbrances to maintain the same force, effect, and priority against the sales proceeds as existed at the time of the closing of the sale, whether shown herein or not; and

      c.    The Receiver may, in his discretion, pay any undisputed, noninvestor claims through escrow at the time of closing.

4. Pursuant to the terms of this Order, the sale shall be free and clear of all liens, claims and encumbrances.

5. The Receiver is authorized to take all actions and sign all documents reasonably necessary to consummate the sale and close escrow, including but not limited to the grant deed and escrow instructions.

6. The Receiver is selling the Property in his capacity as the Receiver of GH Design, not in his personal capacity, and no obligations or liabilities will accrue to him personally as a result of the sale.

7. This Order may be filed with the appropriate clerk and/or recorded with the recorder of any state, county, or local authority to act to cancel any of the liens, claims, encumbrances and interests of record. The recordation of this Order with the Los Angeles County Recorder shall constitute a discharge, termination and cancellation as to the Property of the liens, without the need for reconveyance or release of such liens, encumbrances or other interests.

**IT IS SO ORDERED**

DATED: October 03, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

- 2 -    [PROPOSED] ORDER APPROVING SALE OF 14154 REIS STREET