NICOLAS MORGAN (SB# 166441)
nicolasmorgan@paulhastings.com
THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Defendant
JEAN CHEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD CHEN, JEAN CHEN, HOME PARADISE INVESTMENT CENTER LLC, GH INVESTMENT LP, GH DESIGN GROUP, LLC, GOLDEN GALAXY LP, MEGA HOME, LLC,<br><br>Defendant. | CASE NO. 2:17-cv-06929-PA-JEM<br><br>**STIPULATION APPROVING SETTLEMENT AGREEMENT**<br><br>**[[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN RECEIVER AND FIRST FINANCIAL IVNESTMENT GROUP, LLC FILED CONCURRENTLY HEREWITH]**<br><br>Judge: Hon. Percy Anderson<br>Courtroom: 9A |

STIPULATION APPROVING
SETTLEMENT AGREEMENT

1    Plaintiff Securities and Exchange Commission ("Plaintiff"), by and through
2  its undersigned counsel, and Defendants Jean Chen and Edward Chen (together, the
3  "Chen Defendants"), by and through their undersigned counsel, hereby stipulate
4  and agree as follows:
5    WHEREAS, on September 20, 2017 Plaintiff filed this action against
6  Defendants Edward Chen, Jean Chen, Home Paradise Investment Center LLC, GH
7  Investment LP, GH Design Group, LLC, Golden Galaxy LP, and Mega Home, LLC
8  (collectively, "Defendants");
9    WHEREAS, on January 11, 2018 the Court entered the Corrected Stipulation
10 and Order re Order to Show Cause Regarding Receiver ("Corrected Order") which
11 granted Robert Mosier ("Mr. Mosier"), certain authority as Receiver for the estates
12 of GH Investment LP ("GH Investment") and GH Design Group, LLC ("GH
13 Design");
14   WHEREAS, Mr. Mosier has reached an agreement in principal with First
15 Financial Investment Group, LLC ("FFIG") as reflected in the Settlement
16 Agreement & Mutual Release (the "Settlement Agreement") attached as **Exhibit A**
17 to the [Proposed] Order submitted herewith;
18   NOW THEREFORE, the parties hereby STIPULATE that:
19   1.    The Court enter the proposed order attached to this Stipulation to
20 confirm Mr. Mosier's authority to enter into the Settlement Agreement.
21   **Respectfully Submitted and Agreed:**

| | |
|---|---|
| DATED:  October 4, 2018 | DONALD W. SEARLES<br>JUNLING MA<br>SECURITIES AND EXCHANGE COMMISSION<br><br>By:  /s/ Donald W. Searles<br>　　　　DONALD W. SEARLES<br><br>Attorneys for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION |
| DATED:  October 4, 2018 | EDWARD GARTENBERG<br>MILENA DOLUKHANYAN<br>GARTENBERG GELFAND HAYTON LLP<br><br>By:  /s/ Edward Gartenberg<br>　　　　EDWARD GARTENBERG<br><br>Attorneys for Defendant<br>EDWARD CHEN |
| DATED:  October 4, 2018 | NICOLAS MORGAN<br>THOMAS A. ZACCARO<br>PAUL HASTINGS LLP<br><br>By:  /s/ Nicolas Morgan<br>　　　　NICOLAS MORGAN<br><br>Attorneys for Defendant<br>JEAN CHEN |