NICOLAS MORGAN (SB# 166441)
nicolasmorgan@paulhastings.com
THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Defendant
JEAN CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD CHEN, JEAN CHEN, HOME PARADISE INVESTMENT CENTER LLC, GH INVESTMENT LP, GH DESIGN GROUP, LLC, GOLDEN GALAXY LP, MEGA HOME, LLC,<br><br>Defendant. | CASE NO. 2:17-cv-06929-PA-JEM<br><br>**STIPULATION REMOVING CHARLIE TZENG AS CONSTRUCTION MANAGER**<br><br>Judge: Hon. Percy Anderson<br>Courtroom: 9A |

1	Plaintiff Securities and Exchange Commission ("Plaintiff"), by and through its undersigned counsel, and Defendants Jean Chen and Edward Chen (together, the "Chen Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on September 20, 2017 Plaintiff filed this action against Defendants Edward Chen, Jean Chen, Home Paradise Investment Center LLC, GH Investment LP, GH Design Group, LLC, Golden Galaxy LP, and Mega Home, LLC (collectively, "Defendants");

WHEREAS, on September 20, 2017 the Court entered the Temporary Restraining Order, Order to Show Cause Why a Preliminary Injunction ("TRO") Should Not Be Granted that preliminarily restrained and enjoined Defendants from "transferring . . . any funds, assets, securities, claims or other real or personal property . . . wherever located, of any one of the Defendants, or their subsidiaries or affiliates, owned by, controlled by, managed by or in the possession or custody of any of them . . . .";

WHEREAS, on October 16, 2017 the Court entered an Order re (1) Entry of Partial Preliminary Injunction; (2) To Continue Hearing re Order to Show Cause Why a Preliminary Injunction Should Not be Granted; and (3) Permit the Receiver to Engage EB-5 Counsel Pending Hearing on the Preliminary Injunction that continued the asset freeze from the Court's September 20, 2017 TRO until 5:00 p.m. on November 22, 2017;

WHEREAS, on January 11, 2018 the Court entered the Corrected Stipulation and Order re Order to Show Cause Regarding Receiver ("Corrected Order") (Dkt. No. 75) which appointed Robert Mosier ("Mr. Mosier") as Receiver for the estates of GH Investment LP and GH Design Group, LLC and Monitor for the estates of Home Paradise Investment Center LLC, Golden Galaxy LP, and Mega Home, LLC;

- 1 -	STIPULATION REMOVING CHARLIE TZENG AS CONSTRUCTION MANAGER

WHEREAS, the Corrected Order appointed Charlie Tzeng as the Construction Manager ("Construction Manager") of the Golden Galaxy Project;

WHEREAS, Mr. Mosier paid approximately $45,120 to Mr. Tzeng for his services between February 2018 and May 2018;

WHEREAS, the parties to this action agree that Mr. Tzeng is no longer needed as Construction Manager for the Golden Galaxy Project;

WHEREAS, the parties to this action agree that any payments to Mr. Tzeng for services performed as Construction Manager since May 2018 shall not exceed $5,000 for any month;

NOW THEREFORE, the parties hereby STIPULATE that:

1. Mr. Tzeng's role as Construction Manager is no longer necessary and, therefore, Mr. Tzeng's appointment as Construction Manager is terminated effective November 30, 2018;

2. Any payments Mr. Mosier makes to Mr. Tzeng for services performed as Construction Manager since May 2018 shall not exceed $5,000 for any month; and

3. Mr. Tzeng shall not be entitled to compensation for any services performed as Construction Manager following November 30, 2018.

**Respectfully Submitted and Agreed:**

DATED:  November 15, 2018

DONALD W. SEARLES
JUNLING MA
SECURITIES AND EXCHANGE COMMISSION


By: /s/ Donald W. Searles
     DONALD W. SEARLES

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


DATED:  November 15, 2018

EDWARD GARTENBERG
MILENA DOLUKHANYAN
GARTENBERG GELFAND HAYTON LLP


By: /s/ Edward Gartenberg
     EDWARD GARTENBERG

Attorneys for Defendant
EDWARD CHEN


DATED:  November 15, 2018

NICOLAS MORGAN
THOMAS A. ZACCARO
PAUL HASTINGS LLP


By: /s/ Nicolas Morgan
     NICOLAS MORGAN

Attorneys for Defendant
JEAN CHEN

LEGAL_US_W # 96450784.1