NICOLAS MORGAN (SB# 166441)
nicolasmorgan@paulhastings.com
THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Defendant
JEAN CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDWARD CHEN, JEAN CHEN, HOME PARADISE INVESTMENT CENTER LLC, GH INVESTMENT LP, GH DESIGN GROUP, LLC, GOLDEN GALAXY LP, MEGA HOME, LLC,<br><br>　　　　Defendant. | CASE NO. 2:17-cv-06929-PA-JEM<br><br>**ORDER GRANTING STIPULATION REMOVING CHARLIE TZENG AS CONSTRUCTION MANAGER**<br><br>Judge: Hon. Percy Anderson<br>Courtroom: 9A |

[PROPOSED] ORDER GRANTING STIPULATION REMOVING CHARLIE TZENG AS CONSTRUCTION MANAGER

The Court having considered the Parties' Stipulation Removing Charlie Tzeng as Construction Manager ("Stipulation"), and for good cause shown, it is hereby ORDERED that the Stipulation is GRANTED and:

1. Charlie Tzeng's role as Construction Manager, as described in the January 11, 2018 Corrected Stipulation and Order re Order to Show Cause Regarding Receiver (Dkt. No. 75), is no longer necessary and, therefore, Mr. Tzeng's appointment as Construction Manager is terminated effective November 30, 2018;

2. Any payments Mr. Mosier makes to Mr. Tzeng for services performed as Construction Manager since May 2018 shall not exceed $5,000 for any month;

3. Any compensation sought by Mr. Tzeng since May 2018 in excess of $5,000 per month shall be brought to the Court's attention by an ex parte application outlining the request, the parties' position, and obtaining direction from the Court before proceeding; and

4. Mr. Tzeng shall not be entitled to compensation for any services performed as Construction Manager following November 30, 2018.

**IT IS SO ORDERED**

DATED: November 15, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 96450723.1