# ATTACHMENT A

| Name of Account Owner | EastWest Bank Account Number |
|---|---|
| Mega Home LLC | Ending in 6644 |
| Mega Home LLC | Ending in 6707 |
| Golden Galaxy LP | Ending in 6700 |
| Home Paradise Investment Center LLC | Ending in 6665 |
| Home Paradises LLC | Ending in 6672 |
| Home Paradises LLC | Ending in 6714 |
| Four Star Realty Group Inc. | Ending in 6637 |
| US Grandhood LLC | Ending in 6679 |
| GH Design Group LLC | Ending in 6693 |
| GH Design Group LLC | Ending in 6728 |
| GH Design Group LLC | Ending in 7246 |
| GH Investment LP | Ending in 6651 |