# ATTACHMENT B

| Address | APN | Owner |
|---|---|---|
| VAC/Vic Ave. W. 12/127 St. E<br>Pearlblossom, CA 93553* | 3038-031-052 | Four Star Realty Group Inc. |
| 1631 W. Gage Ave.<br>Los Angeles, CA 90047* | 6002-028-008 | Four Star Realty Group Inc. |
| California St.<br>Yucaipa, CA 92399* | 0319-212-09 | Four Star Realty Group Inc. |
| VAC/Cor. 8 St. W./Ave. E. 8<br>Redman, CA 93535* | 3145-035-022 | Four Star Realty Group Inc. |
| Lake Elsinore, CA 92530* | 383-164-021 | Four Star Realty Group Inc. |
| Broadway<br>Joshua Tree, CA 92252* | 0605-051-01 | Four Star Realty Group Inc. |
| La Ferney Rd.<br>Joshua Tree, CA 92252* | 0605-051-09 | Four Star Realty Group Inc. |
| Fourth St.<br>Joshua Tree, CA 92252* | 0605-051-12 | Four Star Realty Group Inc. |
| VAC/11th St. W./Vic Ave. N. 12<br>Palmdale, CA 93550* | 3005-015-0201 | Four Star Realty Group Inc. |
| 2931 Leeward Ave.<br>Los Angeles, CA 90005 | 5077-016-030 | Mega Home LLC |
| 763 Carriage House Dr.<br>Arcadia, CA 91006 | 5769-009-027 | Ed and Jean Chen |
| 10332 Jefferson St.<br>Yucaipa, CA 92399* | 0320-231-02 | Ed and Jean Chen |
| 10332 Jefferson St.<br>Yucaipa, CA 92339* | 0320-231-09 | Ed and Jean Chen |
| Yucaipa, CA 92399* | 0320-231-03 | Ed and Jean Chen |
| Yucaipa, CA 92399* | 0320-231-10 | Ed and Jean Chen |
| San Luis Obispo County, CA 93453 | 084-061-011 | Ed and Jean Chen |
| VAC/120 St. E./Vic Ave. K10<br>Roosevelt, CA 93535* | 3370-011-004 | Ed and Jean Chen |