```
1  NICOLAS MORGAN  (SB# 166441)
   nicolasmorgan@paulhastings.com
2  THOMAS A. ZACCARO  (SB# 183241)
   thomaszaccaro@paulhastings.com
3  PAUL HASTINGS LLP
   515 South Flower Street
4  Twenty-Fifth Floor
   Los Angeles, California  90071-2228
5  Telephone:  1(213) 683-6000
   Facsimile:  1(213) 627-0705
6
   Attorneys for Defendant
7  JEAN CHEN
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>EDWARD CHEN, JEAN CHEN, HOME PARADISE INVESTMENT CENTER LLC, GH INVESTMENT LP, GH DESIGN GROUP, LLC, GOLDEN GALAXY LP, MEGA HOME, LLC,<br><br>  Defendant. | CASE NO. 2:17-cv-06929-PA-JEM<br><br>**STIPULATION AUTHORIZING MEGA HOME, LLC LOAN REFINANCING**<br><br>Judge: Hon. Percy Anderson<br>Courtroom: 9A |

Plaintiff Securities and Exchange Commission ("Plaintiff"), by and through its undersigned counsel, and Defendants Jean Chen and Edward Chen (together, the "Chen Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on September 20, 2017 Plaintiff filed this action against Defendants Edward Chen, Jean Chen, Home Paradise Investment Center LLC, GH Investment LP, GH Design Group, LLC, Golden Galaxy LP, and Mega Home, LLC ("Mega Home") (collectively, "Defendants");

WHEREAS, on September 20, 2017 the Court entered the Temporary Restraining Order, Order to Show Cause Why a Preliminary Injunction ("TRO") Should Not Be Granted that preliminarily restrained and enjoined Defendants from "transferring . . . any funds, assets, securities, claims or other real or personal property . . . wherever located, of any one of the Defendants, or their subsidiaries or affiliates, owned by, controlled by, managed by or in the possession or custody of any of them . . . .";

WHEREAS, on October 16, 2017 the Court entered an Order re (1) Entry of Partial Preliminary Injunction; (2) To Continue Hearing re Order to Show Cause Why a Preliminary Injunction Should Not be Granted; and (3) Permit the Receiver to Engage EB-5 Counsel Pending Hearing on the Preliminary Injunction that continued the asset freeze from the Court's September 20, 2017 TRO until 5:00 p.m. on November 22, 2017;

WHEREAS, on January 11, 2018 the Court entered the Corrected Stipulation and Order re Order to Show Cause Regarding Receiver ("Corrected Order") (Dkt. No. 75) which appointed Robert Mosier ("Mr. Mosier") as Receiver for the estates of GH Investment LP and GH Design Group, LLC) and Monitor for the estates of Home Paradise Investment Center LLC, Golden Galaxy LP, and Mega Home;

WHEREAS, the Correct Order appointed Zhengziong Xie as the Supervisory Manager ("Supervisory Manager") of the Golden Galaxy Project to "exercise all powers as the 'owner' of Mega Home, the EB-5 project company and general contract";

WHEREAS, Mega Home would like to refinance the debt associated with the Golden Galaxy Project;

NOW THEREFORE, the parties hereby STIPULATE that:

1. Mega Home is authorized to obtain a $29,000,000 construction loan ("Loan") from Parkview Financial Fund 2015, LP, a Delaware limited partnership ("Lender") and is authorized to execute, deliver and perform all documents related thereto ("Loan Documents").

2. The Supervisory Manager, or such supervisor as the Court may later authorize, is authorized to execute the Loan Documents and any other documents reasonably required by Lender in connection with therewith, on Mega Home's behalf.

3. All requests for disbursements of the Loan shall be made either by the Supervisory Manager or someone authorized by the Supervisory Manager to request disbursements of the Loan on his behalf.

4. Disbursements of the Loan shall be made into an account in the name of Mega Home under the control of the Supervisor.

5. The approval of Mr. Mosier, in his capacity as Monitor or Receiver in this action, is not required with respect to any of the following:

    a. Mega Home obtaining the Loan and executing and performing the Loan Documents;

    b. Any requests for disbursements of the Loan; and

   c. Any payments made with proceeds of disbursements of the Loan.

**Respectfully Submitted and Agreed:**

DATED: November 27, 2018

DONALD W. SEARLES
JUNLING MA
SECURITIES AND EXCHANGE COMMISSION

By: /s/ Donald W. Searles
   DONALD W. SEARLES

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

DATED: November 27, 2018

EDWARD GARTENBERG
MILENA DOLUKHANYAN
GARTENBERG GELFAND HAYTON LLP

By: /s/ Edward Gartenberg
   EDWARD GARTENBERG

Attorneys for Defendant
EDWARD CHEN

DATED: November 27, 2018

NICOLAS MORGAN
THOMAS A. ZACCARO
PAUL HASTINGS LLP

By: /s/ Nicolas Morgan
   NICOLAS MORGAN

Attorneys for Defendant
JEAN CHEN

LEGAL_US_W # 96147531.2

- 3 -