NICOLAS MORGAN  (SB# 166441)
nicolasmorgan@paulhastings.com
THOMAS A. ZACCARO  (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Attorneys for Defendant
JEAN CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     vs.<br><br>EDWARD CHEN, JEAN CHEN, HOME PARADISE INVESTMENT CENTER LLC, GH INVESTMENT LP, GH DESIGN GROUP, LLC, GOLDEN GALAXY LP, MEGA HOME, LLC,<br><br>            Defendant. | CASE NO. 2:17-cv-06929-PA-JEM<br><br>**ORDER GRANTING STIPULATION AUTHORIZING MEGA HOME, LLC LOAN REFINANCING**<br><br>Judge:  Hon. Percy Anderson<br>Courtroom:  9A |

The Court having considered the Parties' Stipulation Authorizing Mega Home, LLC Loan Refinancing ("Stipulation"), and for good cause shown, it is hereby ORDERED that the Stipulation is GRANTED and:

1. Mega Home, LLC ("Mega Home") is authorized to obtain a $29,000,000 construction loan ("Loan") from Parkview Financial Fund 2015, LP, a Delaware limited partnership ("Lender") and is authorized to execute, deliver and perform all documents related thereto ("Loan Documents").

2. Zhengxiong Xie, appointed as the Supervisory Manager of the Golden Galaxy Project pursuant to the Corrected Stipulation and Order re Order to Show Cause Regarding Receiver (Dkt. No. 75), or such supervisor as the Court may later authorize, is authorized to execute the Loan Documents and any other documents reasonably required by Lender in connection with therewith, on Mega Home's behalf.

3. All requests for disbursements of the Loan shall be made either by the Supervisory Manager or someone authorized by the Supervisory Manager to request disbursements of the Loan on his behalf.

4. Disbursements of the Loan shall be made into an account in the name of Mega Home under the control of the Supervisor.

5. The approval of Robert Mosier, in his capacity as Monitor or Receiver in this action, is not required with respect to any of the following:

    a. Mega Home obtaining the Loan and executing and performing the Loan Documents;

    b. Any requests for disbursements of the Loan; and

/ / /

/ / /

/ / /

   c. Any payments made with proceeds of disbursements of the Loan.

**IT IS SO ORDERED**

DATED: November 28, 2018

                  _____
                  Hon. Percy Anderson
                  UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 96147794.2