Robert P. Mosier
Craig M. Collins, CPA
Ryan Baker, Financial Analyst
MOSIER & COMPANY, INC.
3151 Airway Avenue, Suite A-1
Costa Mesa, California    92626
Telephone:    (714) 432-0800
Facsimile:    (714) 432-7329
E-Mail:   Rmosier@Mosierco.com

Court Appointed Receiver and Monitor ("Fiduciary")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>vs.<br><br>EDWARD CHEN,<br>JEAN CHEN,<br>HOME PARADISE INVESTMENT CENTER, LLC,<br>GH INVESTMENT LP,<br>GH DESIGN GROUP, LLC,<br>GOLDEN GALAXY, LP AND<br>MEGA HOME, LLC,<br><br>         Defendants. | Case No: CV 17-6929 PA (JEMx)<br>Assigned for all purposes to the Honorable Percy Anderson<br><br>**FIRST SUPPLEMENT TO THE MOTION FOR AUTHORITY TO PAY FEES & COSTS FOR THE FIDUCIARY & HIS STAFF FOR AUGUST/SEPTEMBER, 2018.**<br><br>Date:     January 7, 2019<br>Time:    1:30 PM<br>CTRM:  9A, 350 W. 1st ST. LA |

   The Fiduciary is pleased to advise the Court that there are no objections to the pending application to pay fees and costs for the Fiduciary and his staff for the period of August/September 2018.   See Exhibit "A."

Date:    December 11, 2018                    _____
                                                                Robert P. Mosier, Fiduciary

Case 2:17-cv-06929-PA-JEM   Document 191   Filed 12/11/18   Page 2 of 6   Page ID #:5088

# EXHIBIT "A"

# Robert Mosier

| | |
|---|---|
| **From:** | Searles, Donald <SearlesD@sec.gov> |
| **Sent:** | Tuesday, December 11, 2018 2:35 PM |
| **To:** | Robert Mosier |
| **Subject:** | RE: HPIC Fees |

That sounds fine.

**From:** Robert Mosier [mailto:rmosier@mosierco.com]
**Sent:** Tuesday, December 11, 2018 1:23 PM
**To:** Searles, Donald
**Subject:** FW: HPIC Fees

See below.  Defendants do not oppose the latest fee application. I am inclined to file a one page supplement announcing same.  RPM



**Robert P. Mosier**

**Mosier & Company, Inc.**
**3151 Airway Ave, Suite A1**
**Costa Mesa, CA 92626**
T: (714) 432-0800 ext. 222
C: (714) 267-3588
F: (714) 432-7329

RMosier@MosierCo.com
www.MosierCo.com

Court Appointed Fiduciaries - Bringing Value to Problem Assets

**From:** Morgan, Nicolas <nicolasmorgan@paulhastings.com>
**Sent:** Monday, December 10, 2018 3:44 PM
**To:** Edward Gartenberg <egartenberg@gghslaw.com>; Robert Mosier <rmosier@mosierco.com>
**Cc:** Milena Dolukhanyan <mdolukhanyan@gghslaw.com>
**Subject:** RE: HPIC Fees

We do not oppose the application.

EXHIBIT A 2



**Nicolas Morgan | Partner**
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6181 | Main: +1.213.683.6000 | Fax: +1.213.996.3181 | nicolasmorgan@paulhastings.com | www.paulhastings.com

**From:** Edward Gartenberg [mailto:egartenberg@gghslaw.com]
**Sent:** Friday, December 7, 2018 10:40 AM
**To:** Robert Mosier
**Cc:** Morgan, Nicolas; Milena Dolukhanyan
**Subject:** [EXT] RE: HPIC Fees

Bob,

I am reviewing this with my client. Since, I will be on vacation from Dec. 8 to Dec.22, largely traveling in remote parts of Chile and It will be difficult to reach me, I will defer to Nick on this. You can assume that whatever position he takes on behalf of Jean Chen will be the same for me on behalf of Ed Chen. If you need anything from me while I am on vacation, please contact Milena.

Regards,
Ed


Edward Gartenberg
Gartenberg Gelfand Hayton LLP
15260 Ventura Boulevard, Suite 1920
Sherman Oaks, California 91403
Direct Dial: (213) 542-2111
Main Line (213) 542-2100
Fax: (213) 542-2101
Email: egartenberg@gghslaw.com


******************************************************************

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. In addition, to ensure compliance with the recent revisions to Circular 230 published by the Internal Revenue Service, Gartenberg Gelfand Hayton LLP informs you that if any advice concerning any Federal tax issue is contained in this communication, such advice is not intended to, and cannot be used for, any purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party, any transaction or matter unless expressly authorized within this communication. Please refer to Circular 230 (available at http://www.irs.gov/) for more information regarding this requirement.

Thank you.

Gartenberg Gelfand Hayton LLP

EXHIBIT A 3

**From:** Robert Mosier <rmosier@mosierco.com>
**Sent:** Thursday, December 6, 2018 1:47 PM
**To:** Morgan, Nicolas <nicolasmorgan@paulhastings.com>; Edward Gartenberg <egartenberg@gghslaw.com>; Milena Dolukhanyan <mdolukhanyan@gghslaw.com>
**Cc:** Don Searles <SearlesD@sec.gov>
**Subject:** HPIC Fees

I will be filing the 6th status report and fee application for the period of August-September 2018 tomorrow for hearing on January 7, 2019.  May I report to the Court that the fees are unopposed? You were previously give the detail for the fees.  RPM



**Robert P. Mosier**

**Mosier & Company, Inc.**
**3151 Airway Ave, Suite A1**
**Costa Mesa, CA 92626**
T: (714) 432-0800 ext. 222
C: (714) 267-3588
F: (714) 432-7329

RMosier@MosierCo.com
www.MosierCo.com

Court Appointed Fiduciaries - Bringing Value to Problem Assets

*********************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.


# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

    Mosier & Company, Inc.
    3151 Airway Avenue, Suite A-1, Costa Mesa CA 92626
    Telephone No. (714) 432-0800; Facsimile No. (714) 432-7329

On December 11, 2018, I caused to be served the documents entitled **1ST SUPPLEMENT TO THE 6TH INTERIM APPLICATION TO PAY FEES AND COSTS** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this company's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Costa Mesa, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Costa Mesa, California, with Express Mail postage paid.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Kristina Godinez*

Date: December 11, 2018        Kristina Godinez