UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-6929 PA (JEMx) | Date | December 20, 2018 |
|---|---|---|---|
| Title | Securities & Exchange Commission v. Edward Chen, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    IN CHAMBERS – COURT ORDER

Before the Court is the 6th Motion for Authority to Pay Fees & Costs" for the Receiver and His Staff (Docket No. 190). Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for January 7, 2019, is vacated, and the matter taken off calendar.

In this Motion, the Receiver seeks authorization for fees and costs incurred by the Receiver and his staff for August and September 2018. In the Motion, the Receiver seeks fees of $81,882.31, and expenses of $413.91, with a credit of $24.83 for payments already made, for a total authorization of $82,271.39. Neither Edward Chen, his co-defendant Jean Chen, nor plaintiff Securities and Exchange Commission ("SEC"), have filed an Opposition. See Local Rule 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting of the motion.").

The Court has reviewed the evidence in support of the Motion and concludes that the fees and expenses incurred by the Receiver for August and September 2018, were reasonable and necessary. The Court therefore grants the Receiver's Motion and authorizes the payment from receivership assets of $82,271.39.

IT IS SO ORDERED.