NICOLAS MORGAN  (SB# 166441)
nicolasmorgan@paulhastings.com
THOMAS A. ZACCARO  (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Attorneys for Defendant
JEAN CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 2:17-cv-06929-PA-JEM |
| Plaintiff, | |
| vs. | **STIPULATION RE (1) DISTRIBUTIONS FROM DISTRIBUTION AGENT AND (2) CLARIFYING ROLE OF DISTRIBUTION AGENT** |
| EDWARD CHEN, JEAN CHEN, HOME PARADISE INVESTMENT CENTER LLC, GH INVESTMENT LP, GH DESIGN GROUP, LLC, GOLDEN GALAXY LP, MEGA HOME, LLC, | |
| Defendant. | Judge: Hon. Percy Anderson |
| | Courtroom: 9A |

LEGAL_US_W # 97335935.1

1    Plaintiff Securities and Exchange Commission ("Plaintiff"), by and through

2  its undersigned counsel, and Defendants Jean Chen and Edward Chen (together, the

3  "Chens"), by and through their undersigned counsel, hereby stipulate and agree as

4  follows:

5    WHEREAS, on September 20, 2017 Plaintiff filed this action against

6  Defendants Edward Chen, Jean Chen, Home Paradise Investment Center LLC, GH

7  Investment LP, GH Design Group, LLC, Golden Galaxy LP, and Mega Home, LLC

8  (collectively, "Defendants");

9    WHEREAS, on September 20, 2017 the Court entered the Temporary

10  Restraining Order, Order to Show Cause Why a Preliminary Injunction ("TRO")

11  Should Not Be Granted that preliminarily restrained and enjoined Defendants from

12  "transferring . . . any funds, assets, securities, claims or other real or personal

13  property . . . wherever located, of any one of the Defendants, or their subsidiaries or

14  affiliates, owned by, controlled by, managed by or in the possession or custody of

15  any of them . . . .";

16    WHEREAS, on October 16, 2017 the Court entered an Order re (1) Entry of

17  Partial Preliminary Injunction; (2) To Continue Hearing re Order to Show Cause

18  Why a Preliminary Injunction Should Not be Granted; and (3) Permit the Receiver

19  to Engage EB-5 Counsel Pending Hearing on the Preliminary Injunction that

20  continued the asset freeze from the Court's September 20, 2017 TRO until

21  5:00 p.m. on November 22, 2017;

22    WHEREAS, on January 11, 2018 the Court entered the Corrected Stipulation

23  and Order re Order to Show Cause Regarding Receiver ("Corrected Order") (Dkt.

24  No. 75) which appointed Robert Mosier ("Mr. Mosier") as Receiver for the estates

25  of GH Investment LP and GH Design Group, LLC and Monitor for the estates of

26  Home Paradise Investment Center LLC, Golden Galaxy LP, and Mega Home, LLC;

27

28

LEGAL_US_W # 97335935.1

STIPULATION RE (1) DISTRIBUTIONS
FROM DISTRIBUTION AGENT AND
(2) CLARIFYING ROLE OF
DISTRIBUTION AGENT

WHEREAS, the Corrected Order appointed Charlie Tzeng as the Construction Manager ("Construction Manager ") of the Golden Galaxy Project;

WHEREAS, the Corrected Order appointed Ming Chieh Wu as the director of Home Paradise Investment Center LLC;

WHEREAS, on November 15, 2018 the Court entered the Order Granting Stipulation Removing Charlie Tzeng as Construction Manager of the Golden Galaxy Project and limited his monthly compensation to $5,000 or less for work performed since May 2018;

WHEREAS, on November 28, 2018 the Court entered the Order Granting Stipulation re: (1) Creation of Distribution Fund; (2) Appointment of a Distribution Agent; (3) Plan of Distribution and Payment of Fees to the Distribution Agent ("Distribution Order"), which described Mr. Mosier's new role as the Distribution Agent for the Distribution Fund created pursuant to Section 308(a) of the Sarbanes-Oxley Act and terminated all powers and duties of Mr. Mosier previously provided in the Corrected Order;

WHEREAS, the Distribution Order authorized Mr. Mosier, as Distribution Agent, to control certain cash assets identified in Attachment A to the Distribution Order; and

WHEREAS, the parties to this action agree that funds held in certain bank accounts under Mr. Mosier's control shall be turned over to Mr. Tzeng and Ms. Wu, as described below;

NOW THEREFORE, the parties hereby STIPULATE that:

1.  Mr. Mosier, subject to a full release from Mr. Tzeng, shall pay $12,500 to Mr. Tzeng for work performed prior to his termination as Construction Manager from the following bank accounts in the order listed:

- 2 -

a.  Mega Home LLC's East West Bank account ending in 6644;

b.  Mega Home LLC's East West Bank account ending in 6707;

c.  Golden Galaxy LP's East West Bank account ending in 6700;

d.  Home Paradises LLC's East West Bank account ending in 6714;

e.  Home Paradises LLC's East West Bank account ending in 6672

2.  After making these payments, Mr. Mosier shall close any of the accounts listed above that no longer contain funds;

3.  Mr. Mosier, shall turn over all the funds  in Home Paradise Investment Center LLC's East West Bank account ending in 6665 to Ms. Wu for her use  to establish a new bank account and to pay fees associated with Home Paradise Investment Center LLC;

4.  After providing all of the funds in this account to Ms. Wu, Mr. Mosier shall not participate in the management or operation of Home Paradise Investment Center LLC in any manner;

5.  Mr. Mosier shall turn over any and all responsibility for the lease for GH Design Group, LLC's Ontario, California warehouse, including all subleases, to Ms. Chen to be effective with the February 1, 2019 rent;

6.  Except as authorized in the Court's Order dated November 28, 2018 (the "November Order") appointing the Distribution Agent (the "November Order"), Mr. Mosier shall not participate in the management or operation of GH Investment LP or GH Design Group, LLC in any manner.

7.  Defendants Jean Chen and Edward Chen do not oppose payment of $53,882.56 to Mr. Mosier, which amount represents his fees for October and November 28, 2018 as reflected on Attachment A.

8.  Upon request by any party to this action, Mr. Mosier shall promptly provide copies of all accounting records for any and all entities for which he has acted as Receiver or Monitor for the period from the inception of this action to date

- 3 -

STIPULATION RE (1) DISTRIBUTIONS FROM DISTRIBUTION AGENT AND (2) CLARIFYING ROLE OF DISTRIBUTION AGENT

1    in this action.  Any copying costs incurred shall be paid by funds under Mr.

2    Mosier's control but shall not reduce the reserve for the Distribution Agent as

3    provided at paragraph 4 of the November Order.

4

5

6         **Respectfully Submitted and Agreed:**

7    DATED:  January 28, 2019               DONALD W. SEARLES
                                            JUNLING MA
8                                           SECURITIES AND EXCHANGE
                                            COMMISSION
9

10

11                                          By:  /s/ Donald W. Searles
                                                 DONALD W. SEARLES
12
                                            Attorneys for Plaintiff
13                                          SECURITIES AND EXCHANGE
                                            COMMISSION
14

15
     DATED:  January 28, 2019               EDWARD GARTENBERG
16                                          MILENA DOLUKHANYAN
                                            GARTENBERG GELFAND HAYTON
17                                          LLP

18

19                                          By:  /s/ Edward Gartenberg
                                                 EDWARD GARTENBERG
20
                                            Attorneys for Defendant
21                                          EDWARD CHEN

22

23

24

25

26

27

28
                                            STIPULATION RE (1) DISTRIBUTIONS
                                            FROM DISTRIBUTION AGENT AND
     LEGAL_US_W # 97335935.1       - 4 -    (2) CLARIFYING ROLE OF
                                            DISTRIBUTION AGENT

1    DATED:  January 28, 2019              NICOLAS MORGAN
2                                     THOMAS A. ZACCARO
                                       PAUL HASTINGS LLP

3

4                                  By:__/s/ Nicolas Morgan_____
5                                         NICOLAS MORGAN

                                 Attorneys for Defendant
6                                   JEAN CHEN

7    DATED:  January 28, 2019

                                 Robert P. Mosier, Distribution Agent
8

9

10                                 _____

11                                 By:     /s/ Robert P. Mosier_____
                                 ROBERT P. MOSIER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 97335935.1

STIPULATION RE (1) DISTRIBUTIONS
FROM DISTRIBUTION AGENT AND
(2) CLARIFYING ROLE OF
DISTRIBUTION AGENT