NICOLAS MORGAN (SB# 166441)
nicolasmorgan@paulhastings.com
THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Defendant
JEAN CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EDWARD CHEN, JEAN CHEN, HOME PARADISE INVESTMENT CENTER LLC, GH INVESTMENT LP, GH DESIGN GROUP, LLC, GOLDEN GALAXY LP, MEGA HOME, LLC,<br><br>　　　　　Defendant. | CASE NO. 2:17-cv-06929-PA-JEM<br><br>**ORDER RE<br>(1) DISTRIBUTIONS FROM DISTRIBUTION AGENT AND<br>(2) CLARIFYING ROLE OF DISTRIBUTION AGENT**<br><br>Judge: Hon. Percy Anderson<br>Courtroom: 9A |

[PROPOSED] ORDER GRANTING STIPULATION RE (1) DISTRIBUTIONS FROM DISTRIBUTION AGENT AND (2) CLARIFYING ROLE OF DISTRIBUTION AGENT

The Court having considered the Parties' Stipulation re (1) Distributions from Distribution Agent and (2) Clarifying Role of Distribution Agent ("Stipulation"), and for good cause shown, it is hereby ORDERED that the Stipulation is GRANTED and:

1. Mr. Mosier, subject to a full release from Mr. Tzeng, shall pay $12,500 to Mr. Tzeng for work performed prior to his termination as Construction Manager from the following bank accounts in the order listed:

   a. Mega Home LLC's East West Bank account ending in 6644;
   b. Mega Home LLC's East West Bank account ending in 6707;
   c. Golden Galaxy LP's East West Bank account ending in 6700;
   d. Home Paradises LLC's East West Bank account ending in 6714;
   e. Home Paradises LLC's East West Bank account ending in 6672

2. After making these transfers, Mr. Mosier shall close any of the accounts listed above that no longer contain funds;

3. Mr. Mosier, shall turn over all the funds in Home Paradise Investment Center LLC's East West Bank account ending in 6665 to Ms. Wu for her use to establish a new bank account and to pay fees associated with Home Paradise Investment Center LLC;

4. After providing all of the funds in this account to Ms. Wu, Mr. Mosier shall not participate in the management or operation of Home Paradise Investment Center LLC in any manner;

5. Mr. Mosier shall turn over any and all responsibility for the lease for GH Design Group, LLC's Ontario, California warehouse, including all subleases, to Ms. Chen to be effective with the February 1, 2019 rent;

6. Except as authorized in the Court's Order dated November 28, 2018 (the "November Order") appointing the Distribution Agent (the "November

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION RE (1) DISTRIBUTIONS FROM DISTRIBUTION AGENT AND (2) CLARIFYING ROLE OF DISTRIBUTION AGENT

1  Order"), Mr. Mosier shall not participate in the management or operation of GH
2  Investment LP or GH Design Group, LLC in any manner.
3      7.  Mr. Mosier may pay himself $53,882.56 for fees incurred in October
4  and November 2018;
5      8.  Upon request by any party to this action, Mr. Mosier shall promptly
6  provide copies of all accounting records for any and all entities for which he has
7  acted as Receiver or Monitor for the period from the inception of this action to date
8  in this action.  Any copying costs incurred shall be paid by funds under Mr.
9  Mosier's control but shall not reduce the reserve for the Distribution Agent as
10 provided at paragraph 4 of the November Order.

**IT IS SO ORDERED**

DATED:  January 29, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 97335938.1

- 2 -

[PROPOSED] ORDER GRANTING
STIPULATION RE (1) DISTRIBUTIONS
FROM DISTRIBUTION AGENT AND
(2) CLARIFYING ROLE OF
DISTRIBUTION AGENT