Robert P. Mosier
Craig M. Collins, CPA
Ryan Baker, Financial Analyst
MOSIER & COMPANY, INC.
3151 Airway Avenue, Suite A-1
Costa Mesa, California    92626
Telephone:    (714) 432-0800
Facsimile:    (714) 432-7329
E-Mail:    Rmosier@Mosierco.com

Court Appointed Receiver and Monitor ("Fiduciary")

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**EDWARD CHEN,<br>JEAN CHEN,<br>HOME PARADISE INVESTMENT CENTER, LLC,<br>GH INVESTMENT LP,<br>GH DESIGN GROUP, LLC,<br>GOLDEN GALAXY, LP AND<br>MEGA HOME, LLC,**<br><br>**Defendants.** | Case No: CV 17-6929 PA (JEMx)<br>Assigned for all purposes to the Honorable Percy Anderson<br><br>**NOTICE OF MOTION & MOTION:<br>FIDUCIARY'S FINAL ACCOUNT &<br>REPORT & REQUEST TO PAY FINAL<br>FEES & COSTS FOR DECEMBER<br>2018 THROUGH THE CLOSE.<br>POINTS & AUTHORITIES;<br>DECLARATION OF THE FIDUCIARY.**<br><br>**Date:    April 8, 2019<br>Time:    1:30 PM<br>CTRM:   9A, 350 W. 1st ST. LA** |

**PLEASE TAKE NOTICE THAT** on April 8, 2019, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Percy Anderson, Courtroom 9A, 350 West 1st Street, Los Angeles, California 90012, Robert P. Mosier, duly appointed Receiver/Monitor ("Fiduciary") in the above matter, will and hereby does move the Court to Approve the Fiduciary's Final Account and Report ("FAR").

The motion also seeks approval of final fees and costs for the Fiduciary and his staff for December 2018 through January 2019 with accrued time to wrap up the receivership/monitor aspects of the case.

This motion is made pursuant to 28 U.S. Code §3103(g)(1)–(3). Defense counsel objects to the filing of this motion (discussions throughout January 2019) as unnecessary/unauthorized.    However, §3103(g)(3) states that the Receivers _shall_ file such a report and seek approval of unpaid fees. The extended hearing date of April 8, 2019 provides time to (a) serve the report on 45 Chinese EB-5 investors, 43 of whom live in mainland China and (b) for the overseas investors to respond.

This Notice of Motion and Motion is supported by the Declaration of Robert P. Mosier, together with the files and records of the case and any evidence and/or argument that is presented at a hearing held by the Court. The Motion is organized into the following sections:   A. Summary of the Case; B. Accounting Update; C. Fee Application; and D. Prayer.

## A. <u>SUMMARY OF THE CASE</u>

1.    <u>Settlement</u>:   This Court entered an order on November 28, 2018 (DK 189) that effectively settled the case and removed the Fiduciary from day to day oversight that had been in place since the Fiduciary's appointment on September 20, 2017 (roughly a duration of fourteen-months).   The Securities & Exchange Commission ("SEC") as Plaintiff accepted Defendant Chens offer to pay full restitution to the Chinese EB-5 investors in the two projects: (a) GH Investment LP and related entities (collectively "GHI") the assets of which have been liquidated with cash on hand of $7.5 million and (b) Golden Galaxy LP ("GG-80") that is building an 80-unit condo project in Koreatown where construction is due to be completed and the units sold/closed by mid-year to year-end 2019.   The amount required to pay the two EB-5 projects with total of 45 investors is roughly $27.5 million.

2. <u>Highlights of the Fiduciary's Contribution:</u>   This is a partial list of the Fiduciary's accomplishments from appointment through November 2018;

a. <u>Confirming the Fake Lease/Inventory at GHI</u>:   The Fiduciary's investigation confirmed a fake lease for a 111,513 square foot facility in Ontario (the actual lease was 23,842).   These findings led to a stipulation to keep the Receiver in place for this project and to liquidate the inventory of sixteen fix and flip houses.   As a follow-on to this analysis, the partial forensic accounting demonstrated that $4 million of GHI investor funds had been used to purchase fake inventory from Four Star Realty and affiliated entities owned by the Defendants.   These findings, among others, contributed to the full-restitution settlement.

b. <u>Confirming the Legitimacy of the GG-80 Project</u>:   The first report of the Fiduciary speculated that the GG-80 project looked legitimate and would likely create the jobs as outlined in the project's business plan.   This led the Court to appoint a Monitor rather than a Receiver over this project.

c. <u>Sale of the GHI Fix and Flip Houses</u>:   Pursuant to stipulation and court order, the Fiduciary sold 16 fix and flip houses during two auctions that produced a total net recovery of $6.9 million. In both auctions, the high estimated values were achieved and exceeded.   The result is the $7.5 million projected net cash on hand for the benefit of the EB-5 investors both projects.

d. <u>Obtaining a New Construction Loan</u>: The Fiduciary introduced a new lender to the GG-80 project after the prior lender called two defaults following the TRO in September 2017.   The first default took the interest rate on the construction loan from 11% to 27%; this was later negotiated down to 15%.   A second default in mid 2018 resulted in an interest rate to 33%.   This original lender was replaced by a new lender, introduced by the Fiduciary, at 10% plus $3 million of additional loan to complete the project and a one-year extension to pay back the loan without penalty.   See the lender's press release, Exhibit "A".   Through the new loan, the Chens were also able to recover $4 million that was demanded by the original lender in the second default. This new loan made the GG-80 project financially viable. (DKT 188)

e. <u>The Tong/First Financial Investment Group ("FFIG") Settlement</u>: The Fiduciary was able to orchestrate a settlement with FFIG and its owner, Mr. Tong (DKT 189).  This resulted in the estate retaining $450 thousand from the second auction and surrendering to Mr. Tong (i) cash in FFIG's bank account of $588 thousand and (ii) two houses titled to FFIG.  Mr. Tong used the cash to invest in the GG-80 project to help achieve the $4.0 million new capital requirement of the prior lender.

f. <u>Resolution of the Ontario Lease</u>.  The Fiduciary was able to sublease the Ontario facility to mitigate negative cash flow that will save the estate $300 thousand to the end of the lease.

3.   <u>Challenges of the Fiduciary Assignment:</u>   The Fiduciary also had to overcome/reconcile a number of obstacles including the following:

a. Corporate financial summaries showed significant, non-matching inter-company borrowings/receivables/cash transfers.

b. Large inventories were shown on the books but there were no matching inventories in the warehouses.

c. There were loans of EB-5 funds to non-EB-5 entities.

d. Accounting entries for several corporate entities in some instances were 1 to 3 years in arrears.

e. There was no insurance on the fix and flip houses.

f. The Ontario warehouse was not secure with a disheveled inventory that had to be organized/removed.

g. Maintenance of the Ontario space was out of compliance with the terms of the lease.

h. There was no Workers Comp insurance in place and an ongoing audit of prior years' activity was resolved with a refund expected.

i. Various individuals were removed from the payroll who did not work for the entities under the Fiduciary's control.

**Fiduciary's Final Account & Report; Request to Pay Final Fees & Costs**

j.  A lawsuit filed against the Regional Center was monitored.   The filed annual reports with the United States Citizenship and Immigration Service ("USCIS") contained inaccurate information that was identified and called to the attention of the counsel that prepared the report.

k.  The 2017 GHI tax returns were completed and reviewed to ensure accuracy of the data being reported.

l.  Eight bi-monthly status reports plus the initial report of the temporary Receiver were prepared and filed with the Court. Most of these were resolved by stipulation and order thereon and/or further order of the Court.

m. Inconsistencies were reported in the November 28, 2018 settlement stip.   This stip (settling the case) had been rushed through in order for the new loan to close.   This necessitated a further negotiation/stipulation and order that was just signed.

## B. <u>ACCOUNTING UPDATE (Through January 31, 2019)</u>

4.     <u>Period:</u>   The accounting period is September 20, 2017 through January 30, 2019 with estimates for future expenditures as outlined below.

5.     <u>Cash Summary:</u>   The starting cash balance on September 20, 2017 was $4,372,589 (Exhibit "B", line 1) – seized from bank accounts. Since then, an additional $8,211,508 was deposited; total working cash available for the sixteen-months was $12,584,097.   The cash receipts include net proceeds from sale of the fix and flip homes, warehouse sublease income, construction management fee income and miscellaneous income.

6.     <u>Cash Disbursements:</u>   Cash disbursements during this sixteen-plus month period total $5,079,859.   Categories of disbursements are listed in Exhibit "B." Total cash on hand as of January 31, 2019 is $7,504,238. Recall that these numbers do not take into account the construction loan disbursements.   The second page of Exhibit "B" shows in which bank accounts the cash is held.

7.    <u>Future Disbursements:</u>  The Fiduciary anticipates future disbursements as follows: (a) payment of fees/costs for December 2018; (b) payment for January 2019 to close including future work for issuance of 1099s, W-2s and payroll tax returns, plus oversight of tax returns (a total of $39,949.96, details presented below); and (c) the Distribution Agent's future fees of $50,000 withhold leaving a balance of $7,414,288.   See Exhibit "C."

### C. <u>FEE APPLICATION</u>

8.    <u>Overview of Activities</u>:   This fee application covers December 2018 (post settlement) and (b) January 2019 to close.   Exhibit "D" is a list of activities that have occurred and will occur to close out the estate.

9.    <u>Aggregate of the Fees:</u>   Exhibit "E" presents a summary plus detailed time entries for the December - January period plus prospective time to close.   As outlined above, the two-month-plus period total is $39,949.96 (with blended hourly rate: $168.98).   This compares favorably with the two-month billing summaries that have typically ranged from $80 to $90 thousand for the first fourteen months. This application reflects limited activity of preparing the FAR, resolving discrepancies in the 11/28/18 stip/order and accrued time for finalizing the accounts and to oversee the preparation of 1099 and payroll tax returns for 2018 (when the Fiduciary was in charge).

   a. <u>Fiduciary</u>:   The Fiduciary has 60.5 hours at an average reduced rate of $355.78 for a total fee request of $21,524.60 for the two-month-plus period.   The Fiduciary's focus was preparing this FAR, and providing input for the corrections required by the 11/28/18 stip/order, preparing a notice to creditors/investors and mapping activities to close the estate.

   b. <u>Certified Public Accountant</u>:   Mr. Collins incurred 23.8 hours at a discounted hourly rate of $275 per hour for a total fee request $6,545 during the two-month plus period.   He was involved in preparing the schedules for the FAR and analysis for the correction of the 11/28/18 stip and order thereon.

**Fiduciary's Final Account & Report; Request to Pay Final Fees & Costs**

c. <u>Ryan Baker, Senior Financial Analyst:</u>   Mr. Baker has 2.3 hours at a rate of $203 for a fee request of $466.90.   He oversees Peachtree, the Defendants accounting system.

d. <u>Jim LeSieur, Prior On-Site Manager:</u>   Mr. LeSieur incurred 6.1 hours during this period at a rate is $125 per hour for fees of $762.50.   Mr. LeSieur was involved in the wrap up of the Ontario warehouse lease, and confirming investor addresses.

e. <u>Nancy Michenaud, Controller/Chief Bookkeeper</u>:   Ms. Michenaud seeks approval of 56.8 hours at a rate of $95 per hour for $5,396.   She is the primary controller/bookkeeper who oversees all deposits, checks, wire issuances and ledger entries.   About 85% of her time is for future payroll tax and 1099 related work.

f. <u>Aurora Bloom:</u>   Ms. Bloom seeks approval of 61.2 hours at $52 for $3,182.40.   She assists Ms. Michenaud with prospective bookkeeping, bank account reconciliation and preparation of 1099s.

g. <u>Kristina Godinez:</u>   Ms. Godinez is a paralegal and administrative assistant.   She seeks 17.1 hours at a rate of $36 per hour or $615.60.   She electronically files all documents and handles administrative tasks related to filings.

h. <u>Costs:</u>   The Fiduciary seeks approval of costs in the amount of $1,456.96 including tax forms ($215), storage and later destruction of the Fiduciary's books and records ($895.75), postage for the notice ($111.41), fax/copying ($234) due to the end-of-case documents and filings.

10.   <u>Fees and Costs for the Duration of the Case:</u>   Exhibit "F" presents a summary of total fees by each individual on the Fiduciary's staff for the entire case.   Total fees including those being submitted in this application total $701,531.90; costs total $6,037.93 for a total of $707,569.83.   To date, $667,619.87 has been paid leaving an unpaid balance of $39,949.96.   The blended hourly rate for the Fiduciary and his staff members is $187.47 for the entire duration of the case.

11.   <u>Perspective – Fees as a Percent of Disbursements:</u>   The U.S. Congress mandates that a court-appointed chapter 11 trustee (alone) working in a bankruptcy is entitled to a maximum compensation of roughly 3.1% of total disbursements. In this case, the fees for only the Receiver at $297 thousand (Exhibit "F") are currently 1.3% of total disbursements to date of $22.5 million ($7.5 million disbursed by the Receiver and the $15 million construction loan payoff).   If and when full restitution is paid to the investors (another $27.5 million), the Receiver's fees as a percent of total revenues will drop to .00594% or six tenths of one percent.   In this case, the integral staff that has assisted the Receiver consists of six additional individuals – a CPA, financial analyst, on-site manager, a chief bookkeeper, an assistant bookkeeper and an administrative assistant (paralegal), the total fees paid to these seven individuals (including the Receiver) are roughly 3% of total disbursements.   This percentage will drop to 1.8% if and when full restitution is paid to the 45 investors as currently anticipated.   If this all comes about, this case will be the most efficient federal equity receivership to date for this Receiver.

## D. <u>PRAYER</u>

12.   <u>Prayer:</u>   Wherefore your Fiduciary prays that this Court make and enter an order that approves the FAR and fees and costs as presented and orders them paid from available funds.   Your Fiduciary prays that this Court make and enter such further order as it deems appropriate and just.

Date:   January 31, 2019

_____
Robert P. Mosier, Fiduciary

**Fiduciary's Final Account & Report; Request to Pay Final Fees & Costs**

# DECLARATION OF THE FIDUCIARY

I, Robert P. Mosier, declare and affirm as follows; I am the duly appointed Receiver/Monitor ("Fiduciary") in the above matter.   I have firsthand knowledge of the facts and figures recited herein.

Exhibit "A is a press release regarding the new loan on the GG-80 project.   Exhibit "B" is an updated accounting that is a summary of cash receipts/disbursements from September 2017 through January 30, 2019. The second page of the exhibit shows in which bank accounts the cash is currently located.   Exhibit "C" a list of estimated future disbursements to close out the estate.   Exhibit "D" is a detailed list of activities during the December 2018 through January 2019 period plus prospective activities to close.   Exhibit "E" is a summary of the hours, hourly rates and fees sought by individual plus the cost's summary and the detailed timesheets for each applicant seeking approval of fees and costs incurred.   Exhibit "F" is a presentation summary of the total fees for the duration of the case.

I declare that this declaration was signed by me on the 31th day of January 2019 in Costa Mesa, CA.

_____
Robert P. Mosier,
Monitor and Receiver ("Fiduciary")

**Fiduciary's Final Account & Report; Request to Pay Final Fees & Costs**

# List of Exhibits

**Exhibit A: Press Release Regarding the New GG-80 Loan**

**Exhibit B: Summary: Cash Receipts/Disbursements to 12/31/18**

**Exhibit C: Summary of Future Cash Disbursements to Close the Case**

**Exhibit D: List of Activities during December/January to Close Period.**

**Exhibit E: Summary of Fees and Costs plus the Detailed Timesheets**

**Exhibit F: Summary of Fees/Costs Program-to-date:**
                  **For the Receivership and the Monitorship**

EXHIBIT "A"

# LOS ANGELES BUSINESS JOURNAL
### THE COMMUNITY OF BUSINESS™

# Parkview Provides $29M Loan for Koreatown Condo Development



Rendering of the Golden Galaxy Plaza Condominiums project

Los Angeles-based Parkview Financial has provided a $29 million loan to refinance the construction of an 80-unit condominium complex in Koreatown. The project is partially completed.

Avison Young's Jay Maddox and Peter Sherman secured the financing for developer Mega Home LLC.

"Mega Home LLC, our client and the project's developer, was paying a very high interest rate and needed additional funds to complete construction and sell out the project," Mad-dox said in a statement. "Refinancing a project midway through construction is unusual and presents unique challenges. Very few lenders are willing to consider such a transac-tion. Fortunately, we were able to help our client procure new construction financing under attractive terms that provided needed funds and time to complete the project, together with significant cash going back to the developer for cost reimbursement."

The project, Golden Galaxy Plaza Condominiums on Leeward Avenue, will be five stories and have a pool, spa, gym and interior courtyards.

"We have deep knowledge of the Koreatown submarket, and our team quickly recognized the inherent value of the real estate and viability of this project," said Paul Rahimian, the chief financial officer of Parkview Financial, in a statement. "We are pleased to play an important role in bringing Leeward Plaza to completion."
The project is expected to be completed in the spring.
Commercial real estate reporter Hannah Madans can be reached at hmadans@labusiness-journal.com. Follow her on Twitter @HannahMadans

EXHIBIT A 11

EXHIBIT "B"

# RECEIVERSHIP ESTATE of CHEN et al
## SCHEDULE of CONSOLIDATED CASH FLOW
### for the PERIOD SEPTEMBER 20, 2017 to JANUARY 31, 2019

| | | | | | |
|---|---|---|---|---|---|
| 1 | TURNOVER of FUNDS at BEGINNING of CASE on SEPTEMBER 20, 2018 | | | | $4,372,589 |
| 2 | CASH RECEIPTS during the PERIOD: | | | | |
| 3 | GROSS PROCEEDS from AUCTIONS of FIX and FLIP HOMES | | | $8,079,500 | |
| 4 | LESS: ITEMS PAID THROUGH ESCROW + FFIG PAYOFF: | | | | |
| 5 | SALES COMMISSIONS | $560,500 | | | |
| 6 | FFIG, LLC PAYOFF for ITS PROPERTY INTERESTS | 375,500 | | | |
| 7 | HERO LOAN & OTHER DEBT | 236,668 | | | |
| 8 | REAL PROPERTY TAXES | 36,291 | | | |
| 9 | ALL OTHER ESCROW COSTS | 10,028 | | | |
| 10 | TOTAL ITEMS PAID THROUGH ESCROW + FFIG PAYOFF | | 1,218,987 | | |
| 11 | NET PROCEEDS from AUCTIONS of FIX and FLIP HOMES | | 6,860,513 | | |
| 12 | GROSS PROCEEDS from the SALE of a FIX and FLIP HOME | | 510,000 | | |
| 13 | CONSTRUCTION MANAGEMENT FEE INCOME | | 419,000 | | |
| 14 | SUBLEASE INCOME at CITY of COMMERCE WAREHOUSE | | 210,057 | | |
| 15 | RENTAL INCOME including ONTARIO SUBLEASE INCOME | | 77,288 | | |
| 16 | INSURANCE PROCEEDS | | 52,187 | | |
| 17 | SERVICE FEE INCOME | | 21,000 | | |
| 18 | COLLECTION of NOTE RECEIVABLE | | 18,600 | | |
| 19 | ONTARIO SUBLEASE DEPOSIT RECEIVED | | 16,000 | | |
| 20 | ALL OTHER CASH RECEIPTS | | 26,863 | | |
| 21 | TOTAL CASH RECEIPTS during the PERIOD | | | 8,211,508 | |
| 22 | TOTAL CASH RECEIPTS since INCEPTION of the CASE | | | 12,584,097 | |
| 23 | CASH DISBURSEMENTS during the PERIOD: | | | | |
| 24 | CONDOMINIUM CONSTRUCTION MATERIALS | | 668,025 | | |
| 25 | RECEIVER/MONITOR and STAFF FEES & COSTS to NOVEMBER 30, 2018 | | 667,680 | | |
| 26 | TURNOVER of FUNDS to FIRST FINANCIAL INVESTMENT GROUP, LLC | | 587,749 | | |
| 27 | FACILITIES RENT (GROSS) | | 527,982 | | |
| 28 | PAYROLL and PAYROLL TAXES | | 446,930 | | |
| 29 | WORKERS COMPENSATION INSURANCE (INCLUDES PRE-RECEIVER) | | 421,847 | | |
| 30 | PROPERTY TAXES | | 226,990 | | |
| 31 | LEGAL | | 152,575 | | |
| 32 | BONDS | | 136,510 | | |
| 33 | INSPECTIONS | | 114,203 | | |
| 34 | SUBCONTRACTORS | | 99,241 | | |
| 35 | SECURITY SERVICE | | 88,505 | | |
| 36 | OUTSIDE SERVICES (INCLUDING CHARLEY TZENG) | | 87,138 | | |
| 37 | MANAGEMENT | | 75,120 | | |
| 38 | CAMS CHARGES | | 71,766 | | |
| 39 | EQUIPMENT RENT | | 61,395 | | |
| 40 | TRANSFER of HPIC FUNDS to MS. WU | | 60,118 | | |
| 41 | FORENSIC ACCOUNTANTS | | 41,566 | | |
| 42 | CONSTRUCTION SUPERVISION | | 39,400 | | |
| 43 | RETURN of FUNDS to MRS. CHEN | | 38,093 | | |
| 44 | REPAIRS & MAINTENANCE | | 37,904 | | |
| 45 | PROPERTY INSURANCE | | 33,871 | | |
| 46 | MONTHLY DEBT PAYMENTS on PROPERTIES | | 28,245 | | |
| 47 | ELECTRICITY (FIX & FLIPS, COMMERCE & ONTARIO) | | 26,029 | | |
| 48 | COMMISSION on SALE of a FIX & FLIP HOME | | 25,500 | | |
| 49 | ENVIRONMENTAL | | 25,089 | | |
| 50 | PERMITS, FEES & LICENSES | | 24,736 | | |
| 51 | TRASH | | 23,797 | | |
| 52 | HEALTH INSURANCE | | 23,327 | | |
| 53 | TAXES & LICENSES | | 20,321 | | |
| 54 | ALL OTHER DISBURSEMENTS (ALL LESS THAN $20,000) | | 198,205 | | |
| 55 | TOTAL CASH DISBURSEMENTS during the PERIOD | | | 5,079,859 | |
| 56 | CASH on HAND at END of the PERIOD | | | | $7,504,238 |

1/31/2019 11:36

K:\1700FLDR\1728 Home Paradise SEC\[CASH FLOW to JANUARY 31, 2019.xlsx]ACTUAL

EXHIBIT B 12

# RECEIVERSHIP ESTATE of CHEN et al
## CASH on HAND on JANUARY 31, 2019

| | | EASTWEST BANK ACCOUNTS | GHI RECEIVER-SHIP | MONITOR-SHIP | OTHER ENTITIES | TOTAL of ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 1 | MEGA HOME LLC | xxx 6644 | | $0 | | |
| 2 | MEGA HOME LLC | xxx 6707 | | 0 | | |
| 3 | GOLDEN GALAXY LP | xxx 6700 | | 0 | | |
| 4 | HOME PARADISE INVESTMENT CENTER LLC | xxx 6665 | | 0 | | |
| 5 | HOME PARADISES LLC | xxx 6672 | | 22,031 | | |
| 6 | HOME PARADISES LLC | xxx 6714 | | 0 | | |
| 7 | FOUR STAR REALTY GROUP INC. | xxx 6637 | | 50,329 | | |
| 8 | US GRANDHOOD LLC | xxx 6679 | | | $955 | |
| 9 | FIRST FINANCIAL INVESTMENT GROUP LLC | xxx 6686 | | | CLOSED | |
| 10 | GH DESIGN GROUP LLC | xxx 6693 | $331,649 | | | |
| 11 | GH DESIGN GROUP LLC | xxx 6728 | 1,092 | | | |
| 12 | GH DESIGN GROUP LLC   (PROPERTY SALES) | xxx 7246 | 6,832,233 | | | |
| 13 | GH INVESTMENT LP | xxx 6651 | 265,949 | | | |
| 14 | TOTAL CURRENT ACCOUNT BALANCES | | $7,430,924 | $72,359 | $955 | $7,504,238 |

K:\1700FLDR\1728 Home Paradise SEC\[CASH ON HAND on JANUARY 31, 2019.xlsx]CASH            1/31/2019 11:40

EXHIBIT B 13

EXHIBIT "C"

# RECEIVERSHIP ESTATE of CHEN et al
## SCHEDULE of PROJECTED CASH FLOW
### for the PERIOD FEBRUARY 1, 2019 through the END of the
### DISBURSEMENT AGENT'S ADMINISTRATION



| | | | |
|---|---|---|---|
| 1 | CASH on HAND on JANUARY 31, 2019 | | $7,504,238 |
| 2 | LESS ESTIMATED CASH DISBURSEMENTS after JANUARY 31, 2019: | | |
| 3 | FIDUCIARY and STAFF FEES & COSTS  (DECEMBER 2018) | $18,415 | |
| 4 | FIDUCIARY and STAFF FEES & COSTS  (JANUARY 2019 & THEREAFTER) | 21,535 | |
| 5 | TOTAL FIDUCIARY and STAFF FEES & COSTS after JANUARY 31, 2019 | | 39,950 |
| 6 | ESTIMATED CASH on HAND for TRANSFER to DISBURSEMENT AGENT'S BANK ACCOUNT | | 7,464,288 |
| 7 | LESS ESTIMATED FUTURE DISBURSEMENT AGENT FEES and COSTS | | 50,000 |
| 8 | ESTIMATED CASH AVAILABLE for DISTRIBUTION to EB-5 INVESTORS | | $7,414,288 |

K:\1700FLDR\1728 Home Paradise SEC\[CASH FLOW to JANUARY 31, 2019.xlsx]ACTUAL          1/31/2019 11:43

EXHIBIT C 14

EXHIBIT "D"

**GHI + GG-80**
**Receiver/Monitor Project List**
**December 2018 through January 2019 to close**
**January 31, 2019**

1. Banking, Accounting and Bookkeeping Activity
   a. Transfer funds, pay limited bills and make limited deposits
   b. Reconcile accounts
   c. Process year-end payroll and payroll taxes
   d. Prepare reports and provide information requested by the parties
   e. Prepared to turn over the Ontario sublease with detailed information
   f. Continued to monitor of the workers comp insurance refund
   g. Issued periodic cash reports and analyzed proposed account transfers
   h. Prepared to transfer funds (on hold pending establishing new bank accounts)
   i. Worked with the Ontario sublease to identify lease-end commitments

2. GHI Design
   a. Monitored the sublease payments for the Ontario facility
   b. Update cash flow projections for the project through 2018 and now 2019
   c. Discuss more options of a reinvestment of existing recoveries with EB-5 counsel
   d. Communicate with one investor in San Francisco

3. GG-80 Project
   a. Confirmed new loan closed and in place
   b. Monitor new loan ramifications (all positive)
   c. Include summary in FAR

4. Administration/Accounting
   a. Prepared and submitted fees for October/November
   b. Provided input to the stipulation to amend the November 28 Order
   c. Review, document, confirm and pay bills
   d. Provide cash reports to the parties
   e. Review and either amend and/or comment on various stipulations including the November 28 macro settlement (with many corrections)
   f. Update schedules of cash flow each month
   g. Update schedules of cash on hand each month by account
   h. Updated schedules of EB-5 loans, fees and interest projections

EXHIBIT D 15

EXHIBIT "E"

**RECEIVERSHIP ESTATE OF HOME PARADISE**
**SUMMARY of PROFESSIONAL FEES & COSTS INCURRED**
**FOR THE PERIOD OF DECEMBER 2018 THROUGH JANUARY 2019 TO CLOSE**

| SUMMARY of ALL FEES and COSTS | HOURS | HOURLY RATE | TOTAL FEES | COSTS | TOTAL FEES and COSTS | PAYMENTS MADE | AMOUNT OWING |
|---|---|---|---|---|---|---|---|
| ROBERT P. MOSIER | 60.50 | $355.78 | $21,524.60 | $0.00 | $21,524.60 | $0.00 | $21,524.60 |
| CRAIG COLLINS | 23.80 | $275.00 | 6,545.00 | 0.00 | 6,545.00 | 0.00 | 6,545.00 |
| RYAN BAKER | 2.30 | $203.00 | 466.90 | 0.00 | 466.90 | 0.00 | 466.90 |
| JIM LE SIEUR | 6.10 | $125.00 | 762.50 | 0.00 | 762.50 | 0.00 | 762.50 |
| TOTAL PROFESSIONALS | 92.70 | $316.06 | 29,299.00 | 0.00 | 29,299.00 | 0.00 | 29,299.00 |
| TOTAL BOOKKEEPING/ADMINISTRATIVE | 135.10 | $68.05 | 9,194.00 | 0.00 | 9,194.00 | 0.00 | 9,194.00 |
| ADMINISTRATIVE COSTS | | | | 1,510.08 | 1,510.08 | 53.12 | 1,456.96 |
| **TOTAL FEES & COSTS** | **227.80** | **$168.98** | **$38,493.00** | **$1,510.08** | **$40,003.08** | **$53.12** | **$39,949.96** |
| | | | | | 0.00 | 0.00 | 0.00 |

| PROFESSIONAL FEES: | HOURS | HOURLY RATE | TOTAL FEES | DIRECT COSTS | TOTAL FEES and COSTS | PAYMENTS MADE | AMOUNT OWING |
|---|---|---|---|---|---|---|---|
| ROBERT P. MOSIER - RECEIVER | | | | | | | |
| DECEMBER          2018 | 33.30 | $348.50 | $11,604.90 | $0.00 | $11,604.90 | $0.00 | $11,604.90 |
| JANUARY 2019 TO CLOSE | 27.20 | $364.69 | 9,919.70 | 0.00 | 9,919.70 | 0.00 | 9,919.70 |
| TOTAL MOSIER | 60.50 | $355.78 | 21,524.60 | 0.00 | 21,524.60 | 0.00 | 21,524.60 |
| CRAIG COLLINS, CPA | | | | | | | |
| DECEMBER          2018 | 16.80 | $275.00 | 4,620.00 | 0.00 | 4,620.00 | 0.00 | 4,620.00 |
| JANUARY 2019 TO CLOSE | 7.00 | $275.00 | 1,925.00 | 0.00 | 1,925.00 | 0.00 | 1,925.00 |
| TOTAL COLLINS | 23.80 | $275.00 | 6,545.00 | 0.00 | 6,545.00 | 0.00 | 6,545.00 |
| RYAN BAKER | | | | | | | |
| DECEMBER          2018 | 2.30 | $203.00 | 466.90 | 0.00 | 466.90 | 0.00 | 466.90 |
| TOTAL BAKER | 2.30 | $203.00 | 466.90 | | 466.90 | 0.00 | 466.90 |
| JIM LE SIEUR | | | | | | | |
| DECEMBER          2018 | 1.10 | $125.00 | 137.50 | 0.00 | 137.50 | 0.00 | 137.50 |
| JANUARY 2019 TO CLOSE | 5.00 | $125.00 | 625.00 | 0.00 | 625.00 | 0.00 | 625.00 |
| TOTAL LE SIEUR | 6.10 | $125.00 | 762.50 | 0.00 | 762.50 | 0.00 | 762.50 |
| **TOTAL PROFESSIONALS** | **92.70** | **$316.06** | **$29,299.00** | **$0.00** | **$29,299.00** | **$0.00** | **$29,299.00** |

| BOOKKEEPING/ADMINISTRATIVE FEES: | HOURS | HOURLY RATE | TOTAL FEES | DIRECT COSTS | TOTAL FEES and COSTS | PAYMENTS MADE | AMOUNT OWING |
|---|---|---|---|---|---|---|---|
| NANCY MICHENAUD | | | | | | | |
| DECEMBER          2018 | 7.60 | $95.00 | $722.00 | $0.00 | $722.00 | $0.00 | $722.00 |
| JANUARY 2019 TO CLOSE | 49.20 | $95.00 | 4,674.00 | 0.00 | 4,674.00 | 0.00 | 4,674.00 |
| TOTAL MICHENAUD | 56.80 | $95.00 | 5,396.00 | 0.00 | 5,396.00 | 0.00 | 5,396.00 |
| AURORA BLOOM | | | | | | | |
| DECEMBER          2018 | 11.80 | $52.00 | 613.60 | 0.00 | 613.60 | 0.00 | 613.60 |
| JANUARY 2019 TO CLOSE | 49.40 | $52.00 | 2,568.80 | 0.00 | 2,568.80 | 0.00 | 2,568.80 |
| TOTAL BLOOM | 61.20 | $52.00 | 3,182.40 | 0.00 | 3,182.40 | 0.00 | 3,182.40 |
| KRISTINA GODINEZ | | | | | | | |
| DECEMBER          2018 | 5.60 | $36.00 | 201.60 | 0.00 | 201.60 | 0.00 | 201.60 |
| JANUARY 2019 TO CLOSE | 11.50 | $36.00 | 414.00 | 0.00 | 414.00 | 0.00 | 414.00 |
| TOTAL GODINEZ | 17.10 | $36.00 | 615.60 | 0.00 | 615.60 | 0.00 | 615.60 |
| **TOTAL BOOKKEEPING** | **135.10** | **$68.05** | **$9,194.00** | **$0.00** | **$9,194.00** | **$0.00** | **$9,194.00** |

| ADMINISTRATIVE COSTS: | TAX FORMS MISC. | ACCRUED STORAGE | POSTAGE | FACSIMILE & XEROX | DELIVERY, FEDEX etc | TOTAL ADM COSTS | PAYMENTS MADE | AMOUNT OWING |
|---|---|---|---|---|---|---|---|---|
| DECEMBER          2018 | 0.00 | 0.00 | 1.41 | 47.40 | 53.12 | 101.93 | 53.12 | 48.81 |
| JANUARY 2019 TO CLOSE | 215.00 | 895.75 | 110.00 | 187.40 | 0.00 | 1,408.15 | 0.00 | 1,408.15 |
| **TOTAL ADMIN COSTS** | **$215.00** | **$895.75** | **$111.41** | **$234.80** | **$53.12** | **$1,510.08** | **$53.12** | **$1,456.96** |

K:\1700\FLDR\1728 Home Paradise SEC\FEES\FEES DECEMBER 2018 - JANUARY 2019 TO CLOSE.xls\Sheet1

EXHIBIT E 16

Robert P. Mosier
Mosier & Company, Inc.
3151 Airway Avenue, Suite A-1
Costa Mesa, CA 92626
rmosier@mosierco.com


Invoice submitted to:
1728 Home Paradise Et. Al.
1728 Receiver for Home Paradise Et.
Al.
Robert P. Mosier, Receiver


January 4, 2019


Invoice # 10785


Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| | <u>Financial Analysis</u> | | |
| 12/5/2018 | Meeting with  Craig Marshall Collins, CPA re discuss the transition from the Final Account and Report to the operation under the Distribution agent and cutoffs for various bills.  Tax returns. | 0.50 | 191.50 |
| 12/10/2018 | Review the numbers and begin to prepare the outline for the Final Account and Report.  Meeting with  Nancy E. Michenaud re open issues. Meeting with Craig Marshall Collins, CPA re open issues and resolution.  Discuss methods to handle the lease shortfall payment going forward, preparation of the GHD and GHI tax returns.  Payment of the California state tax. | 1.40 | 536.20 |
| 12/14/2018 | Review the accounting for the Final Account and Report.  Outline questions,. | 0.70 | 268.10 |
| 12/17/2018 | Review more schedules for the Final Account and Report.  Outline questions and prepare comments. | 0.80 | 306.40 |
| 12/19/2018 | Further Meeting with  Craig Marshall Collins, CPA re exceptions in the November stipulation and order.  Prepare memo to counsel identifying the issue and then offering the correction.  Recommend a new stip and order thereon to lock in the corrected procedures. | 1.50 | 574.50 |
| 12/26/2018 | Review re quest to pay fees, but no longer able to issue payroll. | 0.30 | 114.90 |
| | SUBTOTAL: | [      5.20 | 1,991.60] |

EXHIBIT E 17

1728 Home Paradise Et. Al.                                                                    Page    2

|  | | Hours | Amount |
|---|---|---|---|

### Inspect Assets

| | | | |
|---|---|---|---|
| 12/15/2018 | Review the numbers in preparation for the Final Account and Report. Outline questions for Nancy E. Michenaud and Craig Marshall Collins clarifying on going receipts and disbursement. | 1.50 | 574.50 |
| 12/30/2018 | Do a visual on the project. Siding up. | 1.00 | NO CHARGE |
| | SUBTOTAL: | [  2.50 | 574.50] |

### Prepare Pleading

| | | | |
|---|---|---|---|
| 12/5/2018 | Finalize the 6th Status Report and Fee Application for filing. Incorporate edits and rewrite appropriate sections. | 1.40 | 536.20 |
| 12/6/2018 | Finalize the 6th fee ap and status report and prepare for filing tomorrow. Send e-mail(s) to counsel inquiring if it can be filed with non-opposition | 0.70 | 268.10 |
| 12/11/2018 | Prepare one page supplement with exhibit informing the Court that there are no objections to the pending fees. Coordination and preparation for filing. | 0.50 | 191.50 |
| | SUBTOTAL: | [  2.60 | 995.80] |

### Prepare Status Report

| | | | |
|---|---|---|---|
| 12/2/2018 | More work on the 6th status report and fee application. Merging in Craig Marshall Collins, CPA comments. | 1.00 | 383.00 |
| 12/19/2018 | Prepare memo to counsel outlining desired changes in the November stip and order. Many lose ends. | 1.50 | 574.50 |
| | SUBTOTAL: | [  2.50 | 957.50] |

### Review Bills

| | | | |
|---|---|---|---|
| 12/28/2018 | Meeting with Aurora Bloom re update on the timing of the bills for the remaining months to close and prospective. The list of creditors who will get notice. Still being constructed. Review related documents. | 0.40 | 153.20 |
| | SUBTOTAL: | [  0.40 | 153.20] |

### Review Docs

| | | | |
|---|---|---|---|
| 12/1/2018 | Review Craig Marshall Collins, CPA comments on the status report. | 0.50 | 191.50 |
| | Review e-mail(s) re status of the loan. Proceeding. | 0.30 | 114.90 |

EXHIBIT E 18

1728 Home Paradise Et. Al.                                                               Page    3

|            |                                                                                 | Hours | Amount |
|------------|---------------------------------------------------------------------------------|-------|--------|
| 12/3/2018  | Review the signed order creating the disbursing agent. Meeting with Craig Marshall Collins, CPA to discuss. Outline potential exceptions. | 0.70 | 268.10 |
| 12/4/2018  | Review e-mail(s) from USCIS attorneys. Responding to questions raised re GHI. Outline issues, and awaiting contact information for the investors. | 0.50 | 191.50 |
| 12/5/2018  | Review e-mail(s) from USCIS counsel re answers to questions. Raises more questions. Meeting with Craig Marshall Collins, CPA re same. Forward document to the Security and Exchange Commission . | 0.50 | 191.50 |
| 12/7/2018  | Review and approve for filing the 6th status report and fee application. Review e-mail(s) from Ed Gartenberg re defers to Nicolas Morgan. Phone call with Nicolas Morgan but no response. Authorize filing as is. | 1.00 | 383.00 |
| 12/8/2018  | Review the file in preparation for the Final Account and Report. Organize the exhibits in rough. | 1.00 | 383.00 |
| 12/11/2018 | Prepared e-mail(s) to staff re preparing the Final Account and Report for the related entities for filing in late December with numbers through mid December likely. Accurals for future tasks like 1099s and W-2s | 0.50 | 191.50 |
|            | Review e-mail(s) re loan funded today. Forward copy to defense counsel and Security and Exchange Commission . Exchange e-mail(s) with the broker re status and next steps. Good news. | 0.70 | 268.10 |
| 12/12/2018 | Review the historical accounting in preparation for the Final Account and Report. | 0.40 | 153.20 |
| 12/17/2018 | Review e-mail(s) re resolving the engineer's position in the Receivership estate. | 0.30 | 114.90 |
| 12/18/2018 | Review e-mail(s) from Nicolas Morgan re status of construction manager. Meeting with Nancy E. Michenaud re payments made through July. No bills submitted after that. Send e-mail(s) to Archie inquiring about status. Send e-mail(s) to Nicolas Morgan re status and availability to discuss. Meeting with Craig Marshall Collins, CPA and Nancy E. Michenaud re same. | 0.50 | 191.50 |
|            | Review the recent stipulated order creating the disbursing agent for specifics and exceptions that will likely be encountered. List exceptions to be addressed. | 0.50 | 191.50 |
|            | Review and prepare e-mail(s) to defense counsel and the Security and Exchange Commission  re problems with the recent stipulated order in terms of details relative to taxes, control of cash, pro rata distribution and clarifying the use of non-related cash. Meeting with Craig Marshall Collins, CPA and Nancy E. Michenaud to discuss. Prepare draft.  To be continued tomorrow before release. | 1.00 | 383.00 |
| 12/19/2018 | Review e-mail(s) reconciling billing and payment status of Construction manager. Review e-mail(s) from Nancy E. Michenaud re need to be updated with current status. | 0.40 | 153.20 |

1728 Home Paradise Et. Al.                                                                Page      4

|            |                                                                                              | Hours | Amount     |
|------------|----------------------------------------------------------------------------------------------|-------|------------|
| 12/25/2018 | Review e-mail(s) from Ed Gargenberg re his counter position.                                  | 0.50  | 191.50     |
| 12/26/2018 | Respond to Ed Gartenberg's e-mail(s) re no changes to the November stipulation. Meeting with Craig Marshall Collins, CPA re same. Review revise and edit. | 0.50  | 191.50     |
| 12/27/2018 | Review the code section dealing with the Final Account and Report and the dismissal of the Receiver. Meeting with Craig Marshall Collins, CPA re same. Meeting with Aurora Bloom re required documents for the Final Account and Report. | 1.00  | 383.00     |
|            | SUBTOTAL:                                                                             [ | 10.80 | 4,136.40]  |

Status Meeting

|            |                                                                                              | Hours | Amount   |
|------------|----------------------------------------------------------------------------------------------|-------|----------|
| 12/6/2018  | Phone call with Jim LeSieur re update on the list of names for the investors.                 | 0.30  | 114.90   |
| 12/11/2018 | Phone call with Jeff Brandlin re funding of the loan is good news.                            | 0.30  | 114.90   |
| 12/13/2018 | Meeting with Jeff Brandlin re brief on the loan and introduction of the broker.               | 0.40  | 153.20   |
| 12/18/2018 | Meeting with Jay Mattox re discuss the status of the loan, and infill of information for the final negotiations of the loan. In place and moving forward. | 0.40  | 153.20   |
| 12/20/2018 | Phone call with Nick Morgan and Tzeng re payment for service. Receiver/Monitor limited to the amounts outlined in the court order. Follow up required. Brief Craig Marshall Collins, CPA and Nancy E. Michenaud re same. | 0.50  | 191.50   |
| 12/21/2018 | Phone call with Security and Exchange Commission re discuss the memo and alternative dates. Send Nicolas Morgan and the parties an e-mail(s) re need to move the meeting date. Set January 7 as the prescribed time. Prepared e-mail(s) to Nicolas Morgan re same. Agree on new proposed time. No preparation of the Final Account and Report until the meeting. Delay in filing the Final Account and Report. | 1.10  | 421.30   |
|            | Phone call with Nicolas Morgan re go over the open items and agree that a follow up call next week after the holiday is approrpriate. discuss several of the open issue. Meeting with Craig Marshall Collins, CPA re same and prepare schedules for the call Review e-mail(s) setting the call. | 0.80  | 306.40   |
| 12/26/2018 | Meeting with staff re preparing for the Final Account and Report. Creditors' list. Final fees that need to be approved. | 0.50  | 191.50   |
| 12/28/2018 | Meeting with Nancy E. Michenaud re Review the case from an exceptions perspective. What needed fixing when the Receiver took over from a compliance perspective. Meeting with Craig Marshall Collins, CPA re same. | 0.50  | 191.50   |

1728 Home Paradise Et. Al.

Page    5

| | | Hours | Amount |
|---|---|---|---|
| 12/28/2018 | Meeting with  Craig Marshall Collins, CPA re discuss the relevant code sections for filing the Final Account and Report and applying for fees. Preparing a summary prior to the Meeting with  counsel on January 7. | 0.60 | 229.80 |
| | SUBTOTAL: | [    5.40 | 2,068.20] |
| | _Tax Issues_ | | |
| 12/6/2018 | Meeting with  Craig Marshall Collins, CPA re go over the GHI tax return form 2016 and prepare for 2017 and 2018.  Estimate taxes due if any.  Note caryforward losses. | 1.50 | 574.50 |
| 12/7/2018 | Meeting with  Craig Marshall Collins, CPA re update on the tax status of the sale of the houses and status of 1099s. | 0.40 | 153.20 |
| | SUBTOTAL: | [    1.90 | 727.70] |
| | _Travel_ | | |
| 12/30/2018 | Travel to and from  site for visual inspection. | 2.00 | NO CHARGE |
| | SUBTOTAL: | [    2.00 | 0.00] |
| | For professional services rendered | 33.30 | $11,604.90 |

EXHIBIT E 21

Robert P. Mosier
Mosier & Company, Inc.
3151 Airway Avenue, Suite A-1
Costa Mesa, CA 92626
rmosier@mosierco.com


Invoice submitted to:
1728 Home Paradise Et. Al.
1728 Receiver for Home Paradise Et.
Al.
Robert P. Mosier, Receiver


January 25, 2019


Invoice # 10785


Professional Services

|  | | Hours | Amount |
|---|---|---|---|
| | Budget Preparation | | |
| 1/25/2019 | Review e-mail(s) and request from Ed Gartenberg re copying documents for turnover to the Chens.  Suggest getting a copy service for which the Chens pay.  Conclude the elements of the stipulation accordingly. | 0.30 | 114.90 |
| | SUBTOTAL:                                                              [ | 0.30 | 114.90] |
| | Financial Analysis | | |
| 1/8/2019 | Review the proposed costs to close and clean up the estate including issuing W-2s, 1099s, payroll tax returns, workers comp audit and providing data for the tax returns.  Review and revise and forward to Nicolas Morgan.  Meetings with Nancy E. Michenaud, Craig Marshall Collins, CPA and Ryan Baker re same. | 1.30 | 497.90 |
| | SUBTOTAL:                                                              [ | 1.30 | 497.90] |
| | Prepare Pleading | | |
| 1/3/2019 | Start drafting the Final Account and Report.  Provide the points and authority.  Accomplishments of the fiduciary assignment, procedural aspects of the fiduciary assignment, and the challenges.  Meeting with  Craig Marshall Collins, CPA and Nancy E. Michenaud re input. | 1.40 | 536.20 |
| 1/4/2019 | Continue drafting the Final Account and Report.  Prepare a two page summary of activities. conclude the description of activities of the Fiduciary and move onto the fee application and accounting data.  Go over data with Craig Marshall Collins, CPA and Nancy E. Michenaud.  Incorporate Nancy E. | 1.00 | 383.00 |

EXHIBIT E 22

1728 Home Paradise Et. Al.                                                                    Page    2

|  | | Hours | Amount |
|---|---|---|---|
|  | Michenaud's comments into the list of accomplishments but missing the accounting/bookkeeping section. | | |
| 1/9/2019 | Continue work on the Final Account and Report. Provide the accounting section. | 1.10 | 421.30 |
|  | Prepare the fee summary for the Final Account and Report. | 1.30 | NO CHARGE |
| 1/11/2019 | Continue work on the Final Account and Report. Continue work on the notice to the investors of the Final Account and Report. | 0.50 | 191.50 |
| 1/12/2019 | Further work on the Final Account and Report and the Final Account and Report notice. Meeting with Craig Marshall Collins, CPA re same. | 0.70 | 268.10 |
| 1/22/2019 | Review and revise the Final Account and Report for filing this Friday. Back to all encompassing fees for October through to close. Review the notice list on the investors and forward to Security and Exchange Commission for comment. Rearrange the exhibits to include the press release on the loan for the GG-80 project. | 0.50 | 191.50 |
| 1/23/2019 | Start redrafting the Final Account and Report to update the latest thinking. Fees for Oct/Nov paid and just December with January to close. | 0.40 | 153.20 |
| 1/25/2019 | Additional time to edit and finalize the Final Account and Report and other close out requirements (all prospective). | 0.40 | 153.20 |
|  | Finalization of the Final Account and Report and revised exhibits for filing. | 0.30 | 114.90 |
|  | SUBTOTAL: | [  7.60 | 2,412.90] |
|  | Prepare Status Report | | |
| 1/4/2019 | Prepare list of activities accomplished during this request period. | 0.50 | 191.50 |
|  | SUBTOTAL: | [  0.50 | 191.50] |
|  | Review Docs | | |
| 1/1/2019 | Review the file and case status and outline next steps and timing. | 0.20 | 76.60 |
| 1/2/2019 | Review e-mail(s) confirming time of next week's reconciliation meeting. Review the file docs and select those items for Review in the Final Account and Report. | 0.50 | 191.50 |
| 1/7/2019 | Prepare e-mail(s) to counsel re items to consider for the 3:00 o'clock call. | 0.50 | 191.50 |
| 1/10/2019 | Draft the notice to the GHI investors and GG-80 investors. Review and amend. Meeting with Craig Marshall Collins, CPA re same. Telling the story concisely. | 1.00 | 383.00 |

1728 Home Paradise Et. Al.

Page    3

| | Hours | Amount |
|---|---|---|
| 1/11/2019 Review the proposed stip and make redline corrections and clarifications. Meeting with Craig Marshall Collins, CPA re same. Hold till Monday for clarification of selected points. | 1.40 | 536.20 |
| 1/12/2019 Review and finalize the rewrite of the Morgan Stip re clarifying the 11-28 stip. Incorporate changes. Review with Craig Marshall Collins, CPA. Forward to Don Searles. | 6.00 | 2,298.00 |
| 1/14/2019 Forward revised stip and order thereon to Security and Exchange Commission for comment. Phone call with Don Searles re input and recommended changes. Discuss notice to the investors and different notice to the investors. Meeting with Craig Marshall Collins, CPA re same. Meeting with Nancy E. Michenaud re get list of projects. Edit and resend. | 0.50 | 191.50 |
| 1/15/2019 Review the simplified notice edited by Don Searles. Forward to Craig Marshall Collins, CPA for review and comment. | 0.40 | 153.20 |
| Review the simplified notice edited by Don Searles. Forward to Craig Marshall Collins, CPA for review and comment. Review draft provided by Nicolas Morgan and Review Don Searles rejection of same. | 0.40 | 153.20 |
| 1/16/2019 Review the existing report and outline options for change. Two or three alternatives. | 0.50 | 191.50 |
| 1/17/2019 Review the status of the Final Account and Report, and notice. Awaiting word on any settlement options. | 0.50 | 191.50 |
| 1/18/2019 Exchange e-mail(s) with the Security and Exchange Commission re status of the changes, and any word from defendants' counsel. | 0.30 | 114.90 |
| Review and incorporate changes into the Final Account and Report draft. Forward to Security and Exchange Commission for Review and comment. | 0.50 | 191.50 |
| 1/20/2019 Review the current Final Account and Report and forward article to Security and Exchange Commission re including in the Final Account and Report. Standing by for decision/direction. | 0.50 | 191.50 |
| 1/23/2019 Review the proposed stip and order thereon. Phone call with Security and Exchange Commission re need to include October and November fees. Review e-mail(s) re separate pleading with no opposition. Respond more work and more fees versus stipulation. Provide proposed language. Do not oppose the fees. | 0.40 | 153.20 |
| 1/24/2019 Review the proposed stip in its latest version. Raise questions with Security and Exchange Commission and resolve. | 0.40 | 153.20 |
| Review revised document and quantify and qualify the language added by Gartenberg re making copies of all of the documents. Phone call with Ed re further explanation. Pending. Unresolved. Meeting with staff to draft the appropriate language. | 0.50 | 191.50 |

1728 Home Paradise Et. Al.

| | Hours | Amount |
|---|---|---|
| SUBTOTAL: | [ 14.50 | 5,553.50] |

### Status Meeting

| | | Hours | Amount |
|---|---|---|---|
| 1/7/2019 | Phone call with Security and Exchange Commission re update on the open isses for the 3:00 O'clock call. Discuss new issues. | 0.30 | 114.90 |
| | Phone call with counsel to reconcile the November 28 stip and order. Discuss options and the relevant code sections. Security and Exchange Commission counsel came up with best solutions. Subject to further analysis but progress. | 1.00 | 383.00 |
| 1/15/2019 | Phone call with Don Searles re comments on the notice, discuss the e-mail(s) from Nicolas Morgan and discuss strategy for getting the data before the court. Filing the Final Account and Report likely. | 0.50 | 191.50 |
| 1/16/2019 | Phone call with counsel re status of the stip and related documents. | 0.20 | 76.60 |
| 1/21/2019 | Meeting with Craig Marshall Collins, CPA re go over this comments. Send the notice to investors out for translation. Phone call with Nicolas Morgan voice mail(s) re update. Phone call with Security and Exchange Commission voice mail(s) re same. | 0.80 | 306.40 |
| 1/23/2019 | Meeting with staff to update on the latest developments, timing and required new data. | 0.20 | 76.60 |

| | Hours | Amount |
|---|---|---|
| SUBTOTAL: | [ 3.00 | 1,149.00] |
| For professional services rendered | 27.20 | $9,919.70 |

# CRAIG MARSHALL COLLINS
## RECEIVERSHIP ESTATE of CHEN et al
## FOR THE MONTH OF DECEMBER 2018

| DATE | | DESCRIPTION of SERVICES | HOURS | |
|---|---|---|---|---|
| FINANCIAL ANALYSIS | | | | |
| DECEMBER 4, | 2018 | UPDATED THE PROJECTION OF CASH FLOW THRU THE END OF 2018 AND THE EXPECTED EXPENSES THAT WILL REMAIN IN 2019. | 0.7 | |
| DECEMBER 10, | 2018 | DISCUSSED WITH NANCY MICHENAUD THE REMAINING OBLIGATIONS THAT NEED TO BE DISCLOSED TO THE COURT AND TO BE PAID FROM FUNDS OTHER THAN THE $50,000 SET ASIDE FOR FEES AND COSTS, PREPARED THE BEGINNING OF THE SCHEDULE FOR THE FAR. | 0.8 | |
| DECEMBER 11, | 2018 | REFORMATTED THE CASH FLOW SCHEDULE THROUGH NOVEMBER 30, 2018 FOR USE IN THE FINAL ACCOUNT & REPORT, WILL UPDATED WHEN THE FINAL DATE IS KNOWN. | 0.9 | |
| DECEMBER 17, | 2018 | REVIEWED THE LATEST INVOICE FROM THE LANDLORD OF THE ONTARIO WAREHOUSE, AMOUNT OWING HAS INCREASED A LITTLE, CHECKED WITH NANCY MICHENAUD ABOUT INCREASING AMOUNT TO SUB-LEASEE. | 0.4 | |
| DECEMBER 19, | 2018 | PREPARED SCHEDULE OF CASH ON HAND BY ENTITY AS OF TODAY TO BE USED WITH REQUEST FOR STIPULATION RE FINE TUNING THE DISBURSEMENT AGENT'S ACTIVITIES | 0.4 | |
| DECEMBER 31, | 2018 | PREPARED SCHEDULE OF CASH ON HAND ON DECEMBER 31, 2018 AND SCHEDULE OF CONSOLIDATED CASH FLOW THROUGH DECEMBER 31, 2018 TO BE USED IN THE FINAL ACCOUNT AND REPORT | 1.0 | 4.2 |
| REVIEW and SIGNING of ACCOUNTS PAYABLE CHECKS | | | | |
| DECEMBER 1-31, | 2018 | TIME SPENT REVIEWING THE INVOICES AND CHECKS CUT FOR THE VARIOUS COMPANIES DURING THE MONTH | 0.5 | 0.5 |
| REVIEW & PREPARATION of PLEADINGS & DOCUMENTS | | | | |
| DECEMBER 3, | 2018 | REVIEWED THE FINAL STIPULATION AND ORDER THEREON REGARDING THE CREATION OF A DISTRIBUTION FUND AND A DISTRIBUTION AGENT, NOTED POSSIBLE PROBLEMS WITH SETTING UP THE DISTRIBUTION BANK ACCOUNT AND THE TRANSITION FROM INDIVIDUAL BANK ACCOUNTS. | 0.7 | |
| DECEMBER 4, | 2018 | PREPARED A NEW LIST OF POSSIBLE ITEMS NEEDED FOR INCLUSION IN STIP RE CREATION OF THE DISTRIBUTION FUND, DISCUSSED WITH RPM. | 0.6 | |
| DECEMBER 5, | 2018 | REVIEWED THE THIRD DRAFT OF THE 6th STATUS REPORT AND FEE APPLICATION, NOTED RECOMMENDED CHANGES AND TYPOS. | 0.8 | |
| DECEMBER 5, | 2018 | REVIEWED THE FOURTH AND FINAL DRAFT OF THE 6th STATUS REPORT AND FEE APPLICATION, NOTED A FEW RECOMMENDED CHANGES. | 0.6 | |
| DECEMBER 11, | 2018 | REVIEWED THE FIRST DRAFT OF THE SUPPLEMENT TO THE 6th STATUS REPORT & FEE APPLICATION, MADE COMMENTS AND NOTED TYPOS, DISCUSSED WITH RPM. | 0.5 | |
| DECEMBER 12, | 2018 | REFORMATTED THE SCHEDULE OF THE SALE RESULTS FOR THE FIX & FLIP HOMES FOR INCLUSION IN THE FAR. | 0.7 | 3.9 |

(CONTINUED)

EXHIBIT E 26

# CRAIG MARSHALL COLLINS
## RECEIVERSHIP ESTATE of CHEN et al
### FOR THE MONTH OF DECEMBER 2018
#### (CONTINUED)

| DATE | | DESCRIPTION of SERVICES | HOURS | |
|------|---|------------------------|-------|--|
| TAX RETURN PREPARATION | | | | |
| DECEMBER 4, | 2018 | UPDATED THE CALCULATION OF THE ESTIMATED 2018 INCOME TAXES AS A RESULT OF THE SALE OF THE FIX AND FLIP HOUSES INCLUDING THE PAYOFF OF THE FFIG PORTION OF THE SALES. | 0.8 | |
| DECEMBER 5, | 2018 | UPDATED THE 2018 ESTIMATED TAX CALCULATION TO INCLUDE FEES AND COSTS THROUGH NOVEMBER 30, 2018. | 0.4 | |
| DECEMBER 6, | 2018 | WORKED WITH RPM ON AN EMAIL TO THE ATTORNEYS REGARDING THE 2018 TAX SITUATION, SUBSEQUENTLY DETERMINED THAT THERE ARE LARGE ENOUGH LOSS CARRYFORWARDS TO COVER GAINS FROM THE SALE OF FIX AND FLIP HOMES. | 0.5 | |
| DECEMBER 6, | 2018 | REVIEWED THE 2015 FEDERAL AND CALIFORNIA INCOME TAX RETURNS NOTING WHAT APPEARS TO BE THE BEGINNING OF THE FIX AND FLIP HOMES ACTIVITY, BOTH REPAIRS AND SALES. | 0.9 | |
| DECEMBER 6, | 2018 | REVIEWED THE 2016 FEDERAL AND CALIFORNIA INCOME TAX RETURNS AND DETERMINED THAT THE REPORTING IS ON THE ACCRUAL BASIS AND THAT THERE WERE SIGNIFICANT LOSSES IN 2016 THAT SHOULD BE ABLE TO BE CARRIED FORWARD INTO 2017 AND 2018, DISCUSSED WITH RPM | 0.9 | |
| DECEMBER 7, | 2018 | RESEARCHED THE FILES FOR THE LOCATION OF GH INVESTOR MAIL ADDRESSES AND EMAIL ADDRESSES, NEITHER WAS LOCATED. | 0.5 | |
| DECEMBER 10, | 2018 | REVIEWED THE 2016 FEDERAL AND CALIFORNIA INCOME TAX RETURNS FOR GH INVESTMENT LP, 395 PAGES OF MOSTLY FORM K-1'S, EMAILED RETURN TO JIM LESIEUR.  NOW WE HAVE ADDRESSES FOR INVESTORS ALTHOUGH THEY MAY BE DATED AT THIS POINT. | 0.8 | 4.8 |
| CONFERENCES & MEETINGS | | | | |
| DECEMBER 18, | 2018 | MET WITH RPM AND WORKED ON AN EMAIL TO DEFENDANTS' COUNSEL RE ITEMS REMAINING TO BE RESOLVED RE THE RECEIVERSHIP AND THE MONITORSHIP, WILL COMPLETE TOMORROW. | 0.9 | |
| DECEMBER 19, | 2018 | CONTINUED THE MEETING WITH RPM RE AN EMAIL TO DEFENDANTS' COUNSEL REGARDING A NUMBER OF ITEMS THAT NEED TO BE RESOLVED PRIOR TO THE COMPLETION OF THE FAR FOR THE RECEIVERSHIP etal., REVIEWED THREE DRAFTS OF THE EMAIL MEMO TO COUNSEL AND NOTED TYPOS AND ADDITIONAL PROVISIONS | 2.1 | |
| DECEMBER 21, | 2018 | TELPHONE CONFERENCE WITH COUNSEL FOR MRS CHEN AND RPM, DISCUSSED PREPARATION OF ANOTHER STIPULATION & ORDER | 0.4 | 3.4 |
| | | TOTAL HOURS CHARGED DURING THE MONTH | | 16.8 |
| | | MULTIPLY BY HOURLY RATE | | $275.00 |
| | | TOTAL AMOUNT OF FEES DUE | | $4,620.00 |

# CRAIG MARSHALL COLLINS
## RECEIVERSHIP ESTATE of CHEN et al
### FOR THE MONTH OF JANUARY 2019

| DATE | DESCRIPTION of SERVICES | HOURS |
|------|------------------------|-------|
| REVIEW & PREPARATION of PLEADINGS & DOCUMENTS | | |
| JANUARY 1-31,    2019 | TIME ESTIMATED TO BE INCURRED IN THE REVIEW OF FINAL ACCOUNT AND REPORT PLUS THE PROJECTION OF SCHEDULES TO BE PREPARED FOR THE FAR AND ATTEND A CONFERENCE CALL WITH ALL COUNSEL IN EARLY JANUARY TO DISCUSS OPEN ITEMS IN THE CASE. | 7.0  7.0 |
| | TOTAL HOURS CHARGED DURING THE MONTH | 7.0 |
| | MULTIPLY BY HOURLY RATE | $275.00 |
| | TOTAL AMOUNT OF FEES DUE | $1,925.00 |

EXHIBIT E 28

Ryan C. Baker
Mosier & Company, Inc.
3151 Airway Ave, Suite A1
Costa Mesa, CA  92626

Invoice submitted to:
Receivership Estate of Home Paradise
3151 Airway Ave, Suite A-1
Costa Mesa, CA 92626

January 22, 2019

Invoice #   10115
Case #      1728

Professional Services

|  | Hours | Amount |
|---|---|---|
| <u>Document Review</u> |  |  |
| 12/6/2018 Search harddrives for documents and information requestd by Jim LeSieur re: GH Design. | 1.70 | 345.10 |
| SUBTOTAL:                                                              [ | 1.70 | 345.10] |
| <u>Phone</u> |  |  |
| 12/6/2018 Phone calls with Jim LeSieur re: contact information for GH Investment LP investors. | 0.30 | 60.90 |
| SUBTOTAL:                                                              [ | 0.30 | 60.90] |
| <u>Status Meeting</u> |  |  |
| 12/10/2018 Met with Nancy Michenaud re: lease payment differentials. | 0.30 | 60.90 |
| SUBTOTAL:                                                              [ | 0.30 | 60.90] |
| For professional services rendered | 2.30 | $466.90 |
| Balance due |  | $466.90 |

Jim LeSieur
Senior Project Director
Mosier & Company, Inc.
3151 Airway Avenue, Suite A-1
Cost Mesa, CA 92626

Invoice submitted to:

01/02/19

Professional services rendered for Chen et al Receivership

|  |  | Hours | Amount |
|---|---|---|---|
| 12/05/18 | Respond to R Mosier email re:  GH EB-5 investors contact info | 0.10 | $12.50 |
| 12/06/18 | Emails to Rayna & R Mosier re:  contact info, text V Huang re:  computer access & file name for contacts, calls & email w/H Lau of Global Law re:  same, TCs w/R Baker to search HP computer files for requested contact info | 0.40 | 50.00 |
| 12/24/18 | 12/11 thru 12/24/18 -- followup TCs w/H Lau re:  requested EB-5 investor contact info | 0.20 | 25.00 |
| 12/31/18 | Email to N Michenaud highlighting HP et al possible wrongful acts | 0.40 | 50.00 |
|  |  | 1.10 | $137.50 |

Jim LeSieur
Senior Project Director
3151 Airway Ave., Suite A-1
Costa Mesa, CA 92626


Invoice submitted to:
Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)
Robert P. Mosier, Receiver
3151 Airway Ave., #A-1
Costa Mesa, CA 92626


January 25, 2019


Invoice #   10354


Professional Services

|  | Hours | Amount |
|---|---|---|
| Close Case | | |
| 1/7/2019 Time to close case. | 5.00 | 625.00 |
| SUBTOTAL:   [ | 5.00 | 625.00] |
| For professional services rendered | 5.00 | $625.00 |

EXHIBIT E 31

Nancy E. Michenaud
3151 Airway Ave., Suite A-1
Costa Mesa, CA 92626


Invoice submitted to:
Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)
Robert P. Mosier, Receiver
3151 Airway Ave., #A-1
Costa Mesa, CA 92626


January 3, 2019


Invoice #  10364


Professional Services

| | Hours | Amount |
|---|---|---|
| Accounting / Bookeeping | | |
| 12/4/2018 Brief with Craig Collins re: change of coding of check re: payoff of interest in Calle Ruiz.   Review chart of accounts in detail.  There is nothing that fits Craig Collins' request. | 0.60 | 57.00 |
| Review another email from Mrs. Wu inquiring about payment of legal fees. Brief with Craig Collins.   Review email sent to her in the last 30 days.   Locate email I sent mid November and forward referring her to Atty Morgan. | 0.10 | 9.50 |
| 12/5/2018 Review statement from Farmers Insurance re: properties.   Review multiple emails and reports.  Scan statement and email Frank @ Farmers re: canceling the policies on Calle Ruiz, Hornell & Ruthcrest.   Print email and attach to statement.   Mark statement that only the Gage policy should be paid. | 0.20 | 19.00 |
| 12/10/2018 Review email from Robert P. Mosier requesting I follow up on the refund of the retainer paid the Klasko law firm in December 2017.        Print vendor ledger. Review paperwork from Klasko.   Review ledgers.  Place call to Klasko firm and leave Chris McCleary a voice mail re: refunding retainer.  Make note on paperwork for follow up. | 0.30 | 28.50 |
| Figure amount of monthly deficit re: Ontario lease and sublease.    Pull GHD lease and sublease.  Brief with Craig Collins.   Brief with Robert P. Mosier. | 0.70 | 66.50 |
| 12/13/2018 Review and print email from Hardik Darji, Klasko Law, confirming receipt of my email and request for refund of unused retainer.       Attach to back up for follow up. | 0.10 | 9.50 |
| Place follow up call to Klasko Law Firm to request a refund of the retainer paid. Speak with Chris McCleary.   Be transferred to Mr. Darji.   Take information to send an email requesting the refund.   Send email with details and requesting | 0.40 | 38.00 |

Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)                           Page   2

|  |  | Hours | Amount |
|---|---|---|---|
| | refund. Print email and mark for follow up. | | |
| 12/17/2018 | Review email from James Lee. Print attachment. Statement for Ontario January lease and cams. Print vendor ledger & review. Email Jim LeSieur and Craig Collins re: increase and aprroval. | 0.30 | 28.50 |
| | Review 10/31/2018 reconciliation package. Review canceled checks. Update cash report. Sign off on reconciliation package. Print, review and forward to Aurora Bloom. | 0.40 | 38.00 |
| 12/18/2018 | Brief with Craig Collins re: payment of Ontario December rent. Print vendor ledger and code accounts payable line items. | 0.20 | 19.00 |
| | Review chart of accounts. Set up new gl code per Craig Collins request. Post je to recode check per Craig Collins request. Mark paid receipts copy. Run report and verify correctness. | 0.30 | 28.50 |
| 12/31/2018 | Make back up of accounting system for month end 12/31/2018. Process month end closing. | 0.20 | 19.00 |
| | SUBTOTAL: | [ 3.80 | 361.00] |
| | Administration | | |
| 12/3/2018 | Per Craig Collins, read Proposed order, order re: stipulation and stipulation re: distribution fund. Brief with Craig Collins re: my questions. | 0.70 | 66.50 |
| 12/4/2018 | Review email from Mrs. Wu checking on the status of her November 2018 management fee. Review order with specifics of that payment. Confirm with Craig Collins that I can respond and attach a copy of the court order. Email Mrs. Wu that her last payment from this office was for her October 2018 mangement fee and refer her to Nick Morgan. Refile pulled paperwork. | 0.30 | 28.50 |
| 12/10/2018 | Brief with Aurora Bloom and Craig Collins re: prep of final bills to be included in the Final Account and Report. | 0.40 | 38.00 |
| 12/17/2018 | Review email from Ontario Landlord. Print attachment. 2018 CAM reconcilliations. Review. total both to figure monthly increase amount. Scan and save to computer. Mark paper for filing. | 0.30 | 28.50 |
| 12/18/2018 | Brief with Craig Collins re: Ontario business license and should it be renewed or not. Place call to City of Ontario. Hold. Hang up and place 2nd call. Go into their automated system and leave message for a return call. | 0.50 | 47.50 |
| | SUBTOTAL: | [ 2.20 | 209.00] |
| | Email | | |
| 12/5/2018 | Review email from Jade Wu. Reply and forward to Robert P. Mosier , Craig Collins and Jim LeSieur re: her request for payment of her fees. | 0.10 | 9.50 |

EXHIBIT E 33

Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)                          Page    3

|  |  | Hours | Amount |
|---|---|---|---|
| | SUBTOTAL: | [ 0.10 | 9.50] |
| | **Manage Property/Business** | | |
| 12/4/2018 | Review mail returned as undeliverable.  It is the rent statement we send to Salt West Intl  Pull tenant file.  Scan December rent statement and email Natalie at Salt West regarding please provide a corrected address and status of payment of December rent.      Print email and attach.  Refile pulled paperwork. | 0.40 | 38.00 |
| 12/18/2018 | Receive call back from Eileen Preecie, City of Ontario  Business License renewal.     Per Eileen, we no longer need the business license.    Prepare and send a letter to close the account.   Take instructions from Eileen.   Brief with Craig Collins to confirm OK to proceed with close/cancellation of the Ontario business license. | 0.40 | 38.00 |
| | SUBTOTAL: | [ 0.80 | 76.00] |
| | **Tax Issues** | | |
| 12/6/2018 | Brief with Craig Collins Re:: filing status of GHD LLC.   Review documents on computer.  Locate form filed with IRS for change from LLC to Corporation effective 1/1/2015.   Print and forward to Craig Collins. | 0.20 | 19.00 |
| | Review 2016 income tax returns with Craig Collins.  It has the information he is looking. | 0.30 | 28.50 |
| 12/10/2018 | Brief with Craig Collins re: GHI 2016 income tax returns.  Review documents on computer.      Review 2016 tax returns with Craig Collins. | 0.20 | 19.00 |
| | SUBTOTAL: | [ 0.70 | 66.50] |
| | For professional services rendered | 7.60 | $722.00 |

Nancy Michenaud
3151 Airway Ave., Suite A-1
Costa Mesa, CA 92626

Invoice submitted to:
Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)
Robert P. Mosier, Receiver
3151 Airway Ave., #A-1
Costa Mesa, CA 92626

January 25, 2019

Invoice #  10354

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| | Accounting / Bookeeping | | |
| 1/2/2019 | Print multiple reports trying to locate order regarding Rutchrest and Hornell. Pull back up to paid receipts.   Has stipulation & mutual release attached. Review with Robert P. Mosier to confirm it is OK to provide it to Farmers Insurance.   Scan and email to Farmers.   Print email. Refile pulled back up. | 0.40 | 38.00 |
| | Review email from Jim LeSieur, Aurora Bloom and Ryan Baker re: Robert P. Mosier request for a list of issues.   Start worksheet. | 0.40 | 38.00 |
| 1/3/2019 | Continue working on list Robert P. Mosier requested.  Review emails from Jim LeSieur, Aurora Bloom and Ryan Baker.   Add information.  Print.   Review with Robert P. Mosier. | 0.60 | 57.00 |
| 1/31/2019 | Monthly cash reports for all bank accounts and entities to a zero balance. | 3.00 | 285.00 |
| | SUBTOTAL: | [   4.40 | 418.00] |
| | Administration | | |
| 1/2/2019 | Review orders on computer to try to locate order removing Ruthcrest and Hornell from the Receivership.  I cannot see one.   Brief with Craig Collins. He is not familiar with one. | 0.40 | 38.00 |
| 1/4/2019 | Brief with Aurora Bloom, Craig Collins, Kristina Godinez and Robert P. Mosier re: final bills. | 0.50 | 47.50 |
| 1/23/2019 | Review proposed stipulation with Robert P. Mosier and Craig Collins.  Discuss possible changes. | 0.50 | 47.50 |

Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)                                    Page    2

|  | Hours | Amount |
|---|---|---|
| 1/24/2019 Review proposed stipulation with Craig Collins and Robert P. Mosier.   Discuss copies of records,  turning over of monies.  Review Robert P. Mosier final draft. | 0.50 | 47.50 |
| 1/25/2019 Review email from Gartenberg forwarded by Robert P. Mosier.  Print.      Take count of records they want copies of, brief with Craig Collins re: back up of Peach Tree, review closing documents on computer for Ballantine and Ankerton.    Reply in detail to Robert P. Mosier email. | 0.50 | 47.50 |
| 1/31/2019 Provide Robert P. Mosier a case total for checks issued, checks deposited and total deposits. | 2.00 | 190.00 |
| Provide Robert P. Mosier information needed for preparation and filing of Final Account and Report. | 4.00 | 380.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 8.40 | 798.00] |

Audit Work

| 1/31/2019 Provide requested information for GH Design workers comp audit.  Complete forms.  Respond. | 1.50 | 142.50 |
|---|---|---|

| SUBTOTAL: | [ | 1.50 | 142.50] |
|---|---|---|---|

Banking Activity

| 1/31/2019 Close All bank accounts. | 3.00 | 285.00 |
|---|---|---|

| SUBTOTAL: | [ | 3.00 | 285.00] |
|---|---|---|---|

Close Case

| 1/31/2019 Time to close case. | 10.00 | 950.00 |
|---|---|---|

| SUBTOTAL: | [ | 10.00 | 950.00] |
|---|---|---|---|

Manage Property/Business

| 1/2/2019 Review two cancellation notices from Farmers.   Scan and email Frank and Brett at Farmers requesting they be corrected.  Print email and attach. | 0.20 | 19.00 |
|---|---|---|
| 1/3/2019 Review GHD ledger.  We have not yet receive January 2019 Ontario Rent. Pull tenant file.  Add email contact information to vendor set up.    Scan statement mailed on 12/21/2018 for January 2019 rent.  Email Natalie at Salt West to inquire when we should expect to receive the January 2019 rent check. Print emial.  File pulled documents. | 0.40 | 38.00 |
| 1/31/2019 Turnover of management of Ontario property. | 2.00 | 190.00 |

Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)                         Page     3

|  |  | Hours | Amount |
|---|---|---|---|
| 1/31/2019 | Turnover active matters ie. collection of $4K re: Ballantine, rent collections, etc. | 2.00 | 190.00 |
|  | SUBTOTAL: | [  4.60 | 437.00] |
|  | Payroll |  |  |
| 1/4/2019 | Prepare GH Design year payroll reports/returns/W2's. | 3.50 | 332.50 |
|  | Prepare Home Paradises year payroll reports/returns/W2's. | 5.00 | 475.00 |
| 1/25/2019 | Download software to prepare year end payroll forms.     Trouble printing. Work online with Adams Forms.    Still cannot get the forms to align corerctly. | 0.70 | 66.50 |
| 1/31/2019 | Prepare Mega Homes year payroll reports/returns/W2's. | 2.50 | 237.50 |
|  | SUBTOTAL: | [  11.70 | 1,111.50] |
|  | Prepare Checks |  |  |
| 1/2/2019 | Request check for 17 accounts payable / 6 checks from GHD.   Review for correctness, copy for paid receipts and prepare for signature. | 0.60 | 57.00 |
| 1/31/2019 | Request checks for final payment of fees. | 1.00 | 95.00 |
|  | Request check for to turnover of funds | 2.00 | 190.00 |
|  | SUBTOTAL: | [  3.60 | 342.00] |
|  | Tax Issues |  |  |
| 1/31/2019 | Provide information for income tax return prep. | 2.00 | 190.00 |
|  | SUBTOTAL: | [  2.00 | 190.00] |
|  | For professional services rendered | 49.20 | $4,674.00 |

Aurora Bloom
3151 Airway Ave., Suite A-1
Costa Mesa, CA 92626


Invoice submitted to:
Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)
Robert P. Mosier, Receiver
3151 Airway Ave., #A-1
Costa Mesa, CA 92626


January 2, 2019


Invoice #  10364


Professional Services

|  | | Hours | Amount |
|---|---|---|---|
| | Accounting / Bookeeping | | |
| 12/5/2018 | Brief wth Craig Collins re status of Mosier & Co., Inc. billings. Gather and review Mosier & Co., Inc. billings for 11/2018. Prepare a summary report for professional fees & costs, bookkeeping and administrative fees, and administrative costs. Print accounting report to verify payments received.  Work with formulas, amounts and to fit on one page. Print and copy summary report. Forward copy of summary to Craig Collins | 0.80 | 41.60 |
| | Gather Mosier & Co., Inc. billings for 10/2018 through 11/2018 and collate. Prepare a summary report for professional fees & costs, bookkeeping and administrative fees, and administrative costs. Work with formulas, amounts and to fit on one page. Print and take copies of all including backup. Forward copy to Craig Collins per his request. Hold for possible Robert P. Mosier revised time slips | 0.90 | 46.80 |
| | Prepare a cumulative summary report to include 10/2018 through 11/2018 Mosier & Co., Inc. billings for professional fees & costs, bookkeeping and administrative fees, and administrative costs. Work with formats and formulas, verify amounts and work to fit on four pages. Review accounting report regarding payments received. Notes to my wip files re same. Print and copy and hold for possible Robert P. Mosier revised time slips | 1.50 | 78.00 |
| 12/10/2018 | Review and post deposits to account. Review case files re same | 0.20 | 10.40 |
| 12/18/2018 | Review check received and documents received. Review system re same to verify tax consequences. Brief with Nancy E. Michenaud re same. Brief with Craig Collins re same. Post deposit to account | 0.20 | 10.40 |

EXHIBIT E 38

Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)                                    Page     2

|  | Hours | Amount |
|---|---|---|
| 12/21/2018 Brief with Nancy E. Michenaud re tenant. Review backup re tenant at Ontario. Review tenant information in system. Post detailed charges in system for tenant SaltWest. Print statement and review. Copy for case files. Forward original for mailing to tenant including return envelope and walk to box. Notes to my wip files re same | 0.30 | 15.60 |
| 12/26/2018 Review refund check received. Review system re same to locate property refund. Brief with Craig Collins re same. Post deposit to account | 0.20 | 10.40 |

|  |  | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 4.10 | 213.20] |

Administration

|  | Hours | Amount |
|---|---|---|
| 12/5/2018 Brief with Craig Collins re status of case and Final Account and Report. Notes re same | 0.10 | 5.20 |
| 12/10/2018 Briefs with Craig Collins and Nancy E. Michenaud re status of Final Account and Report and how Final Account and Report to close. Brief with Kristina Godinez re same and records for storage. Review case files re same. Review emails re same. Print for backup | 0.40 | 20.80 |
| 12/11/2018 Walk Fed Ex package to box | 0.10 | 5.20 |
| Review and print a vendor ledger report from inception of case to today. Review vendors list and mark off ones not to receive Final Account and Report.  Select vendors in system in label format and save to case files in Excel | 2.10 | 109.20 |
| 12/26/2018 Brief with Robert P. Mosier re status of vendor list | 0.10 | 5.20 |
| 12/28/2018 Review email from Nancy E. Michenaud re list of infractions since appointments. Review my wip files and case files re same. Prepare email to Nancy E. Michenaud re two items of interest that may be part of the list | 0.40 | 20.80 |

|  |  | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 3.20 | 166.40] |

Audit Accounts

|  | Hours | Amount |
|---|---|---|
| 12/18/2018 Review bank accounts summary report for month  10/2018. Verify account balances. | 0.30 | 15.60 |

|  |  | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 0.30 | 15.60] |

Bank Accounting Reconciliation

|  | Hours | Amount |
|---|---|---|
| 12/12/2018 Collate, verify signature, amounts and accounts to reconcile 11/2016 bank statements | 2.00 | 104.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 2.00 | 104.00] |

Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx).

Page   3

| | | Hours | Amount |
|---|---|---|---|
| | **Banking Activity** | | |
| 12/10/2018 | Prepare deposit, endorsed checks, encoded deposit slip, copied checks and prepared for bank. Prepare Fed Ex package and walk to box | 0.30 | 15.60 |
| 12/11/2018 | Review 11/2018 bank statements and verify deposits posted. Make notes and prepare backup for banking files | 0.20 | 10.40 |
| 12/18/2018 | Review and Prepare deposit, endorsed checks, encoded deposit slip, copied checks and prepared for bank. Prepare Fed Ex package and walk to box | 0.30 | 15.60 |
| 12/26/2018 | Prepare deposit, endorsed checks, encoded deposit slip, copied checks and prepared for bank. | 0.10 | 5.20 |
| | SUBTOTAL: | [   0.90 | 46.80] |
| | **Email** | | |
| 12/4/2018 | Review email from Nancy E. Michenaud re returned rent statement and print for backup | 0.10 | 5.20 |
| 12/5/2018 | Review emails re status of rent payment for Ontario and updated address. Brief with Nancy E. Michenaud re same | 0.10 | 5.20 |
| | Prepare email to timekeepers requesting fees and costs to close for Final Account and Report | 0.10 | 5.20 |
| 12/11/2018 | Review emails re status of Final Account and Report and instructions. Print for backup | 0.10 | 5.20 |
| | SUBTOTAL: | [   0.40 | 20.80] |
| | **Review Bills** | | |
| 12/4/2018 | Review invoices to be entered into system - collate - verified amounts. | 0.40 | 20.80 |
| 12/5/2018 | Review Robert P. Mosier time slips to verify. Brief with Craig Collins re same. Copy and notes re possible revisions Forward to Robert P. Mosier for his review | 0.50 | 26.00 |
| | SUBTOTAL: | [   0.90 | 46.80] |
| | For professional services rendered | 11.80 | $613.60 |

EXHIBIT E 40

Aurora Bloom
3151 Airway Ave., Suite A-1
Costa Mesa, CA 92626


Invoice submitted to:
Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)
Robert P. Mosier, Receiver
3151 Airway Ave., #A-1
Costa Mesa, CA 92626


January 4, 2019


Invoice #   10354


Professional Services

|  | | Hours | Amount |
|---|---|---|---|
| | Accounting / Bookeeping | | |
| 1/4/2019 | Review email re expected case records to be going to storage for seven years. Print for backup. Review files re same. Prepare invoice for seven years accrued charges for records storage and to be shredded at the end of the term. | 0.40 | 20.80 |
| | Brief with Craig Collins Re: unpaid Mosier & Co., Inc. billings. Gather and review Mosier & Co., Inc. billings for 10/2018 through January 2019 to close. Review Robert P. Mosier time slips to verify. Copy and notes to Robert P. Mosier re revision. Prepare a summary report for professional fees & costs, bookkeeping and paralegal fees, and administrative costs. Briefs with Nancy E. Michenaud and Kristina Godinez re same.  Print accounting reports re same and verify payments issued. Review accounts payable files, locate and take copies of invoices already paid. Add to summary report and continue to post payments received. Notes to my wip files re same. Work with formulas, amounts and work to fit on four pages.  Print and take copies of all including backup. Forward copies to Robert P. Mosier for review | 2.80 | 145.60 |
| | Review and post deposits to account. Review case files re same | 0.20 | 10.40 |
| 1/31/2019 | Continue to prepare cumulative Mosier & Co., Inc. billings to close. Copy summary reports and costs and forward to Nancy E. Michenaud. Scan complete copy to my computer and save to case files, etc | 0.50 | 26.00 |
| | Time to continue to verify and post deposits to accounts | 0.50 | 26.00 |
| | SUBTOTAL: | [    4.40 | 228.80] |

Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)                              Page    2

|  | Hours | Amount |
|---|---|---|
| **Administration** | | |
| 1/4/2019 Brief with Kristina Godinez re service list. Review system and print and take copies. Continue to work on service list for Final Account and Report. Review accounts payables files and add missing addresses to list. Verify duplicates. Review and revise list to remove duplicates and post some missing addresses. Update information on list in Excel | 3.50 | 182.00 |
| Brief with Craig Collins re fees to close. Brief with Robert P. Mosier re fees to close. Post and print Robert P. Mosier time slips re same. Generate invoice and review. Revise rate per case and reprint | 0.40 | 20.80 |
| Time to gather, collate and catalog case records and prepare for storage of seven years. Work with storage facility re same | 10.00 | 520.00 |
| SUBTOTAL: | [ 13.90 | 722.80] |
| **Audit Accounts** | | |
| 1/31/2019 Time to audit accounts to verify balances to close of all accounts | 1.50 | 78.00 |
| SUBTOTAL: | [ 1.50 | 78.00] |
| **Bank Accounting Reconciliation** | | |
| 1/31/2019 Collate, verify signatures, amounts and accounts to reconcile bank statements to close | 6.00 | 312.00 |
| SUBTOTAL: | [ 6.00 | 312.00] |
| **Banking Activity** | | |
| 1/2/2019 Prepare deposit, endorsed checks, encoded deposit slip, copied checks and prepared for bank | 0.10 | 5.20 |
| SUBTOTAL: | [ 0.10 | 5.20] |
| **Close Case** | | |
| 1/4/2019 Review emails re status of closing bills. Brief with Craig Collins re status of case and scope of work still pending. Brief with Robert P. Mosier re same. Brief with Nancy E. Michenaud re same | 0.20 | 10.40 |
| 1/31/2019 Time to close case. | 10.00 | 520.00 |
| SUBTOTAL: | [ 10.20 | 530.40] |

Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)

Page   3

|  | Hours | Amount |
|---|---|---|
| Email | | |
| 1/2/2019 Review email from Jim LeSieur and print along with attachment | 0.10 | 5.20 |
| 1/3/2019 Prepare reminder email to all timekeepers re fees and costs to close | 0.10 | 5.20 |
| 1/4/2019 Review email from Jim LeSieur re final time slips. Reply email re same. Later more emails re same | 0.20 | 10.40 |
| SUBTOTAL: | [ 0.40 | 20.80] |
| Review Bills | | |
| 1/3/2019 Review invoices to be entered into system - collate - verified amounts | 0.40 | 20.80 |
| 1/31/2019 Review invoices received - collate - verified amounts. Review storage invoice. Review master storage list in system and compare. Revisions and take copies. File copies for my backup. Forward originals for payment approval. | 0.50 | 26.00 |
| SUBTOTAL: | [ 0.90 | 46.80] |
| Tax Preparation/1099's | | |
| 1/31/2019 Time for year 2018 and 2019 year end 1099's and 1096 forms. Generate reports, prepare forms, copies and send to recipients and IRS. File in tax binders and case files | 12.00 | 624.00 |
| SUBTOTAL: | [ 12.00 | 624.00] |
| For professional services rendered | 49.40 | $2,568.80 |

EXHIBIT E 43

Kristina Godinez
3151 Airway Ave., Suite A-1
Costa Mesa, CA 92626


Invoice submitted to:
Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)
Robert P. Mosier, Receiver
3151 Airway Ave., #A-1
Costa Mesa, CA 92626


January 2, 2019


Invoice #  10354


Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| Administration |  |  |  |
| 12/10/2018 | Prepped costs to close for storage fees and went over Final Account and Report costs/expenses with Robert P. Mosier. | 0.80 | 28.80 |
| | SUBTOTAL: [ | 0.80 | 28.80] |
| Paralegal |  |  |  |
| 12/7/2018 | Prepped, reviewed and efiled sixth fee application, per Robert P. Mosier. Longer than usual process as I went through the report to ensure the new requirements of confer with counsel were met and included before filing. Drafted proposed order.  Printed and FedEx mandatory courtesy copies to court. | 3.80 | 136.80 |
| 12/11/2018 | Prepped and efiled supplement to sixth fee application. | 1.00 | 36.00 |
| | SUBTOTAL: [ | 4.80 | 172.80] |
| | For professional services rendered | 5.60 | $201.60 |

EXHIBIT E 44

Kristina Godinez

Mosier & Company, Inc.
3151 Airway Ave., Suite A-1
Costa Mesa, CA 92626

Invoice submitted to:
Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)
Robert P. Mosier, Receiver
3151 Airway Ave., #A-1
Costa Mesa, CA 92626

January 4, 2019

Invoice #  10354

Professional Services

|  | Hours | Amount |
|---|---|---|
| Administration | | |
| 1/4/2019 Per Robert P. Mosier, researched possible hearing dates and confirmed Judges calendar availability.  Calculated filing dates for each hearing. | 0.50 | 18.00 |
| Calculating costs to close case.  Met with Mosier & Co., Inc. staff and Robert P. Mosier to confirm details. | 3.00 | 108.00 |
| SUBTOTAL:                                                          [ | 3.50 | 126.00] |
| Close Case | | |
| 1/4/2019 Time to close case.  Prep, efile and Fedex copies to court, save conformed copies.  Prep mailing list for vendors.  Prep mailings and mail out. | 8.00 | 288.00 |
| SUBTOTAL:                                                          [ | 8.00 | 288.00] |
| For professional services rendered | 11.50 | $414.00 |

Administration
Mosier & Company, Inc.
3151 Airway Ave., Suite A-1
Costa Mesa, CA 92626


Invoice submitted to:
Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)
Robert P. Mosier, Receiver
3151 Airway Ave., #A-1
Costa Mesa, CA 92626


January 4, 2019


Invoice #  10354

Additional Charges :

|  |  | Qty/Price | Amount |
|---|---|---|---|
| | $ 1096 Forms | | |
| 1/4/2019 | Year end payroll, 1099 forms and envelopes. | 1 150.00 | 150.00 |
| | SUBTOTAL: | | [    150.00] |
| | $Other | | |
| 1/4/2019 | FedEx mandatory courtesy copies to dept. clerk. | 1 25.00 | 25.00 |
| | Storage boxes for case documents storage. | 1 40.00 | 40.00 |
| | SUBTOTAL: | | [    65.00] |
| | Total costs | | $215.00 |

RECEIVERSHIP ESTATE OF HOME PARADISE

ACCRUED CHARGES FOR RECORDS STORAGE

RECORDS GOING TO CORODATA

| | |
|---|---|
| 20 BOXES @$.30 EACH MONTHLY X 84 MONTHS | $504.00 |
| PICKUP, CATALOG & SHELVING   ($12.75+2.55 EA+1.40 EA) | $91.75 |
| PERM OUT BOX AT END OF TERM @$7.00 EACH | $140.00 |
| DESTRUCTION OF BOX @$8..00 | $160.00 |

| | |
|---|---|
| TOTAL ACCRUED FOR RECORDS STORAGE | **$895.75** |

Administration
3151 Airway Ave., Suite A-1
Costa Mesa, CA 92626


Invoice submitted to:
Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)
Robert P. Mosier, Receiver
3151 Airway Ave., #A-1
Costa Mesa, CA 92626


January 2, 2019


Invoice #  10359

Additional Charges :

| | Qty/Price | Amount |
|---|---|---|
| $Mail | | |
| 12/18/2018 Accounts payable check. | 1<br>0.47 | 0.47 |
| 12/19/2018 Accounts payable check. | 1<br>0.47 | 0.47 |
| 12/21/2018 1/2019 Rent statement. | 1<br>0.47 | 0.47 |
| SUBTOTAL: | [ | 1.41] |
| Total costs | | $1.41 |

Administration
Mosier & Company, Inc.
3151 Airway Ave., Suite A-1
Costa Mesa, CA 92626


Invoice submitted to:
Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)
Robert P. Mosier, Receiver
3151 Airway Ave., #A-1
Costa Mesa, CA 92626


January 4, 2019


Invoice #  10354

        Additional Charges :

|  |  | Qty/Price | Amount |
|---|---|---|---|
| $Mail |  |  |  |
| 1/4/2019 | Mailed vendor notices. | 1 110.00 | 110.00 |
|  | SUBTOTAL: | [ | 110.00] |
|  | Total costs |  | $110.00 |

Administration
3151 Airway Ave., Suite A-1
Costa Mesa, CA 92626

Invoice submitted to:
Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)
Robert P. Mosier, Receiver
3151 Airway Ave., #A-1
Costa Mesa, CA 92626

January 2, 2019

Invoice #  10363

Additional Charges :

|  |  | Qty/Price | Amount |
|---|---|---|---|
| | $Color Copies | | |
| 12/11/2018 | Supplement to sixth fee application. | 6<br>0.30 | 1.80 |
| | SUBTOTAL: | [ | 1.80] |
| | $Xerox | | |
| 12/3/2018 | Proposed orders. | 25<br>0.20 | 5.00 |
| 12/5/2018 | Accounting reports. | 4<br>0.20 | 0.80 |
| | Mosier & Co., Inc. Bills. | 68<br>0.20 | 13.60 |
| 12/7/2018 | 6th fee application  proposed order. | 3<br>0.20 | 0.60 |
| | 6th Fee application  report. | 107<br>0.20 | 21.40 |
| 12/10/2018 | Accounts receivable checks. | 2<br>0.20 | 0.40 |
| 12/11/2018 | Supplement to sixth fee application. | 12<br>0.20 | 2.40 |

Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)                    Page    2

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 12/17/2018 | FedEx invoice. | 1<br>0.20 | 0.20 |
| 12/18/2018 | Accounts receivable check. | 1<br>0.20 | 0.20 |
|  | Accounts payable checks. | 2<br>0.20 | 0.40 |
| 12/21/2018 | 1/2019 Rent Statement. | 1<br>0.20 | 0.20 |
| 12/26/2018 | Accounts receivable check. | 1<br>0.20 | 0.20 |
|  | Accounts receivable check. | 1<br>0.20 | 0.20 |
|  | SUBTOTAL: |  | [    45.60] |
|  | Total costs |  | $47.40 |

Administration

Mosier & Company, Inc.
3151 Airway Ave., Suite A-1
Costa Mesa, CA 92626

Invoice submitted to:
Receivership of Home Paradise - Chen   CV 17-6929 PA (JEMx)
Robert P. Mosier, Receiver
3151 Airway Ave., #A-1
Costa Mesa, CA 92626

January 4, 2019

Invoice #  10354

Additional Charges :

|  |  | Qty/Price | Amount |
|---|---|---|---|
| | $Color Copies | | |
| 1/4/2019 | Courtesy copies of Final Account and Report, vendor notice and proposed order to court. | 200 0.30 | 60.00 |
| | SUBTOTAL: | [ | 60.00] |
| | $Xerox | | |
| 1/2/2019 | Accounts receivable check. | 1 0.20 | 0.20 |
| | Accounts payable checks. | 6 0.20 | 1.20 |
| 1/4/2019 | Final Account and Report, vendor notice to all vendors related to case including purchasers of fix/flip properties and escrow companies, proposed order. | 630 0.20 | 126.00 |
| | SUBTOTAL: | [ | 127.40] |
| | Total costs | | $187.40 |

GH DESIGN GROUP LLC
Receivership of Chen/Home Paradise
3151 Airway Ave., #A-1
Costa Mesa, CA 92626
714-432-0800    General Checking

EAST WEST BANK
9300 Flair Dr, Suite 100
El Monte, CA 91731

16-7038/3220

PAY>    **** FIFTY THREE AND 12/100 DOLLARS

TO THE
ORDER OF

| DATE | AMOUNT |
|---|---|
| 12/18/18 | $53.12****** |

FEDERAL EXPRESS
P.O. BOX 7221
PASADENA, CA   91109-7321

⑆009462⑆ ⑇32207038⑈ 5400006693⑆

---

DATE:12/18/18  CK#:9462  TOTAL:$53.12******  BANK:1728da0 - GENERAL CHECKING    1001
PAYEE:FEDERAL EXPRESS(fedexp)

| Property | Account | Invoice | Description | Amount |
|---|---|---|---|---|
| 1728d | 4636 | 639889170- | 12/10/18 SIXTH FEE DLVRY TO COURT | 29.01 |
| 1728d | 4636 | 639889170-- | 12/12/18 SUPPL TO 6th FEE APP DLVRY | 24.11 |
| | | | | 53.12 |

---

**GH DESIGN GROUP LLC**
Receivership of Chen/Home Paradise
3151 Airway Ave., #A-1
Costa Mesa, CA 92626
714-432-0800    General Checking

EAST WEST BANK
9300 Flair Dr, Suite 100
El Monte, CA 91731

16-7038/3220

9462

PAY>    **** FIFTY THREE AND 12/100 DOLLARS

TO THE
ORDER OF

| DATE | AMOUNT |
|---|---|
| 12/18/18 | $53.12****** |

FEDERAL EXPRESS
P.O. BOX 7221
PASADENA, CA   91109-7321

NON-NEGOTIABLE

EXHIBIT E 53

FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-398-89170 | Dec 14, 2018 | 1728-9103-9 | 3 of 3 |

Ship Date: Dec 07, 2018
Payor: Shipper

Cust. Ref.: 1728 - Sixth Fee App
Ref.#3:

Ref.#2:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 6.50% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | **Sender** | **Recipient** |
|---|---|---|---|
| Automation | INET | Nancy, Aurora, or Kristina | Clerk's Office - 4th Floor |
| Tracking ID | 773918040851 | Mosier & Co | United States District Court |
| Service Type | FedEx Standard Overnight | 3151 Airway Ave STE A-1 | 350 W. 1st Street |
| Package Type | FedEx Pak | COSTA MESA CA 92626 US | LOS ANGELES CA 90012 US |
| Zone | 02 | | |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | |
| Delivered | Dec 10, 2018 09:22 | | |
| Svc Area | A1 | Transportation Charge | 27.24 |
| Signed by | E.COXTINICA | Fuel Surcharge | 1.77 |
| FedEx Use | 000000000/1263/_ | **Total Charge**          USD | **$29.01** |

Ship Date: Dec 11, 2018
Payor: Shipper

Cust. Ref.: 1728 – Suppl. to Sixth F
Ref.#3:

Ref.#2:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 5.75% to this shipment.
- Distance Based Pricing, Zone 2

| | | **Sender** | **Recipient** |
|---|---|---|---|
| Automation | INET | Nancy, Aurora, or Kristina | Clerks Office - 4th Floor |
| Tracking ID | 773945731481 | Mosier & Co | United States District Court |
| Service Type | FedEx Standard Overnight | 3151 Airway Ave STE A-1 | 350 W. 1st Street |
| Package Type | FedEx Envelope | COSTA MESA CA 92626 US | LOS ANGELES CA 90012 US |
| Zone | 02 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Dec 12, 2018 09:58 | | |
| Svc Area | A1 | Transportation Charge | 22.80 |
| Signed by | D.LOPEZ | Fuel Surcharge | 1.31 |
| FedEx Use | 000000000/200/_ | **Total Charge**          USD | **$24.11** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | $1.78 |
| **Total FedEx Express** | **USD** | $1.78 |

EXHIBIT E 54

EXHIBIT "F"

## RECEIVERSHIP ESTATE OF HOME PARADISE

### *CUMULATIVE* SUMMARY of PROFESSIONAL FEES & COSTS INCURRED

### FOR THE PERIOD OF SEPTEMBER 2017 THROUGH JANUARY 2019 TO CLOSE

| *CUMULATIVE* SUMMARY of ALL FEES and COSTS | HOURS | HOURLY RATE | TOTAL FEES | COSTS | TOTAL FEES and COSTS | PAYMENTS MADE | AMOUNT OWING |
|---|---|---|---|---|---|---|---|
| ROBERT P. MOSIER | 851.60 | $349.09 | $297,284.60 | $0.00 | $297,284.60 | $275,760.00 | $21,524.60 |
| CRAIG COLLINS | 594.70 | $275.00 | 163,542.50 | 0.00 | 163,542.50 | 156,997.50 | 6,545.00 |
| RYAN BAKER | 316.60 | $203.00 | 64,269.80 | 0.00 | 64,269.80 | 63,802.90 | 466.90 |
| JIM LE SIEUR | 506.70 | $124.75 | 63,212.50 | 0.00 | 63,212.50 | 62,450.00 | 762.50 |
| TOTAL PROFESSIONALS | 2,269.60 | $259.21 | 588,309.40 | 0.00 | 588,309.40 | 559,010.40 | 29,299.00 |
| TOTAL BOOKKEEPING/ADMINISTRATION | 1,472.60 | $76.89 | 113,222.50 | 760.37 | 113,982.87 | 104,788.87 | 9,194.00 |
| ADMINISTRATIVE COSTS | | | | 5,277.56 | 5,277.56 | 3,820.60 | 1,456.96 |
| **TOTAL FEES & COSTS** | 3,742.20 | $187.47 | $701,531.90 | $6,037.93 | $707,569.83 | $667,619.87 | $39,949.96 |
| | | | | | 0.00 | (0.00) | 0.00 |

| PROFESSIONAL FEES: ROBERT P. MOSIER - RECEIVER | | HOURS | HOURLY RATE | TOTAL FEES | DIRECT COSTS | TOTAL FEES and COSTS | PAYMENTS MADE | AMOUNT OWING |
|---|---|---|---|---|---|---|---|---|
| SEPTEMBER | 2017 | 37.00 | $300.19 | $11,107.00 | $0.00 | $11,107.00 | $11,107.00 | $0.00 |
| OCTOBER | 2017 | 85.10 | $339.34 | 28,878.20 | 0.00 | 28,878.20 | 28,878.20 | 0.00 |
| NOVEMBER | 2017 | 78.90 | $300.48 | 23,707.70 | 0.00 | 23,707.70 | 23,707.70 | 0.00 |
| DECEMBER | 2017 | 45.30 | $383.00 | 17,349.90 | 0.00 | 17,349.90 | 17,349.90 | 0.00 |
| JANUARY | 2018 | 64.50 | $362.22 | 23,363.00 | 0.00 | 23,363.00 | 23,363.00 | 0.00 |
| FEBRUARY | 2018 | 22.00 | $383.00 | 8,426.00 | 0.00 | 8,426.00 | 8,426.00 | 0.00 |
| MARCH | 2018 | 66.30 | $361.63 | 23,975.80 | 0.00 | 23,975.80 | 23,975.80 | 0.00 |
| APRIL | 2018 | 46.20 | $362.27 | 16,737.10 | 0.00 | 16,737.10 | 16,737.10 | 0.00 |
| MAY | 2018 | 42.20 | $383.00 | 16,162.60 | 0.00 | 16,162.60 | 16,162.60 | 0.00 |
| JUNE | 2018 | 46.60 | $346.02 | 16,124.30 | 0.00 | 16,124.30 | 16,124.30 | 0.00 |
| JULY | 2018 | 56.20 | $369.37 | 20,758.60 | 0.00 | 20,758.60 | 20,758.60 | 0.00 |
| AUGUST | 2018 | 56.60 | $366.08 | 20,720.30 | 0.00 | 20,720.30 | 20,720.30 | 0.00 |
| SEPTEMBER | 2018 | 52.80 | $324.97 | 17,158.40 | 0.00 | 17,158.40 | 17,158.40 | 0.00 |
| OCTOBER | 2018 | 40.50 | $348.01 | 14,094.40 | 0.00 | 14,094.40 | 14,094.40 | 0.00 |
| NOVEMBER | 2018 | 50.90 | $337.85 | 17,196.70 | 0.00 | 17,196.70 | 17,196.70 | 0.00 |
| DECEMBER | 2018 | 33.30 | $348.50 | 11,604.90 | 0.00 | 11,604.90 | 0.00 | 11,604.90 |
| JANUARY 2019 TO CLOSE | | 27.20 | $364.69 | 9,919.70 | 0.00 | 9,919.70 | 0.00 | 9,919.70 |
| TOTAL MOSIER | | 851.60 | $349.09 | 297,284.60 | 0.00 | 297,284.60 | 275,760.00 | 21,524.60 |
| CRAIG COLLINS, CPA | | | | | | | | |
| SEPTEMBER | 2017 | 25.10 | $275.00 | 6,902.50 | 0.00 | 6,902.50 | 6,902.50 | 0.00 |
| OCTOBER | 2017 | 68.90 | $275.00 | 18,947.50 | 0.00 | 18,947.50 | 18,947.50 | 0.00 |
| NOVEMBER | 2017 | 39.40 | $275.00 | 10,835.00 | 0.00 | 10,835.00 | 10,835.00 | 0.00 |
| DECEMBER | 2017 | 25.80 | $275.00 | 7,095.00 | 0.00 | 7,095.00 | 7,095.00 | 0.00 |
| JANUARY | 2018 | 44.70 | $275.00 | 12,292.50 | 0.00 | 12,292.50 | 12,292.50 | 0.00 |
| FEBRUARY | 2018 | 25.80 | $275.00 | 7,095.00 | 0.00 | 7,095.00 | 7,095.00 | 0.00 |
| MARCH | 2018 | 51.10 | $275.00 | 14,052.50 | 0.00 | 14,052.50 | 14,052.50 | 0.00 |
| APRIL | 2018 | 48.80 | $275.00 | 13,420.00 | 0.00 | 13,420.00 | 13,420.00 | 0.00 |
| MAY | 2018 | 36.00 | $275.00 | 9,900.00 | 0.00 | 9,900.00 | 9,900.00 | 0.00 |
| JUNE | 2018 | 38.40 | $275.00 | 10,560.00 | 0.00 | 10,560.00 | 10,560.00 | 0.00 |
| JULY | 2018 | 42.00 | $275.00 | 11,550.00 | 0.00 | 11,550.00 | 11,550.00 | 0.00 |
| AUGUST | 2018 | 39.00 | $275.00 | 10,725.00 | 0.00 | 10,725.00 | 10,725.00 | 0.00 |
| SEPTEMBER | 2018 | 29.70 | $275.00 | 8,167.50 | 0.00 | 8,167.50 | 8,167.50 | 0.00 |
| OCTOBER | 2018 | 24.40 | $275.00 | 6,710.00 | 0.00 | 6,710.00 | 6,710.00 | 0.00 |
| NOVEMBER | 2018 | 31.80 | $275.00 | 8,745.00 | 0.00 | 8,745.00 | 8,745.00 | 0.00 |
| DECEMBER | 2018 | 16.80 | $275.00 | 4,620.00 | 0.00 | 4,620.00 | 0.00 | 4,620.00 |
| JANUARY 2019 TO CLOSE | | 7.00 | $275.00 | 1,925.00 | 0.00 | 1,925.00 | 0.00 | 1,925.00 |
| TOTAL COLLINS | | 594.70 | $275.00 | 163,542.50 | 0.00 | 163,542.50 | 156,997.50 | 6,545.00 |

K:\1700\FLDR\1728 Home Paradise SEC\[TOTAL FEES JANUARY 2019 TO CLOSE.xls]Sheet1

EXHIBIT F55

## RECEIVERSHIP ESTATE OF HOME PARADISE

### *CUMULATIVE*  SUMMARY of PROFESSIONAL FEES & COSTS INCURRED

#### FOR THE PERIOD OF SEPTEMBER 2017 THROUGH JANUARY 2019 TO CLOSE

| PROFESSIONAL FEES (Continued): | | HOURS | HOURLY RATE | TOTAL FEES | DIRECT COSTS | TOTAL FEES and COSTS | PAYMENTS MADE | AMOUNT OWING |
|---|---|---|---|---|---|---|---|---|
| RYAN BAKER | | | | | | | | |
| SEPTEMBER | 2017 | 35.40 | $203.00 | 7,186.20 | 0.00 | 7,186.20 | 7,186.20 | 0.00 |
| OCTOBER | 2017 | 44.20 | $203.00 | 8,972.60 | 0.00 | 8,972.60 | 8,972.60 | 0.00 |
| NOVEMBER | 2017 | 41.70 | $203.00 | 8,465.10 | 0.00 | 8,465.10 | 8,465.10 | 0.00 |
| DECEMBER | 2017 | 4.60 | $203.00 | 933.80 | 0.00 | 933.80 | 933.80 | 0.00 |
| JANUARY | 2018 | 11.70 | $203.00 | 2,375.10 | 0.00 | 2,375.10 | 2,375.10 | 0.00 |
| FEBRUARY | 2018 | 2.20 | $203.00 | 446.60 | 0.00 | 446.60 | 446.60 | 0.00 |
| MARCH | 2018 | 22.70 | $203.00 | 4,608.10 | 0.00 | 4,608.10 | 4,608.10 | 0.00 |
| APRIL | 2018 | 30.60 | $203.00 | 6,211.80 | 0.00 | 6,211.80 | 6,211.80 | 0.00 |
| MAY | 2018 | 17.30 | $203.00 | 3,511.90 | 0.00 | 3,511.90 | 3,511.90 | 0.00 |
| JUNE | 2018 | 27.70 | $203.00 | 5,623.10 | 0.00 | 5,623.10 | 5,623.10 | 0.00 |
| JULY | 2018 | 28.90 | $203.00 | 5,866.70 | 0.00 | 5,866.70 | 5,866.70 | 0.00 |
| AUGUST | 2018 | 28.60 | $203.00 | 5,805.80 | 0.00 | 5,805.80 | 5,805.80 | 0.00 |
| SEPTEMBER | 2018 | 12.90 | $203.00 | 2,618.70 | 0.00 | 2,618.70 | 2,618.70 | 0.00 |
| OCTOBER | 2018 | 5.80 | $203.00 | 1,177.40 | 0.00 | 1,177.40 | 1,177.40 | 0.00 |
| DECEMBER | 2018 | 2.30 | $203.00 | 466.90 | 0.00 | 466.90 | 0.00 | 466.90 |
| TOTAL BAKER | | 316.60 | $203.00 | 64,269.80 | 0.00 | 64,269.80 | 63,802.90 | 466.90 |
| | | | | | | | | |
| JIM LE SIEUR | | | | | | | | |
| SEPTEMBER | 2017 | 43.40 | $125.00 | 5,425.00 | 0.00 | 5,425.00 | 5,425.00 | 0.00 |
| OCTOBER | 2017 | 190.35 | $125.00 | 23,793.75 | 0.00 | 23,793.75 | 23,793.75 | 0.00 |
| NOVEMBER | 2017 | 99.40 | $125.00 | 12,425.00 | 0.00 | 12,425.00 | 12,425.00 | 0.00 |
| DECEMBER | 2017 | 25.75 | $125.00 | 3,218.75 | 0.00 | 3,218.75 | 3,218.75 | 0.00 |
| JANUARY | 2018 | 23.80 | $125.00 | 2,975.00 | 0.00 | 2,975.00 | 2,975.00 | 0.00 |
| FEBRUARY | 2018 | 4.40 | $125.00 | 550.00 | 0.00 | 550.00 | 550.00 | 0.00 |
| MARCH | 2018 | 9.90 | $125.00 | 1,237.50 | 0.00 | 1,237.50 | 1,237.50 | 0.00 |
| APRIL | 2018 | 10.20 | $125.00 | 1,275.00 | 0.00 | 1,275.00 | 1,275.00 | 0.00 |
| MAY | 2018 | 16.80 | $125.00 | 2,100.00 | 0.00 | 2,100.00 | 2,100.00 | 0.00 |
| JUNE | 2018 | 20.30 | $125.00 | 2,537.50 | 0.00 | 2,537.50 | 2,537.50 | 0.00 |
| JULY | 2018 | 13.20 | $125.00 | 1,650.00 | 0.00 | 1,650.00 | 1,650.00 | 0.00 |
| AUGUST | 2018 | 28.60 | $125.00 | 3,575.00 | 0.00 | 3,575.00 | 3,575.00 | 0.00 |
| SEPTEMBER | 2018 | 11.40 | $114.04 | 1,300.00 | 0.00 | 1,300.00 | 1,300.00 | 0.00 |
| OCTOBER | 2018 | 2.90 | $125.00 | 362.50 | 0.00 | 362.50 | 362.50 | 0.00 |
| NOVEMBER | 2018 | 0.20 | $125.00 | 25.00 | 0.00 | 25.00 | 25.00 | 0.00 |
| DECEMBER | 2018 | 1.10 | $125.00 | 137.50 | 0.00 | 137.50 | 0.00 | 137.50 |
| JANUARY 2019 TO CLOSE | | 5.00 | $125.00 | 625.00 | 0.00 | 625.00 | 0.00 | 625.00 |
| TOTAL LE SIEUR | | 506.70 | $124.75 | 63,212.50 | 0.00 | 63,212.50 | 62,450.00 | 762.50 |
| | | | | | | | | |
| **TOTAL PROFESSIONALS** | | **2,269.60** | **$259.21** | **$588,309.40** | **$0.00** | **$588,309.40** | **$559,010.40** | **$29,299.00** |

K:\1700FLDR\1728 Home Paradise SEC\[TOTAL FEES JANUARY 2019 TO CLOSE.xls]Sheet1

EXHIBIT F56

**RECEIVERSHIP ESTATE OF HOME PARADISE**

*CUMULATIVE*  **SUMMARY of PROFESSIONAL FEES & COSTS INCURRED**

**FOR THE PERIOD OF SEPTEMBER 2017 THROUGH JANUARY 2019 TO CLOSE**

**BOOKKEEPING/ADMINISTRATIVE FEES:**

NANCY MICHENAUD

| | | HOURS | HOURLY RATE | TOTAL FEES | DIRECT COSTS | TOTAL FEES and COSTS | PAYMENTS MADE | AMOUNT OWING |
|---|---|---|---|---|---|---|---|---|
| SEPTEMBER | 2017 | 20.40 | $95.00 | 1,938.00 | 27.12 | 1,965.12 | 1,965.12 | 0.00 |
| OCTOBER | 2017 | 75.80 | $95.00 | 7,201.00 | 8.99 | 7,209.99 | 7,209.99 | 0.00 |
| NOVEMBER | 2017 | 44.40 | $95.00 | 4,218.00 | | 4,218.00 | 4,218.00 | 0.00 |
| DECEMBER | 2017 | 69.10 | $95.00 | 6,564.50 | 36.01 | 6,600.51 | 6,600.51 | 0.00 |
| JANUARY | 2018 | 94.50 | $95.00 | 8,977.50 | 102.73 | 9,080.23 | 9,080.23 | 0.00 |
| FEBRUARY | 2018 | 84.70 | $95.00 | 8,046.50 | 20.33 | 8,066.83 | 8,066.83 | 0.00 |
| MARCH | 2018 | 69.90 | $95.00 | 6,640.50 | 0.00 | 6,640.50 | 6,640.50 | 0.00 |
| APRIL | 2018 | 77.60 | $95.00 | 7,372.00 | 0.00 | 7,372.00 | 7,372.00 | 0.00 |
| MAY | 2018 | 49.50 | $95.00 | 4,702.50 | 0.00 | 4,702.50 | 4,702.50 | 0.00 |
| JUNE | 2018 | 55.10 | $95.00 | 5,234.50 | 52.87 | 5,287.37 | 5,287.37 | 0.00 |
| JULY | 2018 | 68.10 | $95.00 | 6,469.50 | 17.44 | 6,486.94 | 6,486.94 | 0.00 |
| AUGUST | 2018 | 48.10 | $95.00 | 4,569.50 | 0.00 | 4,569.50 | 4,569.50 | 0.00 |
| SEPTEMBER | 2018 | 36.80 | $95.00 | 3,496.00 | 0.00 | 3,496.00 | 3,496.00 | 0.00 |
| OCTOBER | 2018 | 26.30 | $95.00 | 2,498.50 | 0.00 | 2,498.50 | 2,498.50 | 0.00 |
| NOVEMBER | 2018 | 12.00 | $95.00 | 1,140.00 | 0.00 | 1,140.00 | 1,140.00 | 0.00 |
| DECEMBER | 2018 | 7.60 | $95.00 | 722.00 | 0.00 | 722.00 | 0.00 | 722.00 |
| JANUARY 2019 TO CLOSE | | 49.20 | $95.00 | 4,674.00 | 0.00 | 4,674.00 | 0.00 | 4,674.00 |
| TOTAL MICHENAUD | | 889.10 | $95.00 | 84,464.50 | 265.49 | 84,729.99 | 79,333.99 | 5,396.00 |

AURORA BLOOM

| | | HOURS | HOURLY RATE | TOTAL FEES | DIRECT COSTS | TOTAL FEES and COSTS | PAYMENTS MADE | AMOUNT OWING |
|---|---|---|---|---|---|---|---|---|
| SEPTEMBER | 2017 | 1.40 | $52.00 | 72.80 | 0.00 | 72.80 | 72.80 | 0.00 |
| OCTOBER | 2017 | 48.70 | $52.00 | 2,532.40 | 61.44 | 2,593.84 | 2,593.84 | 0.00 |
| NOVEMBER | 2017 | 35.90 | $52.00 | 1,866.80 | 122.88 | 1,989.68 | 1,989.68 | 0.00 |
| DECEMBER | 2017 | 27.80 | $52.00 | 1,445.60 | 0.00 | 1,445.60 | 1,445.60 | 0.00 |
| JANUARY | 2018 | 35.00 | $52.00 | 1,820.00 | 4.32 | 1,824.32 | 1,824.32 | 0.00 |
| FEBRUARY | 2018 | 36.40 | $52.00 | 1,892.80 | 0.00 | 1,892.80 | 1,892.80 | 0.00 |
| MARCH | 2018 | 32.00 | $52.00 | 1,664.00 | 165.00 | 1,829.00 | 1,829.00 | 0.00 |
| APRIL | 2018 | 44.00 | $52.00 | 2,288.00 | 0.00 | 2,288.00 | 2,288.00 | 0.00 |
| MAY | 2018 | 22.50 | $52.00 | 1,170.00 | 0.00 | 1,170.00 | 1,170.00 | 0.00 |
| JUNE | 2018 | 25.30 | $52.00 | 1,315.60 | 46.88 | 1,362.48 | 1,362.48 | 0.00 |
| JULY | 2018 | 22.70 | $52.00 | 1,180.40 | 4.36 | 1,184.76 | 1,184.76 | 0.00 |
| AUGUST | 2018 | 44.40 | $52.00 | 2,308.80 | 15.00 | 2,323.80 | 2,323.80 | 0.00 |
| SEPTEMBER | 2018 | 15.10 | $52.00 | 785.20 | 0.00 | 785.20 | 785.20 | 0.00 |
| OCTOBER | 2018 | 25.50 | $52.00 | 1,326.00 | 75.00 | 1,401.00 | 1,401.00 | 0.00 |
| NOVEMBER | 2018 | 6.60 | $52.00 | 343.20 | 0.00 | 343.20 | 343.20 | 0.00 |
| DECEMBER | 2018 | 11.80 | $52.00 | 613.60 | 0.00 | 613.60 | 0.00 | 613.60 |
| JANUARY 2019 TO CLOSE | | 49.40 | $52.00 | 2,568.80 | 0.00 | 2,568.80 | 0.00 | 2,568.80 |
| TOTAL BLOOM | | 484.50 | $52.00 | 25,194.00 | 494.88 | 25,688.88 | 22,506.48 | 3,182.40 |

K:\1700\FLDR\1728 Home Paradise SEC\[TOTAL FEES.JANUARY 2019 TO CLOSE.xls]Sheet1

EXHIBIT F57

# RECEIVERSHIP ESTATE OF HOME PARADISE
## *CUMULATIVE*  SUMMARY of PROFESSIONAL FEES & COSTS INCURRED
### FOR THE PERIOD OF SEPTEMBER 2017 THROUGH JANUARY 2019 TO CLOSE

**BOOKKEEPING/ADMIN. FEES (Continued):**

KRISTINA GODINEZ

| | | HOURS | HOURLY RATE | TOTAL FEES | DIRECT COSTS | TOTAL FEES and COSTS | PAYMENTS MADE | AMOUNT OWING |
|---|---|---|---|---|---|---|---|---|
| SEPTEMBER | 2017 | 1.90 | $36.00 | 68.40 | 0.00 | 68.40 | 68.40 | 0.00 |
| OCTOBER | 2017 | 2.40 | $36.00 | 86.40 | 0.00 | 86.40 | 86.40 | 0.00 |
| JANUARY | 2018 | 7.60 | $36.00 | 273.60 | 0.00 | 273.60 | 273.60 | 0.00 |
| FEBRUARY | 2018 | 0.20 | $36.00 | 7.20 | 0.00 | 7.20 | 7.20 | 0.00 |
| MARCH | 2018 | 10.20 | $36.00 | 367.20 | 0.00 | 367.20 | 367.20 | 0.00 |
| APRIL | 2018 | 20.20 | $36.00 | 727.20 | 0.00 | 727.20 | 727.20 | 0.00 |
| MAY | 2018 | 22.80 | $36.00 | 820.80 | 0.00 | 820.80 | 820.80 | 0.00 |
| JUNE | 2018 | 5.30 | $36.00 | 190.80 | 0.00 | 190.80 | 190.80 | 0.00 |
| JULY | 2018 | 3.80 | $36.00 | 136.80 | 0.00 | 136.80 | 136.80 | 0.00 |
| AUGUST | 2018 | 2.70 | $36.00 | 97.20 | 0.00 | 97.20 | 97.20 | 0.00 |
| SEPTEMBER | 2018 | 3.50 | $36.00 | 126.00 | 0.00 | 126.00 | 126.00 | 0.00 |
| NOVEMBER | 2018 | 1.30 | $36.00 | 46.80 | 0.00 | 46.80 | 46.80 | 0.00 |
| DECEMBER | 2018 | 5.60 | $36.00 | 201.60 | 0.00 | 201.60 | | 201.60 |
| JANUARY 2019 TO CLOSE | | 11.50 | $36.00 | 414.00 | 0.00 | 414.00 | 0.00 | 414.00 |
| TOTAL GODINEZ | | 99.00 | $36.00 | 3,564.00 | 0.00 | 3,564.00 | 2,948.40 | 615.60 |
| | | | | | | | | |
| **TOTAL BOOKKEEPING** | | **1,472.60** | **$76.89** | **$113,222.50** | **$760.37** | **$113,982.87** | **$104,788.87** | **$9,194.00** |

**ADMINISTRATIVE COSTS:**

| | | TAX FORMS, MISC. | ACCRUED STORAGE | POSTAGE | FACSIMILE & XEROX | DELIVERY, FEDEX etc | TOTAL ADM COSTS | PAYMENTS MADE | AMOUNT OWING |
|---|---|---|---|---|---|---|---|---|---|
| SEPTEMBER | 2017 | 0.00 | 0.00 | 0.00 | 28.30 | 0.00 | 28.30 | 28.30 | 0.00 |
| OCTOBER | 2017 | 0.00 | 0.00 | 46.32 | 79.60 | 405.91 | 531.83 | 531.83 | 0.00 |
| NOVEMBER | 2017 | 0.00 | 0.00 | 26.68 | 71.60 | 128.01 | 226.29 | 226.29 | 0.00 |
| DECEMBER | 2017 | 0.00 | 0.00 | 52.35 | 128.90 | 0.00 | 181.25 | 181.25 | 0.00 |
| JANUARY | 2018 | 0.00 | 0.00 | 73.46 | 126.50 | 117.88 | 317.84 | 317.84 | 0.00 |
| FEBRUARY | 2018 | 172.93 | 0.00 | 95.72 | 92.10 | 135.64 | 496.39 | 496.39 | 0.00 |
| MARCH | 2018 | 0.00 | 0.00 | 72.16 | 152.00 | 0.00 | 224.16 | 224.16 | 0.00 |
| APRIL | 2018 | 0.00 | 0.00 | 64.69 | 411.40 | 154.09 | 630.18 | 630.18 | 0.00 |
| MAY | 2018 | 0.00 | 0.00 | 47.61 | 73.50 | 100.60 | 221.71 | 221.71 | 0.00 |
| JUNE | 2018 | 0.00 | 0.00 | 27.94 | 78.00 | 71.49 | 177.43 | 177.43 | 0.00 |
| JULY | 2018 | 0.00 | 0.00 | 46.68 | 126.60 | 62.85 | 236.13 | 236.13 | 0.00 |
| AUGUST | 2018 | 0.00 | 0.00 | 29.58 | 223.00 | 24.83 | 277.41 | 277.41 | 0.00 |
| SEPTEMBER | 2018 | 0.00 | 0.00 | 25.50 | 111.00 | 0.00 | 136.50 | 136.50 | 0.00 |
| OCTOBER | 2018 | 0.00 | 0.00 | 10.14 | 61.10 | 0.00 | 71.24 | 71.24 | 0.00 |
| NOVEMBER | 2018 | 0.00 | 0.00 | 2.82 | 8.00 | 0.00 | 10.82 | 10.82 | 0.00 |
| DECEMBER | 2018 | 0.00 | 0.00 | 1.41 | 47.40 | 53.12 | 101.93 | 53.12 | 48.81 |
| JANUARY 2019 TO CLOSE | | 215.00 | 895.75 | 110.00 | 187.40 | 0.00 | 1,408.15 | 0.00 | 1,408.15 |
| | | | | | | | | | |
| **TOTAL ADMIN COSTS** | | **$387.93** | **$895.75** | **$733.06** | **$2,006.40** | **$1,254.42** | **$5,277.56** | **$3,820.60** | **$1,456.96** |

K:\1700\FLDR\1728 Home Paradise SEC\[TOTAL_FEES.JANUARY 2019 TO CLOSE.xls]Sheet1

EXHIBIT F58

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

Mosier & Company, Inc.
3151 Airway Avenue, Suite A-1, Costa Mesa CA 92626
Telephone No. (714) 432-0800; Facsimile No. (714) 432-7329

On January 31, 2019, I caused to be served the documents entitled **FIDUCIARY'S FINAL ACCOUNT & REPORT; REQUEST TO PAY FINAL FEES & COSTS** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this company's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Costa Mesa, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Costa Mesa, California, with Express Mail postage paid.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 31, 2019

Kristina Godinez