Robert P. Mosier
Craig M. Collins, CPA
Ryan Baker, Financial Analyst
MOSIER & COMPANY, INC.
3151 Airway Avenue, Suite A-1
Costa Mesa, California     92626
Telephone:     (714) 432-0800
Facsimile:      (714) 432-7329
E-Mail:    Rmosier@Mosierco.com

Court Appointed Receiver and Monitor ("Fiduciary")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**EDWARD CHEN,**<br>**JEAN CHEN,**<br>**HOME PARADISE INVESTMENT CENTER, LLC,**<br>**GH INVESTMENT LP,**<br>**GH DESIGN GROUP, LLC,**<br>**GOLDEN GALAXY, LP AND MEGA HOME, LLC,**<br><br>**Defendants.** | Case No: CV 17-6929 PA (JEMx)<br>Assigned for all purposes to the<br>Honorable Percy Anderson<br><br><br>**NOTICE OF MOTION TO PARTIES IN INTEREST: FIDUCIARY'S FINAL ACCOUNT AND REPORT.**<br><br><br>**Date:     April 8, 2019**<br>**Time:     1:30 PM**<br>**CTRM:   9A, 350 W. 1st ST. LA** |

   **PLEASE TAKE NOTICE THAT** on April 8, 2019, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Percy Anderson, Courtroom 9A, 350 West 1st Street, Los Angeles, California 90012, Robert P. Mosier, duly appointed Receiver/Monitor ("Fiduciary") in the above matter, will move the Court to Approve the Fiduciary's Final Account and Report ("FAR"), attached as Exhibit "1."   This notice of motion is made pursuant to 28 U.S. Code § 3103 (g) (1) – (3).

**Notice of Fiduciary's Final Account & Report Plus Procedures to Object**

**PLEASE TAKE FURTHER NOTICE THAT** any party wishing to object to the Fiduciary's FAR must do so by filing an appropriate objection with the Clerk's Office for the United States District Court, Central District of California, located at 350 W. 1st Street, Fourth Floor, Los Angeles CA 90012 no later than twenty-one (21) days before the date designated for the hearing on this motion, i.e., on or before March 19, 2019. The objection must be served on the Fiduciary subject to the above time requirements at the Fiduciary's address in the upper left-hand corner on the front page of this pleading. **If you do not object to the FAR, no action is required on your part**. The FAR with six exhibits has been filed with the Court and is publicly available. Due to volume of the exhibits, the Exhibits are not attached to this notice copy of the FAR. If you would like a copy FAR exhibits A through F sent to you, please contact Mr. Mosier, either by mail, e-mail or phone at his address set forth on the first page of this notice, and a PDF copy of the exhibits will be emailed to you.

Date: February 7, 2019

_____
Robert P. Mosier, Fiduciary

EXHIBIT "1"

1  Robert P. Mosier
   Craig M. Collins, CPA
2  Ryan Baker, Financial Analyst
   MOSIER & COMPANY, INC.
3  3151 Airway Avenue, Suite A-1
   Costa Mesa, California    92626
4  Telephone:    (714) 432-0800
   Facsimile:    (714) 432-7329
5  E-Mail:   Rmosier@Mosierco.com

6  Court Appointed Receiver and Monitor ("Fiduciary")

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12 **SECURITIES AND EXCHANGE**          Case No: CV 17-6929 PA (JEMx)
   **COMMISSION,**                      Assigned for all purposes to the
13                                       Honorable Percy Anderson
            **Plaintiff,**
14                                      **NOTICE OF MOTION & MOTION:**
   vs.                                  **FIDUCIARY'S FINAL ACCOUNT &**
15                                      **REPORT & REQUEST TO PAY FINAL**
   **EDWARD CHEN,**                     **FEES & COSTS FOR DECEMBER**
16 **JEAN CHEN,**                       **2018 THROUGH THE CLOSE.**
   **HOME PARADISE INVESTMENT**         **POINTS & AUTHORITIES;**
17 **CENTER, LLC,**                     **DECLARATION OF THE FIDUCIARY.**
   **GH INVESTMENT LP,**
18 **GH DESIGN GROUP, LLC,**
   **GOLDEN GALAXY, LP AND**            **Date:    April 8, 2019**
19 **MEGA HOME, LLC,**                  **Time:    1:30 PM**
                                        **CTRM:    9A, 350 W. 1st ST. LA**
20         **Defendants.**

21

22

23      **PLEASE TAKE NOTICE THAT** on April 8, 2019, at 1:30 p.m., or as soon

24 thereafter as the matter may be heard, in the courtroom of the Honorable

25 Percy Anderson, Courtroom 9A, 350 West 1st Street, Los Angeles, California

26 90012, Robert P. Mosier, duly appointed Receiver/Monitor ("Fiduciary") in

27 the above matter, will and hereby does move the Court to Approve the

28 Fiduciary's Final Account and Report ("FAR").

The motion also seeks approval of final fees and costs for the Fiduciary and his staff for December 2018 through January 2019 with accrued time to wrap up the receivership/monitor aspects of the case.

This motion is made pursuant to 28 U.S. Code §3103(g)(1)–(3). Defense counsel objects to the filing of this motion (discussions throughout January 2019) as unnecessary/unauthorized.   However, §3103(g)(3) states that the Receivers _shall_ file such a report and seek approval of unpaid fees. The extended hearing date of April 8, 2019 provides time to (a) serve the report on 45 Chinese EB-5 investors, 43 of whom live in mainland China and (b) for the overseas investors to respond.

This Notice of Motion and Motion is supported by the Declaration of Robert P. Mosier, together with the files and records of the case and any evidence and/or argument that is presented at a hearing held by the Court. The Motion is organized into the following sections:   A. Summary of the Case; B. Accounting Update; C. Fee Application; and D. Prayer.

## A. <u>SUMMARY OF THE CASE</u>

1.    <u>Settlement</u>:   This Court entered an order on November 28, 2018 (DK 81) that effectively settled the case and removed the Fiduciary from day to day oversight that had been in place since the Fiduciary's appointment on September 20, 2017 (roughly a duration of fourteen-months).    The Securities & Exchange Commission ("SEC") as Plaintiff accepted Defendant Chens offer to pay full restitution to the Chinese EB-5 investors in the two projects: (a) GH Investment LP and related entities (collectively "GHI") the assets of which have been liquidated with cash on hand of $7.5 million and (b) Golden Galaxy LP ("GG-80") that is building an 80-unit condo project in Koreatown where construction is due to be completed and the units sold/closed by mid-year to year-end 2019.   The amount required to pay the two EB-5 projects with total of 45 investors is roughly $27.5 million.

**Fiduciary's Final Account & Report; Request to Pay Final Fees & Costs** EXHIBIT 1-4

2.   <u>Highlights of the Fiduciary's Contribution:</u>   This is a partial list of the Fiduciary's accomplishments from appointment through November 2018;

a. <u>Confirming the Fake Lease/Inventory at GHI</u>:   The Fiduciary's investigation confirmed a fake lease for a 111,513 square foot facility in Ontario (the actual lease was 23,842).   These findings led to a stipulation to keep the Receiver in place for this project and to liquidate the inventory of sixteen fix and flip houses.   As a follow-on to this analysis, the partial forensic accounting demonstrated that $4 million of GHI investor funds had been used to purchase fake inventory from Four Star Realty and affiliated entities owned by the Defendants.   These findings, among others, contributed to the full-restitution settlement.

b. <u>Confirming the Legitimacy of the GG-80 Project</u>:   The first report of the Fiduciary speculated that the GG-80 project looked legitimate and would likely create the jobs as outlined in the project's business plan.   This led the Court to appoint a Monitor rather than a Receiver over this project.

c. <u>Sale of the GHI Fix and Flip Houses</u>:   Pursuant to stipulation and court order, the Fiduciary sold 16 fix and flip houses during two auctions that produced a total net recovery of $6.9 million. In both auctions, the high estimated values were achieved and exceeded.   The result is the $7.5 million projected net cash on hand for the benefit of the EB-5 investors both projects.

d. <u>Obtaining a New Construction Loan</u>: The Fiduciary introduced a new lender to the GG-80 project after the prior lender called two defaults following the TRO in September 2017.   The first default took the interest rate on the construction loan from 11% to 27%; this was later negotiated down to 15%.   A second default in mid 2018 resulted in an interest rate to 33%.   This original lender was replaced by a new lender, introduced by the Fiduciary, at 10% plus $3 million of additional loan to complete the project and a one-year extension to pay back the loan without penalty.   See the lender's press release, Exhibit "A".   Through the new loan, the Chens were also able to recover $4 million that was demanded by the original lender in the second default. This new loan made the GG-80 project financially viable. (DKT 188)

e. The Tong/First Financial Investment Group ("FFIG") Settlement: The Fiduciary was able to orchestrate a settlement with FFIG and its owner, Mr. Tong (DKT 189).   This resulted in the estate retaining $450 thousand from the second auction and surrendering to Mr. Tong (i) cash in FFIG's bank account of $588 thousand and (ii) two houses titled to FFIG.   Mr. Tong used the cash to invest in the GG-80 project to help achieve the $4.0 million new capital requirement of the prior lender.

f. Resolution of the Ontario Lease.   The Fiduciary was able to sublease the Ontario facility to mitigate negative cash flow that will save the estate $300 thousand to the end of the lease.

3.   Challenges of the Fiduciary Assignment:   The Fiduciary also had to overcome/reconcile a number of obstacles including the following:

a. Corporate financial summaries showed significant, non-matching inter-company borrowings/receivables/cash transfers.

b. Large inventories were shown on the books but there were no matching inventories in the warehouses.

c. There were loans of EB-5 funds to non-EB-5 entities.

d. Accounting entries for several corporate entities in some instances were 1 to 3 years in arrears.

e. There was no insurance on the fix and flip houses.

f. The Ontario warehouse was not secure with a disheveled inventory that had to be organized/removed.

g. Maintenance of the Ontario space was out of compliance with the terms of the lease.

h. There was no Workers Comp insurance in place and an ongoing audit of prior years' activity was resolved with a refund expected.

i. Various individuals were removed from the payroll who did not work for the entities under the Fiduciary's control.

**Fiduciary's Final Account & Report; Request to Pay Final Fees & Costs   EXHIBIT 1-6**

j. A lawsuit filed against the Regional Center was monitored. The filed annual reports with the United States Citizenship and Immigration Service ("USCIS") contained inaccurate information that was identified and called to the attention of the counsel that prepared the report.

k. The 2017 GHI tax returns were completed and reviewed to ensure accuracy of the data being reported.

l. Eight bi-monthly status reports plus the initial report of the temporary Receiver were prepared and filed with the Court. Most of these were resolved by stipulation and order thereon and/or further order of the Court.

m. Inconsistencies were reported in the November 28, 2018 settlement stip. This stip (settling the case) had been rushed through in order for the new loan to close. This necessitated a further negotiation/stipulation and order that was just signed.

## B. <u>ACCOUNTING UPDATE (Through January 31, 2019)</u>

4. <u>Period:</u>   The accounting period is September 20, 2017 through January 30, 2019 with estimates for future expenditures as outlined below.

5. <u>Cash Summary:</u>   The starting cash balance on September 20, 2017 was $4,372,589 (Exhibit "B", line 1) – seized from bank accounts. Since then, an additional $8,211,508 was deposited; total working cash available for the sixteen-months was $12,584,097.   The cash receipts include net proceeds from sale of the fix and flip homes, warehouse sublease income, construction management fee income and miscellaneous income.

6. <u>Cash Disbursements:</u>   Cash disbursements during this sixteen-plus month period total $5,079,859.   Categories of disbursements are listed in Exhibit "B." Total cash on hand as of January 31, 2019 is $7,504,238. Recall that these numbers do not take into account the construction loan disbursements.   The second page of Exhibit "B" shows in which bank accounts the cash is held.

**Fiduciary's Final Account & Report; Request to Pay Final Fees & Costs   EXHIBIT 1-7**

7.    <u>Future Disbursements:</u> The Fiduciary anticipates future disbursements as follows: (a) payment of fees/costs for December 2018; (b) payment for January 2019 to close including future work for issuance of 1099s, W-2s and payroll tax returns, plus oversight of tax returns (a total of $39,949.96, details presented below); and (c) the Distribution Agent's future fees of $50,000 withhold leaving a balance of $7,414,288.   See Exhibit "C."

## C. <u>FEE APPLICATION</u>

8.    <u>Overview of Activities</u>:   This fee application covers December 2018 (post settlement) and (b) January 2019 to close.   Exhibit "D" is a list of activities that have occurred and will occur to close out the estate.

9.    <u>Aggregate of the Fees:</u>   Exhibit "E" presents a summary plus detailed time entries for the December - January period plus prospective time to close.   As outlined above, the two-month-plus period total is $39,949.96 (with blended hourly rate: $168.98).   This compares favorably with the two-month billing summaries that have typically ranged from $80 to $90 thousand for the first fourteen months. This application reflects limited activity of preparing the FAR, resolving discrepancies in the 11/28/18 stip/order and accrued time for finalizing the accounts and to oversee the preparation of 1099 and payroll tax returns for 2018 (when the Fiduciary was in charge).

   a. <u>Fiduciary</u>:   The Fiduciary has 60.5 hours at an average reduced rate of $355.78 for a total fee request of $21,524.60 for the two-month-plus period.   The Fiduciary's focus was preparing this FAR, and providing input for the corrections required by the 11/28/18 stip/order, preparing a notice to creditors/investors and mapping activities to close the estate.

   b. <u>Certified Public Accountant</u>:   Mr. Collins incurred 23.8 hours at a discounted hourly rate of $275 per hour for a total fee request $6,545 during the two-month plus period.   He was involved in preparing the schedules for the FAR and analysis for the correction of the 11/28/18 stip and order thereon.

c.  <u>Ryan Baker, Senior Financial Analyst:</u>   Mr. Baker has 2.3 hours at a rate of $203 for a fee request of $466.90.   He oversees Peachtree, the Defendants accounting system.

d.  <u>Jim LeSieur, Prior On-Site Manager:</u>   Mr. LeSieur incurred 6.1 hours during this period at a rate is $125 per hour for fees of $762.50.   Mr. LeSieur was involved in the wrap up of the Ontario warehouse lease, and confirming investor addresses.

e.  <u>Nancy Michenaud, Controller/Chief Bookkeeper</u>:   Ms. Michenaud seeks approval of 56.8 hours at a rate of $95 per hour for $5,396.   She is the primary controller/bookkeeper who oversees all deposits, checks, wire issuances and ledger entries.   About 85% of her time is for future payroll tax and 1099 related work.

f.  <u>Aurora Bloom:</u>   Ms. Bloom seeks approval of 61.2 hours at $52 for $3,182.40.   She assists Ms. Michenaud with prospective bookkeeping, bank account reconciliation and preparation of 1099s.

g.  <u>Kristina Godinez:</u>   Ms. Godinez is a paralegal and administrative assistant.   She seeks 17.1 hours at a rate of $36 per hour or $615.60.   She electronically files all documents and handles administrative tasks related to filings.

h.  <u>Costs:</u>   The Fiduciary seeks approval of costs in the amount of $1,456.96 including tax forms ($215), storage and later destruction of the Fiduciary's books and records ($895.75), postage for the notice ($111.41), fax/copying ($234) due to the end-of-case documents and filings.

10.   <u>Fees and Costs for the Duration of the Case:</u>   Exhibit "F" presents a summary of total fees by each individual on the Fiduciary's staff for the entire case.   Total fees including those being submitted in this application total $701,531.90; costs total $6,037.93 for a total of $707,569.83.   To date, $667,619.87 has been paid leaving an unpaid balance of $39,949.96.   The blended hourly rate for the Fiduciary and his staff members is $187.47 for the entire duration of the case.

11.   <u>Perspective – Fees as a Percent of Disbursements:</u>   The U.S. Congress mandates that a court-appointed chapter 11 trustee (alone) working in a bankruptcy is entitled to a maximum compensation of roughly 3.1% of total disbursements. In this case, the fees for only the Receiver at $297 thousand (Exhibit "F") are currently 1.3% of total disbursements to date of $22.5 million ($7.5 million disbursed by the Receiver and the $15 million construction loan payoff).   If and when full restitution is paid to the investors (another $27.5 million), the Receiver's fees as a percent of total revenues will drop to .00594% or six tenths of one percent.   In this case, the integral staff that has assisted the Receiver consists of six additional individuals – a CPA, financial analyst, on-site manager, a chief bookkeeper, an assistant bookkeeper and an administrative assistant (paralegal), the total fees paid to these seven individuals (including the Receiver) are roughly 3% of total disbursements.   This percentage will drop to 1.8% if and when full restitution is paid to the 45 investors as currently anticipated.   If this all comes about, this case will be the most efficient federal equity receivership to date for this Receiver.

### D. **PRAYER**

12.   <u>Prayer:</u>   Wherefore your Fiduciary prays that this Court make and enter an order that approves the FAR and fees and costs as presented and orders them paid from available funds.   Your Fiduciary prays that this Court make and enter such further order as it deems appropriate and just.

Date:   January 31, 2019

_____
Robert P. Mosier, Fiduciary

## DECLARATION OF THE FIDUCIARY

1
2     I, Robert P. Mosier, declare and affirm as follows; I am the duly
3  appointed Receiver/Monitor ("Fiduciary") in the above matter.   I have
4  firsthand knowledge of the facts and figures recited herein.

5     Exhibit "A is a press release regarding the new loan on the GG-80
6  project.   Exhibit "B" is an updated accounting that is a summary of cash
7  receipts/disbursements from September 2017 through January 30, 2019.
8  The second page of the exhibit shows in which bank accounts the cash is
9  currently located.   Exhibit "C" a list of estimated future disbursements to
10  close out the estate.   Exhibit "D" is a detailed list of activities during the
11  December 2018 through January 2019 period plus prospective activities to
12  close.   Exhibit "E" is a summary of the hours, hourly rates and fees sought
13  by individual plus the cost's summary and the detailed timesheets for each
14  applicant seeking approval of fees and costs incurred.   Exhibit "F" is a
15  presentation summary of the total fees for the duration of the case.

16     I declare that this declaration was signed by me on the 31th day of
17  January 2019 in Costa Mesa, CA.

18
19
20  _____
21  Robert P. Mosier,
22  Monitor and Receiver ("Fiduciary")
23
24
25
26
27
28

**Fiduciary's Final Account & Report; Request to Pay Final Fees & Costs   EXHIBIT 1-11**

# List of Exhibits (Not Included)

**Exhibit A: Press Release Regarding the New GG-80 Loan**

**Exhibit B: Summary: Cash Receipts/Disbursements to 12/31/18**

**Exhibit C: Summary of Future Cash Disbursements to Close the Case**

**Exhibit D: List of Activities during December/January to Close Period.**

**Exhibit E: Summary of Fees and Costs plus the Detailed Timesheets**

**Exhibit F: Summary of Fees/Costs Program-to-date:**
**For the Receivership and the Monitorship**

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

> Mosier & Company, Inc.
> 3151 Airway Avenue, Suite A-1, Costa Mesa CA 92626
> Telephone No. (714) 432-0800; Facsimile No. (714) 432-7329

On February 7, 2019 I caused to be served the documents entitled **NOTICE TO PARTIES IN INTEREST: FIDUCIARY'S FINAL ACCOUNT AND REPORT** on all the parties to this action addressed as stated on the attached service list:

☒  **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this company's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Costa Mesa, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Costa Mesa, California, with Express Mail postage paid.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

_Kristina Godinez_
_____

Date: February 7, 2019                            Kristina Godinez

7000 E. SLAUSON AVENUE COMPANY

2730 WILSHIRE BLVD., # 301
SANTA MONICA, CA  90403


ACCELLENCE, LLP
5670 WILSHIRE BLVD., SUITE 1740
LOS ANGELES, CA  90036


ALEX ZHONG INSURANCE SERVICES
2330 W. MAIN ST.
ALHAMBRA, CA  91801


SAMUEL ALVARADO
11407 PIONEER BLVD.
NORWALK, CA  90650


AMERIGAS
P.O. BOX 7155
PASADENA, CA  91109-7155


AT&T
P.O. BOX 5014
CAROL STREAMS IL 60197-5014


ELIZABETH AVALOS
6914 PINE AVE., APT. # 24
BELL, CA  90201-3540


JESUS BRETON CORTEZ
8911-1/2  BEACH ST
LOS ANGELES, CA  90002

A T & T LONG DISTANCE

P. O. BOX 5017
CAROL STREAMS IL 60197-5017


ADT SECURITY SERVICES
P.O. BOX 371878
PITTSBURGH PA 15250-7878


ALICE COMPUTERWORKS CORP.
2514 HUNTINGTON DR.
SAN MARINO, CA  91108


AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000


ASSOCIATED CREDIT SERVICES, INC.
P.O. BOX 5171
WESTBOROUGH, MA  01581


ATHENS SERVICE
PO BOX 60009
CITY OF INDUSTRY, CA  91716-0009


AZUSA LIGHT & WATER
P.O. BOX 7030
ARTESIA, CA  90702-7030


HUAN VAN BUI
13031 PROSPECT AVE.
SANTA ANA, CA  92705

AAA COMPANIES
AAA ELECTRICAL & COMM INC. dba AAA
PROPERTY
25007 ANZA DRIVE
VALENCIA, CA  91355


AIR CONTROL SYSTEMS, INC.
1940 SO. GROVE AVE.
ONTARIO, CA  91761


ALLIANCE ENERGY COMPANY
131 LIME AVE.
SAN GABRIEL, CA  91776


AMERICAN GENERAL DESIGN
245 S. LOS ROBLES AVE., UNIT 100
PASADENA, CA  91101


AT YOUR SERVICE LLC
215 W. POMONA BLVD., # 201
MONTEREY PARK, CA  91754


ATHENS SERVICES
P.O. BOX 54957
LOS ANGELES, CA  90054-0957


EDUARDO BRETON BELMONTES
8911-1/2 BEACH ST.
LOS ANGELES, CA  90002


CALIFORNIA DEPT OF TAX & FEE ADMIN
PO BOX 942879
SACRAMENTO, CA  94279-0056

CALIFORNIA SECRETARY OF STATE
1500 11TH STREET
SACRAMENTO CA 95814

CALIFORNIA, STATE OF
DEPT OF BUSINESS OVERSIGHT
1515 K. ST., SUITE 200
SACRAMENTO, CA  95814-4052

CANYON CREST VILLAS HOA
c/o UNION BANK PROCESSING
PO BOX 513417
LOS ANGELES, CA  90051-3417

LUAT CAO
LAW OFFICES LAT CAO
1300 E. MAIN ST.
ALHAMBRA, CA  91801

CAST IN PLACE CONSTRUCTION INC.
10911 HOLE AVE.
RIVERSIDE, CA  92505-2717

CDR GRAPHICS INC.
2299 WESTWOOD BLVD.
LOS ANGELES, CA  90064

BETTY LATICIA CERVANTES
785 S. YUCCA AVE.
RIALTO, CA  92376

CARRIE CHAN
5033 WILLONTE AVE.
TEMPLE CITY, CA  91780

CHARLIE TZENG & ASSOCIATES
PO BOX 5044
PASADENA, CA  91117

JIAN QIAO CHEN
763 CARRIAGE HOUSE DRIVE
ARCADIA CA 91006

YUECHENG CHEN
301 S. GLENDORA AVE., APT. 1213
WEST COVINA, CA  91790

CITY OF LOS ANGELES
P.O. BOX 30968
LOS ANGELES CA 90030-0968

CITY OF LOS ANGELES
DEPT OF PUBLIC WORKS
1149 S. BROADWAY ST., ROOM 350
LOS ANGELES, CA  90015

JUANITA CLOUD
16359 EAST BALLENTINE PLACE
COVINA, CA  91722

COMMERCE, CITY OF
2535 COMEMRCE WAY
COMMERCE, CA  90040

CONTRACTORS BROKERAGE SERVICE, INC.

9940 BUSINESS PARK DR., SUITE 150

SACRAMENT, CA  95827

CONTRACTORS STATE LICENSE BOARD

STATE OF CALIFORNIA

P.O. BOX 26999
SACRAMENTO CA 95826

CONVERSION BUILDING PARTNERS INC.

dba CONVERSION BUILDING GROUP

647 CAMINO de LOS MARES, #108-145
SAN CLEMENTE, CA  92673

COVINA, CITY OF
P.O. BOX 60488
LOS ANGELES, CA  90060-0488

DAVID HIRSON & PARTNERS, LLP
1122 BRISTOL ST.
COSTA MESA, CA  92626

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942897
SACRAMENTO CA 94297-0898

DEPT. OF HOMELAND SECURITY
MAIL OPERATIONS PROGRAM MGR
245 MURRAY LANE SE
WASHINGTON DC 20528-007

DEPT. OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN UT 84201-0039

DUNN-EDWARDS CORPORATION
4885 EAST 52nd PLACE
LOS ANGELES, CA  90058-5507

EAGLE EYE PROTECTION INC.
117 WEST 9th ST., # 910
LOS ANGELES, CA  90015

EDISON
P.O. BOX 300
ROSEMEAD CA 91772-0001

EGL ASSOCIATES INC.
11819 GOLDRING ROAD, UNIT A
ARCADIA, CA  91006

EMPLOYMENT DEVE. DEPARTMENT
P.O. BOX 826880
SACRAMENTO, CA  94230-6276

ENVIRONMENTAL GEOTECHNOLOGY LAB
11819 GOLDRING RD., UNIT A
ARCADIA, CA  91006

ENVIROTECTURE INC.
3600 WILSHIRE BLVD., SUITE 1402
LOS ANGELES, CA  90010-2618

EXECUTIVE EXPRESS INC.
P.O. BOX 8382
NEWPORT BEACH, CA  92660

EXPRESS ENVIRONMENTAL CORP.
EXPRESS OIL CO.
21601 PARTHENIA ST.
CANOGA PARK, CA  91304

FARMERS INSURANCE EXCHANGE
5700 RALSTON STREET #120
VENTURA CA 93003

FERGUSON ENTERPRISES, INC.
12010 WOODRUFF AVE., #A
DOWNEY, CA  90241-5637

FIRST DATA MERCHANT SERVICES
555 ST. CHARLES DR., SUITE 100
THOUSAND OAKS, CA  91360-3983

FIRST FINANCIAL INVESTMENT GROUP
LLC
7000 E. SLAUSON AVENUE
COMMERCE CA 90040

FRANCHISE TAX BOARD - CALIF
P.O. BOX 942857
SACRAMENTO CA 94257-2021

FRONTIER COMMUNICATIONS
PO BOX 740407
CINICINNATI, OH   45274-0407

FWC INSURANCE  AGENCY
5700 RALSTON ST., # 120
VENTURA, CA  93003

ANA GABRIEL
210 E. MARKET ST.
LONG BEACH, CA  90805

JOSE GARCIA
718 W. MAITLAND
ONTARIO, CA  91762

ADAN GARCIA
797 SO.  DEL MAR AVE.
SAN GABRIEL, CA  91776

GL CONTRACTOR, INC.
153 S. COVINA BLVD.
LA PUENTE, CA  91746

GOLDEN STATE WATER CO.
PO BOX 9016
SAN DIMAS, CA  91773-9016

GREEN VALLEY GARDENING
8737 BURTON ST.
BELLFLOWER, CA  90706

GRIFFIN PEST MANAGEMENT, INC.
1415 E. McFADDEN AVE., SUITE D
SANTA ANA, CA  92705

YING RAYNA GUAN
8463 E. VILLAGE LANE
ROSEMEAD, CA  91770

H & E EQUIPMENT EXCHANGE
14241 E. ALONDRA BLVD.
LA MIRADA, CA  90638

HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HIGHWAY
LEWES, DE  19958

HCC SURETY GROUP
P.O. BOX 4312
WOODLAND, CA  91365-4312

HEALTH NET
FILE 52617
LOS ANGELES, CA  90074-2617

HOUSE AQUARIUM
14575 NOGALES ST., # B
ROWLAND HEIGHTS, CA  91749

HOWARD RIDLEY COMPANY, INC.
PO BOX 1560
CHINO, CA  91708-1560

HSU, LAN & LIN, LLP
150 N. SANTA ANITA AVE., # 490
ARCADIA, CA  91006

WEI HUANG
15806 CLARKGROVE STREET
ROWLAND HEIGHTS, CA  91745

STEVEN HUGHES
LAGUNA COMPUTERS
10 TOBAGO
LAGUNA NIGUEL, CA  92677

HV HOMEOWNERS ASSOC.
c/o CMS
PO BOX 601204
LOS ANGELES, CA  90060-1204

HYC CONSULTING ENGINEERS, INC.
556 N. DIAMOND BAR BLVD., # 304
DIAMOND BAR, CA  91765

INDUSTRIAL PROPERTY OPERATING
PARTNERSHI
P.O. BOX 206918
DALLAS, TX  75320-6918

INDUSTRY PUBLIC UTILITIES
PO BOX 3165
LA PUENTE, CA  91744-0165

NANCY MICHENAUD

7218 MARINA PACIFICA DRIVE SOUTH
LONG BEACH CA 90803

JBFF INETRNATIONAL INC.

7000 E. SLAUSON AVE.
COMMERCE, CA  90040

JDK & M PAINTING

1142 S. DIAMOND BAR BLVD., # 138
DIAMOND BAR, CA  91765

WEN YAW JIANG
2079 NORDIC AVE.
CHINO HILLS, CA  91709

JOHN'S LIFT REPAIR & SERVICE, INC.
409 NORTH 5th ST.
MONTEBELLO, CA  90640

KETCHAM FOREST PRODUCTS INC.
PO BOX 22789
SEATTLE, WA  98122

TOM F.Y. KING
150 N. SANTA ANITA AV.#300
ARCADIA, CA  91006

KLASKO IMMIGRATION LAW PARTNERS
LLP
1601 MARKET ST., SUITE 2600
PHILADELPHIA, PA  19103

ASHLEY N. LABRIE
327 CHESTNUT AVE., # 106
LONG BEACH, CA  90802

L.A. DEPT WATER AND POWER
P.O. BOX 30808
LOS ANGELES CA 90030-0808

KIT LEUNG CPA, EA
228 W. VALLEY BLVD., SUITE 205B
ALHAMBRA, CA  91801

JING LIN
11609 HARO AVE
DOWNEY, CA  90241

LEUNG ACCOUNTANCY CORP.
100 N. CITRUS ST., SUITE 405
WEST COVINA, CA  91791

LOS ANGELES CITY - PUBLIC
WORK DEPARTMENT
C/O HANK JONG
EGL ASSOCIATION INC.
11819 GOLDRING RD A
ARCADIA CA 91006

LOS ANGELES COUNTY
DEPT OF PUBLIC WORKS
6262 VAN NUYS BLVD SUITE 251
VAN NUYS CA 91401

LLL DEVELOPMENT INC.
16652 CIRCLE HILL LANE
HACIENDA HEIGHTS, CA  91745

LOS ANGELES COUNTY TAX CLLCT
PO BOX 54018
LOS ANGELES, CA  90054-0018

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 60186
LOS ANGELES, CA  90060-0186

LOS ANGELES COUNTY TAX COLLECTOR
UNSECURED PROP TAXES
225 NORTH HILL STREET, ROOM 122
LOS ANGELES CA 90012

LOS ANGELES, CITY OF
FINANCE DEPT.
PO BOX 53200
LOS ANGELES, CA  90053-0200

LT COMPANY, INC.
2431 BLUESTONE DR.
FINDLAY, OH  45840

XUAN LUO
1705 S. STONEMAN AVE.
ALHAMBRA, CA  91801

LYNN SAFETY, INC.
P.O. BOX023587
PLEASANT HILL, CA  94523

DAVID MADRIGAL
615 WILLIAMSON AVE.
LOS ANGELES, CA  90022

CANDIDA MAGALLANES FLORES
2914 W. 8th ST., # 206
LOS ANGELES, CA  90005

MAGNA LEGAL SERVICES, LLC
P.O. BOX 822804
PHILADELPHIA, PA  19182-2804

YIZHENG (EOS) MAO
13243 BEACH ST.
CERRITOS, CA  90703

LUIS MARIN
15032 JOYCEDALE ST.
LA PUENTE, CA  91744

WENDY MARTINEZ
4555 E. 53rd ST
MAYWOOD, CA  90270

MINUTE MAN ENVIRONMENTAL, INC.
830 W. 16th STREET
COSTA MESA, CA  92627

MODULAR BUILDING CONCEPTS INC.`
12580 STOTLER COURT
POWAY, CA  92064

JAIME A. MOLINAR
2532 LUCERNE AVE.
LOS ANGELES, CA  90016

MR. SEWER ROOTER INC.
4518 S. WESTERN AVE.
LOS ANGELES, CA  90062

NATIONAL CONSTRUCTION RENTALS
P.O. BOX 4503
PACOIMA, CA  91333-4503

NEW CENTURY INS SERVICES, INC.
16  N. 2nd STREET
ALHAMBRA, CA  91801

ONTARIO MUNICIPAL UTILITIES
COMPANIES
1333 S. BON VIEW AVE.
PO BOX 8000
ONTARIO, CA  91761

ONTARIO, CITY OF
PO BOX 3247
ONTARIO, CA  91761-0925

ORCHARD DALE WATER DISTRICT
13819 TELEGRAPH RD.
WHITTIER, CA  90604

PARK PLUS CALIFORNIA
8640 TAMARACK AVE.
SUN VALLEY, CA  91352

ANJA PAVESE
240 E. DEL MAR BLVD., # 301
PASADENA, CA  91101

HECTOR PELAYO
1215 BALLISTA AVE.
LA PUENTE, CA  91744

PRO PACIFIC PEST CONTROL
PO BOX 3354
ESCONDIDO, CA  92033

YING RAYNA QUAN
1509 S. CURTIS AVE.
ALHAMBRA, CA

READY REFRESH BY NESTLE
PO BOX 856158
LOUISVILLE, KY  40285-6158

REALTY EXECUTIVES CORNERSTONE
RCR ENTERPRISES, INC.
13604 E. WHITTIER BVD.
WHITTIER, CA  90605

REDLANDS-YUCAIPA RENTALS, INC.
P.O. BOX 9446
REDLANDS, CA  92375

REPUBLIC SERVICES # 902
P.O. BOX 78829
PHOENIX,, AZ  85062-8829

RGL, INC.
7887 EAST BELLEVIEW, SUITE 1200
DENVER, CO  80111

RIVERSIDE COUNTY TAX COLLECTOR
4080 LEMON STREET
RIVERSIDE CA 92501

JOSE RODRIGUEZ
3734 LANFRANCO ST.
LOS ANGELES, CA  90063

JULIAN PIERCE RODRIGUEZ
1134 ELSBERRY AVE.
LA PUENTE, CA  91744`

TELMA ROMERO
508 UNION DR., APT. #3
LOS ANGELES, CA  90017

ROWLAND WATER DISTRICT
PO BOX 513225
LOS ANGELES, CA  90051-3325

SAFWAY SERVICES, LLC
1107 PETREE ST.
EL CAJON, CA  92020

SAGE
C/O BANK OF AMERICA LB#14855
14855 COLLECTION CENTER DR.
CHICAGO,, IL  60693

SALT WEST INTERNATIONAL LLC
5731 SANTA ANA ST., SUITE A
ONTARIO, CA  91761-8617

SAN BERNARDINO COUNTY
TREASURER/TAX COLL
268 W HOSPITALITY LANE
SAN BERNARDINO CA 92415

SAN GABRIEL VALLEY WATER CO.
PO BOX 5970
EL MONTE,, CA  91734-1970

ALFREDO SANCHEZ
2532 LUCERNE AVE.
LOS ANGELES, CA  90016

SHUMENER, ODSON & OH LLP
550 S. HOPE ST., # 1050
LOS ANGELES, CA  90071

SINOCAN, INC.
111 SECOND ST., # 116
ALHAMBRA, CA  91801

SMART FINANCIAL & INSURANCE
SERVICES
8811 GARVEY AVE., # 105
ROSEMEAD, CA  91770

SO CAL INDUSTRIES
163 SIXTH AVE.
CITY OF INDUSTRY, CA  91746

SO. CALIFORNIA GAS CO.
P.O. BOX 1626
MONTEREY PARK CA 91754-8626

SO. CALIFORNIA SECURITY  CENTERS INC.
16711 PARKSIDE AVE.
CERRITOS, CA  90703

SPECTRUM
8554 HAYDEN PLACE
CULVER CITY, CA  90232

SPRINT
KSOPHT0101-Z4300
6391 SPRINT PARKWAY
OVERLAND PARK KS 66251-4300

STANLEY PEST CONTROL
2555 LOMA AVE.
SO. EL MONTE, CA  91733-1417

STARATEL LAW GROUP, INC.
235 E. BROADWAY, SUITE 1140
LONG BEACH, CA  90802

STATE BOARD OF EQUALIZATION
16715 VON KARMAN AVE, #200
IRVINE CA 92606

XIAOYAN SUN
O'SPRING STUDIO
19 SNAPDRAGON
LAKE FOREST, CA  92630

SUBURBAN WATER SYSTEMS
PO BOX 6105
COVINA, CA  91722

LILI SUN
218 N. MARGUERITA AVE., #C
ALHAMBRA, CA  91801

TERRA-PETRA
700 S. FLOWER ST., # 2580
LOS ANGELES, CA  90017

SUNBELT RENTALS, INC.
P.O. BOX  409211
ATLANTA, GA  30384-9211

SUTTON, PAKFAR & COURTNEY, LLP
450 N. ROXBURY DR., SUITE 700
BEVERLY HILLS, CA  90210

TITANIUM LLC
1808 EVERGREEN ST.
DUARTE, CA  91010

THE BARBER-WEBB COMPANY
3833 E. MEDFORD ST.
LOS ANGELES,, CA  90063

TIME WARNER CABLE
PO BOX 60074
CITY OF INDUSTRY, CA  91716-0074

TRANZON ASSET STRATEGIES
WFS INC.  dba
9891 IRVINE CENTER DR., # 200
IRVINE, CA  92618

TPX COMMUNICATIONS
P.O. BOX 509013
SAN DIEGO, CA  92150-9013

TRADITIONS DRYWALL INC.
2481 CILANTRO GLENN
ESCONDIDO, CA  92029

UNITED SITE SERVICES
OF CALIFORNIA, INC.
P.O. BOX 53267
PHOENIX, AZ  85072-3267

TYLER MOULDING
2406 TYLER AVE.
EL MONTE, CA  91733

U.S.  TREASURY
1500 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20220

VALLEY VISTA SERVICES, INC.
17445 EAST RAILROAD ST.
CITY OF INDUSTRY, CA  91748-1088

UNIVERAL WASTE SYSTEMS INC.
P.O. BOX 3038
WHITTIER, CA  90605

VALLEY VIEW MUTUAL WATER CO.
13730 LOS ANGELES ST.
BALDWIN PARK, CA  91706

WASTE MANAGEMENT
COMPTON HAULING
PO BOX 541065
LOS ANGELES, CA  90054

HUGO VENEGAS
534 STEPNEY ST., APT. 2
INGLEWOOD, CA  90302

XI YING WANG
729 S. GRAND AVE., #D
SAN GABRIEL, CA  91776

WOOD OIL COMPANY
1532 W. 132nd ST.
GARDENA, CA  90249

WHITTIER, CITY OF
13230 PENN ST.
WHITTIER, CA  90602-1772

WONDER PRINTING
200 S. PALM AVE., #J
ALHAMBRA, CA  91801

XIN XU
5310 VIA ZOPAPO
YORBA LINDA, CA  92887

MING CHIEH WU
5714 OAK AVE.
TEMPLE CITY, CA  91780

AURORA BLOOM
1806 NORTH TOWNER STREET
SANTA ANA CA 92706

TIAN XUE YING
2924 ROWENA AVENUE, #1
LOS ANGELES CA 90039

JIA YI YANG
4341 MERCED AVE.
BALDWIN PARK, CA  91706

NAHU XOY
1145 ELDEN AVE., APT. # 9
LOS ANGELES, CA  90006

C-3 DBD-ABP CCV 2016 Pool LLC
Delaware Limited Liability Co.
C3 Captial, LLC
820 2nd Street
Encinitas CA 92024

Sidley Austin LLP
555 West Fifth Street
Los Angeles CA 90013

JADE ESCROW
9604 LAS TUNAS DRIVE
TEMPLE CITY CA 91780

JOSE ANGEL & ADELINA TORRES
1042 SUNKIST AVENUE
LOS ANGELES CA 91746

BLACKMORE ESCROW
19700 FAIRCHILD ROAD, SUITE 110
IRVINE CA 92612

CENTURION INVESTMENTS INC.
14154 REIS STREET
WHITTIER CA 90604

NIKKI LINH TRAN
13434 ANKERTON STREET
WHITTIER CA 90601

JORGE GARCIA & JENICA HOWELL
11503 TROPICO AVENUE
WHITTIER CA 90604

ELSHAZLY FATHALLA & NOHA
MOHAMED ISSA
2710 CALLE RUIZ
WEST COVINA CA 91792

CENTURION ALLIANCES, INC.
204 SOUTH SIESTA AVENUE
LA PUENTE CA 91746

ANTHONY CHUN
1235 DEER CREEK ROAD
SAN DIMAS CA 91773

RAA, MAGIC COMPANY, LLC
211 S SHIPMAN AVENUE
LA PUENTE CA 91744

TEP & EILEEN TAN
5811 NORWALK BLVD
WHITTIER CA 90606

WEI ZHAO
127 SOUTH WATERBURY AVENUE
COVINA CA 91722

MEI JUN ZHENG
15818 HARVEST MOON STREET
LA PUENTE CA 91744

SHU CHEN, ZHONGKAU & YANJIE WANG
18301 VILLA CLARA STREET
LOS ANGELES CA 91748

SBG GROUP LLC
13747 RAMONA PKWY
BALDWIN PARK CA 91706

R REPUBLIC INVESTMENTS LLC
14071 LANNING DRIVE
WHITTIER CA 90605

RAJESH PRAVINCHANDRA MEHTA &
PINKY RAJESH MEHTA
13740 BENTONGROVE DRIVE
WHITTIER CA 90605

REILING WONG
10528 LOCH AVON DRIVE
WHITTIER CA 90606