Robert P. Mosier
Craig M. Collins, CPA
Ryan Baker, Financial Analyst
MOSIER & COMPANY, INC.
3151 Airway Avenue, Suite A-1
Costa Mesa, California    92626
Telephone:    (714) 432-0800
Facsimile:    (714) 432-7329
E-Mail:    Rmosier@Mosierco.com

Court Appointed Receiver and Monitor ("Fiduciary")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD CHEN,<br>JEAN CHEN,<br>HOME PARADISE INVESTMENT CENTER, LLC,<br>GH INVESTMENT LP,<br>GH DESIGN GROUP, LLC,<br>GOLDEN GALAXY, LP AND<br>MEGA HOME, LLC,<br><br>Defendants. | Case No: CV 17-6929 PA (JEMx)<br>Assigned for all purposes to the Honorable Percy Anderson<br><br>**NOTICE OF MOTION TO EB-5 INVESTORS: FIDUCIARY'S FINAL ACCOUNT AND REPORT.**<br><br>Date:    April 8, 2019<br>Time:    1:30 PM<br>CTRM:    9A, 350 W. 1st ST. LA |

Attached is the notice of the Fiduciary's Final Account and Report ("FAR") translated into simple Chinese. Also attached is the simple Chinese translation of the FAR itself without exhibits. In the notice and again in the FAR, those receiving the notice are advised that the exhibits are not included. Anyone wishing to obtain a copy of the exhibits can do so by sending an email, letter or by calling the Receiver's office and requesting a copy of the exhibits. This contact information is on the top of each pleading.

To review the English translation of the FAR notice, the Court is requested to take judicial notice of the recently filed Notice of Final Account and Report that is being sent to the creditors/parties in interest in this case (domestically and in English).

The hearing date for the FAR (April 8, 2019) is roughly nine-and-one-half weeks out to allow time for the notice to arrive in China and for the recipients to file any objection, if they choose to do so.

Date:   February 7, 2019

_____
Robert P. Mosier, Fiduciary

| | |
|---|---|
| 1 | Robert P. Mosier |
| 2 | Craig M. Collins，注册会计师 (CPA) |
| | Ryan Baker，金融分析师 |
| 3 | MOSIER & COMPANY, INC. |
| | 3151 Airway Avenue, Suite A-1 |
| 4 | Costa Mesa, California    92626 |
| | 电话：        (714) 432-0800 |
| 5 | 传真：        (714) 432-7329 |
| | 电子邮箱：    Rmosier@Mosierco.com |
| 6 | |
| 7 | 法院指定接管人和监察员（"受托人"） |

美国加利福尼亚中区

联邦地区法院

| | | |
|---|---|---|
| 11 | 证券交易委员会， | ） 案件编号：CV 17-6929 PA (JEMx) |
| 12 |        原告， | ） 该案件由尊敬的 Percy Anderson 阁下全权负 |
| 13 | 诉 | ） 责 |
| 14 | EDWARD CHEN， | ） |
| 15 | JEAN CHEN， | ） 向 EB-5 投资者提出的动议通知：受托人的决 |
| 16 | HOME PARADISE INVESTMENT CENTER, LLC， | ） 算和报告。 |
| | GH INVESTMENT LP， | ） |
| 17 | GH DESIGN GROUP, LLC， | ） 日期：    2019 年 4 月 8 日 |
| | GOLDEN GALAXY, LP 以及 | ） 时间：    下午 1:30 |
| 18 | MEGA HOME, LLC， | ） 审判室：   9A, 350 W. 1st ST. LA |
| 19 |        被告。 | ） |
| 20 | | ） |

22　　　　请注意，2019 年 4 月 8 日下午 1:30 或之后的审理时间，在 Percy Anderson 阁

23　下的 9A 审判室（地址：350 West 1st Street, Los Angeles, California 90012），在上述案

24　件事项中被正式任命为接管人/监察员（"受托人"）的 Robert P. Mosier 将向法院提出

25　申请，要求法院批准受托人的决算和报告 ("FAR")，其中，决算和报告作为附件"1"附上。

26　本动议通知根据《美国法典》第 28 卷第 3103 (g) (1) – (3) 节的规定作出。

27　　　　另请注意，任何想要反对受托人 FAR 的当事人，均必须向美国加利福尼亚中区联邦

28　地区法院的书记员办公室提出适当的异议，该办公室位于 350 W. 1st Street, Fourth Floor,

Los Angeles CA 90012。异议需要在指定听取此动议的日期前二十一 (21) 日提交，即 2019 年 3 月 19 日当日或之前。异议必须在上述时间限制内，通过此诉状首页左上角的受托人地址送达受托人。**如果您对 FAR 无异议，则您无需采取任何行动。**带有六个附件的 FAR 已经向法院提交并公开发布。鉴于附件数量较多，附件并未随附于 FAR。如果您希望收到 FAR 的附件 A 至 F，请通过邮寄信件或电邮联系 Mosier 先生，他的地址如本通知第 1 页所示。随后，附件将以 PDF 副本的格式通过电子邮件发送给您。

日期:　　2019 年 2 月 4 日

_____
　　　　　Robert P. Mosier，受托人

| | |
|---|---|
| 1 | Robert P. Mosier |
| 2 | Craig M. Collins，注册会计师 |
| 3 | Ryan Baker，财务分析师 |
|   | MOSIER & COMPANY, INC. |
| 4 | 3151 Airway Avenue, Suite A-1 |
|   | Costa Mesa, California    92626 |
| 5 | 电话：    (714) 432-0800 |
| 6 | 传真：    (714) 432-7329 |
| 7 | 电子邮箱：Rmosier@Mosierco.com |
| 8 | 经法庭任命接管人兼监督员（"受托人"） |

美国加利福尼亚　州中区联邦地区法院

| | | |
|---|---|---|
| 11 | | |
| 12 | 证券交易委员会， | ）案号：CV 17-6929 PA (JEMx) |
| 13 |          原告， | ）主审法官： |
|    |                | ）Percy Anderson 阁下 |
| 14 | 诉              | ） |
| 15 |                 | ）**动议通知书和动议：受托人的最终账目及** |
|    |                 | ）**报告以及申请支付2018年12月至结案期** |
| 16 | EDWARD CHEN，   | ）**间的最终费用。要点和职责；受托人声明** |
| 17 | JEAN CHEN，     | ） |
|    | HOME PARADISE INVESTMENT | ）日期：**2019 年 4 月 8 日** |
| 18 | CENTER, LLC，   | ）时间：下午 **1:30** |
| 19 | GH INVESTMENT LP， | ）审判庭：洛杉矶市西一街 350 号 9A |
|    | GH DESIGN GROUP, LLC， | ）号审判庭 |
| 20 | GOLDEN GALAXY, LP 和 MEGA | ） |
| 21 | HOME, LLC，     | ） |
| 22 |          被告。 | ） |
| 23 |                 | ） |
| 24 |                 | ） |
| 25 |                 | ） |

26　　　兹请注意，于2019年4月8日下午1: 30或此后不久（视听证情况而定），在

27　Percy Anderson阁下的审判庭（地址为

28　号审判庭，邮编：90012），在上述 项中经正式任命的接管人/监督员（"受

托人")Robert P. Mosier将据此请求法院批准受托人的最终账目和报告("FAR")。

该动议亦寻求批准2018年12月至2019年1月期间受托人及其工作人员的最终费用及成本,时间按本案接管人/监督员部分结束累计。

该动议乃根据《美国法典》第28篇第3103(g)(1)至(3)条做出。辩方律师反对提出该动议(于2019年1月的讨论),认为其属不必要/未经授权。但是,第3103(g)(3)条规定接管人<u>应</u>提交此类报告并寻求批准未付费用。听证会日期延长至2019年4月8日,以便有充足时间(a)提交关于45名中国EB-5投资者的报告,其中43人在中国大陆居住,以及(b)供海外投资者做出回应。

Robert P. Mosier已就该动议通知书和动议做出声明,同时亦随附案件档案和记录以及于法院举行的听证会上呈列的任何证据和/或论据。 动议分为以下几个部分:A.案件摘要;B.会计更新;C.费用申请;和D.诉讼请求。

**A. <u>案件摘要</u>**

1. <u>庭外和解</u>:本院于2018年11月28日下达一项命令(DK 189)有效地解决了该案件,并撤销了对受托人的日常监督,受托人自2017年9月20日受任命以来(大约为期14个月)一直处于监督之下。原告证券交易委员会("证监会")接受了被告陈氏关于全额支付以下两个项目中中国EB-5投资者赔偿金的提议:(a)GH Investment LP及关联实体(统称"GHI"),其资产已经以库存现金清偿750万美元,以及(b)Golden Galaxy LP("GG-80")正在建造的商品房项目,该项目位于韩国城,共有80个单位,将于2019年年中至年底前完工并出售/交割单位。支付予两个EB-5项目共计45名投资者的金额约为2750万美元。

2. <u>受托人工作提要</u>:此为受托人于2018年11月受任命之后所完成的部分工作;

    a. <u>确认 GHI 的虚假租赁/库存</u>:经受托人调查,确认在安大略的设施存在 111,513平方英尺虚假租赁(实际租赁面积为23,842)。基于上述调查结果,达成一项协议,即让接管人驻留该项目现场,清算十六栋翻修房的库存情况。作为该项分析的后续行动,部分法证会计证实有400万美元的 GHI 投资者资金被用于从 Four Star Realty 和被告拥有的附属实体购买虚假库存。上述调查结果(其中包括)有助于解决全额赔付问题。

    b. <u>确认 GG-80项目的合法性</u>:受托人在第一份报告中推测 GG-80项目貌似合法,并可能会创造项目商业计划中所述的岗位。因此法院任命一名监督员而非接管人监管该项目。

c. 销售 GHI 翻修房：根据有关协议和法院命令，受托人在两次拍卖中出售共16套翻修房，净回收总额为690万美元。两次拍卖的结果均达到并超过较高估值。最终为两个项目的 EB-5投资者带来了750万美元的预计现金净额。

d. 获得新的建设贷款：于2017年9月临时限制令发出后，前贷款人提出了两次违约，随即受托人为 GG-80项目引入了新的贷款人。第一次违约后，建设贷款的利率从11%提高到27%；后经谈判降至15%。第二次违约于2018年年中发生，导致利率提高到33%。受托人引入的新贷款人取代了原贷款人，利率为10%，外加300万美元的额外贷款以供完成项目，贷款偿还期延长一年，不受处罚。请参阅证物"A"中贷款人的新闻稿。通过新贷款，陈氏亦得以收回原贷款人在第二次违约时要求的400万美元。该笔新贷款使 GG-80项目在财务上具有可行性。（DKT 188）

e. Tong/First Financial Investment Group（"FFIG"）庭外和解：受托人能够使FFIG 与其所有者 Tong 先生通过协调达成庭外和解（DKT 189）。因此，相关遗产保留了来自第二次拍卖的45万美元，并向Tong 先生（i）现金支付了588,000美元（来自FFIG 银行账户）和（ii）两套FFIG 名下的房屋。Tong 先生使用现金投资GG-80项目，以帮助达成前贷款人400万美元的新资金要求。

f. 解决安大略租约。受托人能够转租安大略的设施，以减轻负现金流，从而使遗产能够在租期结束时节省30万美元。

3. 受托人工作难点：受托人亦必须克服/协调一系列障碍，具体如下：

a. 公司财务摘要显示重大不匹配的公司间借款/应收款项/现金转移。

b. 账簿中显示有大量库存，但仓库却并无相应库存。

c. 向非 EB-5实体提供 EB-5资金贷款。

d. 在某些情况下，若干公司实体的会计分录有1至3年处于拖欠状态。

e. 翻修房未购买保险。

f. 安大略的仓库未设置安保，库存凌乱，亟待整理/移除。

g. 安大略区域的维护不符合租约条款的要求。

h. 未购买工人补偿保险,同时就前几年活动进行的持续审计获得解决,预期存在退款。

i. 从工资单中删除了非受雇于受托人控制实体的各类人员。

j. 对就区域中心提起的诉讼进行监督。向美国公民及移民服务局("美国移民局")提交的年度报告包含了不准确的信息,此类信息已经确定并提请编写报告的律师注意。

k. 2017年GHI纳税申报表已完成并经过审核,以保证报告数据的准确性。

l. 八份双月状况报告以及临时接管人的初始报告已经编制并提交法院。其中大部分是根据相关协议及命令和/或法院的进一步命令解决的。

m. 在2018年11月28日的和解协议中报告了不一致的情况。为尽快交割新贷款,该协议(在此情况下)已经匆匆获得通过。还需要进一步的谈判/协议和刚获签署的命令。

### B. 会计更新(截至2019年1月31日)

4. 期间:会计期间为2017年9月20日至2019年1月30日,未来支出估计概述如下。

5. 现金摘要:2017年9月20日的起始现金余额为4,372,589美元(证物"B",第1行)——从银行账户中扣除。此后,又存入8,211,508美元;该16个月期间的可用现金总额为12,584,097美元。现金收入包括出售翻修房的所得款项净额、仓库转租收入、建设管理费收入和杂项收入。

6. 现金支出:在该十六个月以上期间的现金支出总额为5,079,859美元。支出类别列在证物"B"中。截至2019年1月31日,手头现金总额为7,504,238美元。经回想,上述数字未考虑建设贷款的支出。证物"B"第二页显示了持有该笔现金的银行账户。

7. 未来支出:受托人预计未来支出如下:(a)支付2018年12月的费用/成本;(b)2019年1月至交割期间的付款,包括签发1099、W-2和工资纳税申报表的未来工作以及对纳税申报表的监督(共计39,949.96美元,详情见下文);和(c)分销代理的未来费用为50,000美元,扣除余额7,414,288美元。请参阅证物"C"。

## C. 费用申请

8. <u>活动概述</u>：此费用申请涵盖2018年12月（和解后）和（b）2019年1月至交割期间的费用。证物"D"是业已发生且在遗产交割期间将要发生的活动清单。

9. <u>费用总额</u>：证物"E"列出了12月至1月期间的摘要加详细时间条目以及预计交割时间。如上所述，该两个月以上期间的费用总额为39,949.96美元（混合小时费率：168.98美元）。与两个月结算摘要相比，该费用更令人接受，前者在前十四个月通常介于8万至9万美元之间。此申请反映了少量关于准备财务会计及报告（FAR）、解决于2018年11月28日协议/命令中的不一致情况和最终确定账目的累计时间以及监督2018年（由受托人负责期间）1099和工资纳税申报表的准备工作的活动。

   a. <u>受托人</u>：受托人工作时间为60.5个小时，平均折扣时薪为355.78美元，两个月以上期间的费用总额为21,524.60美元。受托人的重点是准备此次FAR，并为2018年11月28日协议/命令规定的纠正项提供支持，准备向债权人/投资者发出的通知以及规划遗产交割活动。

   b. 注册会计师：Collins先生工作时间为23.8个小时，折扣时薪为每小时275美元，两个月以上期间的费用总额为6,545美元。他参与编制了FAR时间表，并分析了2018年11月28日协议/命令的相关纠正项。

   c. <u>Ryan Baker，高级财务分析师</u>：Baker先生工作时间为2.3小时，时薪为203美元，费用总额为466.90美元。他负责监督被告的会计系统Peachtree。

   d. <u>Jim LeSieur，前现场经理</u>：在本期间，LeSieur先生的工作时间为6.1小时，时薪为125美元，费用总额为762.50美元。LeSieur先生参与完成安大略仓库的租赁工作以及确认投资者的地址。

   e. Nancy Michenaud，财务总监/首席簿记员：Michenaud女士申请按照56.8小时和95美元的工作时间和时薪批准费用共计5,396美元。她是负责监督所有存款、支票、电汇和分类账条目的主要财务总监/簿记员。她约有85%的时间用于处理有关未来工资税和1099的工作。

    f. <u>Aurora Bloom</u>：Bloom女士申请按照61.2小时和52美元的工作时间和时薪批准费用共计3,182.40美元。她协助Michenaud女士进行预期的簿记、银行账目核对和1099准备工作。

    g. <u>Kristina Godinez</u>：Godinez女士是律师助理和行政助理。她申请按照17.1小时和36美元的工作时间和时薪或615.60美元的总费用批准费用。她负责对所有文件进行电子归档并处理与档案相关的行政工作。

    h. <u>成本</u>：受托人申请批准费用1,456.96美元，包括税表（215美元）、受托人账簿及记录的保存和后续销毁（895.75美元）、通知邮资（111.41美元）、传真/复印（234美元）到期结案文件和档案。

10. <u>案件持续期间的费用及成本</u>：证物"F"按个人汇总了在整个案件中 受托人工作人员的费用总额情况。费用总额包括在此申请中提交的费用，共计701,531.90美元；总成本为6,037.93美元，共计707,569.83美元。截至目前，已支付667,619.87美元，未付余额为39,949.96美元。在整个案件期间，受托人及其工作人员的混合小时费率为187.47美元。

11. <u>预期——费用占支出的百分比</u>：美国国会要求经法院任命的第11章受托人（单独）在处理破产工作时有权获得最高约占总支出3.1%的薪酬。在此情况下，仅接管人的费用即达到29.7万美元（证物"F"），占目前支出总额的22%，即2250万美元（接管人支出750万美元，建设贷款支出1500万美元）。如果向投资者支付全额赔偿金（追加2750万美元），接管人的费用占收入总额的百分比将降至.00594%或百分之一的十分之六。在此情况下，曾协助接管人的全部工作人员则包括另外六位个人——注册会计师、财务分析师、现场经理、首席簿记员、助理簿记员和行政助理（律师助理），支付给上述七名人士（包括接管人）的总费用约占总支出的3%。如果按照当前的预期向45位投资者支付全额赔偿金，该比例将降至1.8%。如果上述情况均发生，则本案件将成为迄今为止该接管人效率最高的联邦股权接管案。

### D. 诉讼请求

12. 诉讼请求：基于上述事由，您的受托人请求本法院作出并达成命令，批准相关FAR以及所提出的费用及成本，并责令从可用资金中支付该等费用及成本。您的受托人请求本法院进一步作出并达成其认为适当和公正的命令。

日期：2019年1月31日

_____
Robert P. Mosier，受托人

# 受托人声明

我，Robert P. Mosier，声明并确认如下；在上述事项中，我是经正式任命的接管人/监督员（"受托人"）。我对本文中所叙述的事实和数字有第一手的了解。

证物"A"是关于GG-80项目新贷款的新闻稿。证物"B"是一份经更新的会计账目，为2017年9月至2019年1月30日期间现金收入/支出的摘要。该证物第二页显示了现金所在的银行账户。证物"C"是一份关于遗产交割的预计未来支出清单。证物"D"是2018年12月至2019年1月期间活动以及预期交割活动的详细清单。证物"E"汇总了每个人申请的工作时间、时薪和费用，以及成本摘要和每个申请人要求批准所引起费用和成本的详细时间表。证物"F"是案件期间费用总额情况的汇总摘要。

我声明本声明乃由我本人于2019年1月31日在加利福尼亚州科斯塔梅萨签署。

_____
Robert P. Mosier，
监督员兼接管人（"受托人"）

| | |
|---|---|
| 1 | 证物清单 |
| 2 | 证物 A：关于新 GG-80 贷款的新闻稿 |
| 3 | 证物 B：截至 2018 年 12 月 31 日的现金收入/支出一览表 |
| 4 | 证物 C：截至结案的未来现金支出一览表 |
| 5 | 证物 D：12 月/1 月至交割期间的活动清单 |
| | 证物 E：费用成本时间一览表 |
| 6 | 证物 F：迄今接管监督费用/成本项目一览表 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

 Mosier & Company, Inc.
 3151 Airway Avenue, Suite A-1, Costa Mesa CA 92626
 Telephone No. (714) 432-0800; Facsimile No. (714) 432-7329

On February 7, 2019 I caused to be served the documents entitled **NOTICE TO EB-5 INVESTORS OF FIDUCIARY'S FINAL ACCOUNT AND REPORT** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this company's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Costa Mesa, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Costa Mesa, California, with Express Mail postage paid.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

   I declare under penalty of perjury that the foregoing is true and correct.

Date: February 7, 2019          _____
                    Kristina Godinez

Chen, Qian

301 No. 5 Building No. 2, Xinle St. Baoan District, Shenzhen, Guangdong, China

Qu, Chengwei

1012 Chenghei Rd., Kunshan, Jiangshu, China 215300

Jiang, Yifei

RM. 701, No. 5 Lane 149, Dongan Rd, Xuhui District, Shanghai, China

Tu, Zhen

#8-1802 Hengmao Guo Ji Jua Cheng, Nanchang City, Jiangxi Province, China

Lin, Qi

Room 1702, No.8, Lane 168, East Nandan Road, Xuhui District, Shanghai, China 200030

Gu, Xiaoyi

Room 1801, No.1, Lane 19, Kaibin Road, Xuhui District, Shanghai, China

Sun, Shu

No.9, Wang Zhima Lane, Dongcheng District, Beijing, China

Huang Xiaoyun

No. 2 Group 8, Youhao Village, Maqiao Town, Minhang District, Shanghai, China

Gao Chengsen

Unit 8B, Gate 2, Building 302, Block C, Wangjing Atlantic City, Chaoyang District, Beijing, China

Kang Zhang

54 A Pool Road, North Haven, CT 06473

Zhang, Tian

2-1-302 Wang Jing Guo Ling Li, Chaoyang District, Beijing China

Zhang, Yimo

Room 2022, No. 1 Lane 555, Hailun Road Hongkou District, 200080, Shanghau, China

Chen, Nan

Room 10, Floor 5, Unite 4, Building 1, No.69 Xiaonan Street, Qingyang District, Chengdu. China 610000

Cui, Zhijie

Room 201, No.1 Lane, Xianxia Rd, Chagning District, Shanghai, China

Chang, Qing

1153, Zuoanmenwai Zifangyuan, Beijing

Hu, Chongyao

Room 803, Unit 4, Building 3, No.89, Nantong Road, Nanjing, Jiangsu Province, China

Wang, Ying

Room 1301, No.67, Lane 1500, Meichuan Rd, Putuo District, Shanghai, China 200333

Li Yongli

65A, Xinggangwanchengshilvzhou, Gangkou Town, Zhongshan, Guangdong, China

Bu Xiaoying

Room 502, No. 6, Lane 74, Wuning Road, Putuo District, Shanghai, China

Bing Wu

No. 60 Qian Machang, #401, Door 1 Building 3, Xicheng District, Beijing, China

Wang, Guanxin

Room 506, No. 942 Building, Zhongguancun, Haidian District, Beijing, China

Hu, Wenzhe

Room 2202, No,1 Lane 555, Hailun Road, Hongkou District, Shanghai China 200080

Wang, Mingming

46 Nong No. 3, # 103 Song Yuan Rd, Shanghai, China 200336

Li, Wenting

Room 401, No.53, Lane 798, Zhengguang Road, Putuo District, Shanghai, China

Niu, Jiawen

Tian Xiu Hua Yuan, Gu Yue Yuan Building No.29, 4#101, Tianxiu Rd., Haidian District, Beijing, 100193

Qiu, Shuijing

Room 201, No.88, Lane 188, Jufengyuan Rd, Baoshan District, Shanghai, China

Hu Jing

Room 101, Unit 1, No.36, Shashi Rd, Haidian District, Beijing, China

Yang Ping

Room 201, Unit 1, Building 6, Qinya Garden, Xihu District, Hangzhou, China

Dongmei Liu

1414 Wilson Ave, San Marino, CA 91108

Chuan Qin

Dong Sheng Men Wai Street, 3rd Floor 5-601, Xicheng District, Beijing, China

| | | |
|---|---|---|
| Dan Li | FengFeng Chen | Guoyan Li |
| Room 502, Building 51, University of Science Beijing, China | 301 No. 5 Building, No. 2 Xinle Street, Baoan District, Shenzhen, China | Room 1705, Building 5, Lishuilianhua, Xicheng District, Beijing, China |
| Hang Zhou | Jian Sun | Jinlin Qian |
| Room 901, Unit 5, Building 2, Yutao Garden, Xicheng District, Beijing, China | Room 601, Building B, No.1000 Gubei Road, Shanghai, China | #7-1320 1299 Nong Ding Xiang Road, Putong, Shanghai, China |
| Pengxi Liu | Shuikang Feng | Shuo Li |
| Room 901 Building 2, No.83 Hongfu Yuan, Changping District, Beijing China | No.1 Lane 445 West Tianshan Road, Room 906, Shanghai, China | 12-6 Xin Bei Road, Lai Guang Ying Conuty, Chaoyang Distirct, Beijing China |
| Weiyu Chen | Xianhong Yang | Xue Li |
| Shui Jun Chang'an Jia Yuan No.2 Yuan #2, ChaoYang District, Beijing China | No 42 Lane 1180 Hualing Road, Room 102, Baoshan District, Shanghai, China | Xia Jia Yuan 18, # 2152, Caoyang District, Beijing, China |
| Yijing Lu | Yuhuan Tang | Zhiwei Liu |
| No. 7 Lane 69 Songyuan Road, Room 1501, Changning District, Shanghai, China | No. 1000 Gubei Road, Room 601, Building B, Shanghai China | Room 65-401, 3536 Nong Yin Du Road, Minhang District, Shanghai China |