Robert P. Mosier
Craig M. Collins, CPA
MOSIER & COMPANY, INC.
3151 Airway Avenue, Suite A-1
Costa Mesa, California    92626
Telephone:    (714) 432-0800
Facsimile:    (714) 432-7329
E-Mail:    Rmosier@Mosierco.com

Court Appointed Receiver and Monitor ("Fiduciary")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD CHEN,<br>JEAN CHEN,<br>HOME PARADISE INVESTMENT CENTER, LLC,<br>GH INVESTMENT LP,<br>GH DESIGN GROUP, LLC,<br>GOLDEN GALAXY, LP AND<br>MEGA HOME, LLC,<br><br>Defendants. | Case No: CV 17-6929 PA (JEMx)<br>Assigned for all purposes to the Honorable Percy Anderson<br><br>**FIDUCIARY'S DECLARATION RE FIRST SUPPLEMENT TO THE FIDUCIARY'S FINAL ACCOUNT & REPORT: MINOR CHANGE IN CASH BALANCE GOING FORWARD.**<br><br>Date:    April 8, 2019<br>Time:   1:30 PM<br>CTRM:  9A, 350 W. 1st ST. LA |

**I, Robert P. Mosier, declare and affirm as follows:** After filing the Fiduciary's Final Account and Report ("FAR") and notices thereof, I received a call from Jeffrey George, CPA who is the lead forensic accountant with RGL Forensics ("RGL") (now Baker Tilly Virchow Krauss, LLP, through a merger). Mr. George advised that RGL is owed $7,450 (bill attached as Exhibit "A"). I was unaware of this balance when I filed the FAR.

The purpose of this First Supplement to the Receiver's FAR is to present a slightly modified cash projection for cash available at the conclusion of the Receivership. The FAR forecasts that there will be $7,414,288 remaining after fees and previously known outstanding invoices are paid. With the payment of this additional bill of $7,450, the aggregate remaining cash forecast is $7,406,838. The amount owing is approximately 0.1% of the projected cash on hand.

In terms of the budget for the forensic accounting, the total estimate was $45,000 to $65,000. RGL has been paid $41,566 to date. With this latest bill, the final cost of the forensic accounts is $49,016 which is 25% less than the Court approved upper range and slightly less than half way between the low range and the high range.

While this is a slightly negative adjustment to the projected total cash on hand (one-tenth of one percent), I have not re-noticed the FAR as the additional fees are immaterial compared to the total fees of the Receivership.

In other news, my office has received approximately a dozen inquires as to why the recipient of the FAR notice was receiving the notice. In all cases, the recipients were companies or individuals that/who had received a check from the Receivership estate. One municipality sent a form to be completed for reconsideration of a parking meter fine. The period to file an objection has not run. But at this juncture, I am not aware of any creditors who will file objections. Of course, this could change.

I declare that this declaration was signed by me on the 5th day of March 2019 in Costa Mesa, CA.

_____
Robert P. Mosier, Fiduciary

EXHIBIT "A"

Baker Tilly Virchow Krause, LLP
7887 East Belleview Ave • Suite 1200
Denver, CO 80111 • 303 721 8898

**Robert Mosier**
MOSIER & COMPANY INC - USD
3151 Airway Avenue
Suite A-1
Costa Mesa, CA 92626

Invoice Date : February 22, 2019
Invoice Number : BT1367585
Client Number : 150311

| INVOICE | AMOUNT |
|---|---|
| **Fees** | |
| For professional services regarding: | $7,450.00 |
| Securities Exchange Commission v Edward & Jean Chen et al | |
| RGL job 10633838 | |
| RGL client 138566 | |
| reference CV-17-6929 PA | |
| BT client 150311 | |
| BT project 1244307 | |
| Fees Total: | $7,450.00 |
| Expenses Total: | $0.00 |
| **Invoice Total:** | **$7,450.00** |

For questions, comments or suggestions, please contact Diana Sklenar- Hallberg at 303 721 8898.

**Invoice is payable upon receipt or previously agreed upon terms.**

To pay by EFT (Electronic Funds Transfer) visit www.bakertilly.com/payment

| Please ACH or wire payment to: | Or send payment to: | Reference: |
|---|---|---|
| US Bank, Milwaukee, WI<br>Routing No: 075000022<br>Account No: 312220280<br>Reference Invoice #: BT1367585 | Baker Tilly Virchow Krause, LLP<br>Box 78975<br>Milwaukee, WI 53278-8975 | Client Number: 150311<br>Invoice Number: BT1367585<br>Amount enclosed: $_____ |

EXHIBIT A 3

| Description | Hours | Rate | Totals |
|---|---|---|---|
| **Jeffrey George:** | | | |
| 9/5/2018 - Analysis of FFIG Bank Statements | 0.50 | 350.00 | 175.00 |
| 9/7/2018 - Analysis of FFIG bank statements | 0.90 | 350.00 | 315.00 |
| 9/10/2018 - Analysis of FFIG General Ledger | 1.10 | 350.00 | 385.00 |
| 9/18/2018 - Analysis of FFIG Banking Information | 2.50 | 350.00 | 875.00 |
| 10/1/2018 - Finalize FFIG bank analysis | 8.00 | 350.00 | 2,800.00 |
| **Andy Guzman:** | | | |
| 9/10/2018 - Performed a completeness check of data captured in excel from bank statements, manually extracted bank statement check and payee information, and began categorization of deposits and expenses data for FFIG. | 10.00 | 290.00 | 2,900.00 |
| **Totals** | **23.00** | | **7,450.00** |

EXHIBIT A 4

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

    Mosier & Company, Inc.
    3151 Airway Avenue, Suite A-1, Costa Mesa CA 92626
    Telephone No. (714) 432-0800; Facsimile No. (714) 432-7329

On March 7, 2019 I caused to be served the documents entitled **FIRST SUPPLEMENT TO THE FIDUCIARY'S FAR** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this company's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Costa Mesa, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Costa Mesa, California, with Express Mail postage paid.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

_____
Date: March 7, 2019                 Kristina Godinez