UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-6929 PA (JEMx) | Date | March 28, 2019 |
|---|---|---|---|
| Title | Securities & Exchange Commission v. Edward Chen, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS – COURT ORDER

  Before the Court is a Motion for Approval of Final Accounting and Compensation filed by Robert Mosier, who was appointed by the Court initially as the Receiver, became the Monitor, and is now the Distribution Agent ("Mosier") (Docket No. 195). Defendants Edward and Jean Chen (collectively, the "Chens") have filed an Opposition, but the Court has received no objections or oppositions from any of the investors or other interested parties. Nor has the Court received any brief from plaintiff Securities and Exchange Commission ("SEC"). In light of the issues raised by the Chens in their Opposition, the Court concludes that it would benefit from receiving a brief from the SEC in which it provides its position concerning the proposed Final Account and Report, Mosier's request for the payment of additional fees, the propriety of the relief Mosier seeks in his Motion, and a proposed Order consistent with the SEC's position. The SEC shall file its Brief and proposed Order by no later than April 8, 2019.

  Among the objections raised in the Chen's Opposition is that Mosier did not support his Motion with a declaration signed under penalty of perjury. Pursuant to 28 U.S.C. § 1746, declarations should be "in substantially the following form" if executed within the United States: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing it true and correct. Executed on (date). (Signature)." 28 U.S.C. § 1746. The Court orders Mosier to submit a revised declaration <u>under penalty of perjury</u> that the facts, exhibits, and statements contained in his prior declarations are true and correct. Mosier's revised declaration shall be filed by no later than April 4, 2019.

  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that the Motion for Approval of Final Accounting and Compensation is appropriate for decision without oral argument. The hearing calendared for April 8, 2019, is vacated, and the matter taken off calendar. The Court will notify the parties once it has issued a ruling on the Motion.

  IT IS SO ORDERED.