UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-6929 PA (JEMx) | Date | April 12, 2019 |
|---|---|---|---|
| Title | Securities & Exchange Commission v. Edward Chen, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

Before the Court is a Motion for Approval of Final Accounting and Compensation filed by Robert Mosier, who was appointed by the Court initially as the Receiver, became the Monitor, and is now the Distribution Agent ("Mosier") (Docket No. 195). Defendants Edward and Jean Chen (collectively, the "Chens") have filed an Opposition. The Court ordered that plaintiff Securities and Exchange Commission ("SEC") to file a brief providing its position. The SEC has now done so and urges the Court to approve Mosier's Motion. The Court has received no objections or oppositions from any of the investors or other interested parties. The Court previously concluded, pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, that this matter was appropriate for decision without oral argument and vacated the hearing.

"At the termination of a receivership, the receiver shall file a final accounting of the receipts and disbursements and apply for compensation setting forth the amount sought and the services rendered by the receiver." 28 U.S.C. § 3103(g)(3). According to Mosier's Motion for Approval of Final Accounting and Compensation, Mosier seeks approval for an additional $39,949.96 in fees and costs for work performed in December 2018 and January 2019, plus $7,450.00 in further compensation to RGL Forensics for accounting work the Court previously authorized. The Court has granted Mosier's prior interim requests for fees and costs of $667,619.87. Mosier's Final Accounting indicates that the total cash disbursements for the period beginning in September 2017 is $5,079,859 and that there is currently "total cash on hand," as of January 31, 2019, of $7,504,238. Mosier anticipates the receipt of additional funds upon the completion and sale of the Golden Galaxy condominium project that will eventually be distributed to the investors.

No party, including the Chens, objected to Mosier's earlier requests for fees and costs. The Chens do, however, object to Mosier's current request for further compensation because, according to them, Mosier has already been compensated for his work as the Receiver and Monitor and the settlement agreement between the Chens and SEC that has resolved this action

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-6929 PA (JEMx) | Date | April 12, 2019 |
|---|---|---|---|
| Title | Securities & Exchange Commission v. Edward Chen, et al. | | |

provides for an additional $50,000.00 in fees and costs to compensate Mosier for the work he will perform as the Distribution Agent. Although the Chens object to some of the factual statements and characterizations made in Mosier's Motion, they do not dispute the accuracy of financial information contained in the Final Accounting. Nor do the Chens include any specific arguments about the amount or reasonableness of any of the work performed by Mosier during December 2018 and January 2019.

    Having reviewed Mosier's Final Accounting, the evidence in support of it, the Chens' Opposition, and the SEC's Brief, the Court concludes that the fees and expenses incurred by Mosier and his firm during December 2018 and January 2019 were reasonable, necessary, and that Mosier is entitled to compensation for that work in his role as the receiver pursuant to 28 U.S.C. § 3103(g). The Court additionally approves the payment to RGL Forensics. The Court therefore grants Mozier's Motion for Compensation and authorizes the payment of $39,949.96 in fees and costs to Mozier and his firm and $7,450.00 to RGL Forensics. The Court also approves the Final Accounting submitted with Mosier's Motion.

    IT IS SO ORDERED.