1  Edward Gartenberg   (SB# 102693)
2  Milena Dolukhanyan (SB#303157)
   GARTENBERG GELFAND HAYTON LLP
   15260 Ventura Boulevard, Suite 1920
3  Sherman Oaks, California 91403
   Telephone: (213) 542-2100
4  Facsimile:  (213) 542-2101
   Emails:     egartenberg@gghslaw.com
5              mdolukhanyan@gghslaw.com
   Attorneys for Defendant
6  EDWARD CHEN
   NICOLAS MORGAN  (SB# 166441)
7  nicolasmorgan@paulhastings.com
   THOMAS A. ZACCARO  (SB# 183241)
8  thomaszaccaro@paulhastings.com
   PAUL HASTINGS LLP
9  515 South Flower Street
   Twenty-Fifth Floor
10 Los Angeles, California  90071-2228
   Telephone:  1(213) 683-6000
11 Facsimile:  1(213) 627-0705

12 Attorneys for Defendant
   JEAN CHEN
13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16                    WESTERN DIVISION

17

18 SECURITIES AND EXCHANGE          CASE NO. 2:17-cv-06929-PA-JEM
   COMMISSION,
19
                Plaintiff,
20                                   **STIPULATION RE PARTIAL
        vs.                          DISTRIBUTIONS**
21
   EDWARD CHEN, JEAN CHEN,           Judge: Hon. Percy Anderson
22 HOME PARADISE INVESTMENT          Courtroom: 9A
   CENTER LLC, GH INVESTMENT LP,
23 GH DESIGN GROUP, LLC, GOLDEN
   GALAXY LP, MEGA HOME, LLC,
24
                Defendant.
25

26

27

28

                                     STIPULATION RE PARTIAL
                                           DISTRIBUTIONS

Plaintiff Securities and Exchange Commission ("Plaintiff"), by and through its undersigned counsel, and Defendants Jean Chen and Edward Chen (together, the "Chens"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on September 20, 2017 Plaintiff filed this action against Defendants Edward Chen, Jean Chen, Home Paradise Investment Center LLC, GH Investment LP, GH Design Group, LLC, Golden Galaxy LP, and Mega Home, LLC (collectively, "Defendants");

WHEREAS, on November 19, 2018 the Court entered final judgments as to Defendants Edward Chen, Jean Chen, GH Investment LP, GH Design Group, LLC, Golden Galaxy LP, and Mega Home, LLC (collectively, the "Judgments"), requiring those Defendants to, among other things, jointly and severally pay $25,828,098 in disgorgement and pre-judgment interest;

WHEREAS, on November 28, 2018 the Court entered the Order Granting Stipulation re: (1) Creation of Distribution Fund; (2) Appointment of a Distribution Agent; (3) Plan of Distribution and Payment of Fees to the Distribution Agent ("Distribution Order"), which described Robert Mosier's new role as the Distribution Agent for the Distribution Fund created pursuant to Section 308(a) of the Sarbanes-Oxley Act and terminated all powers and duties of Mr. Mosier previously provided in the January 11, 2018 Corrected Stipulation and Order re Order to Show Cause Regarding Receiver (Dkt. No. 75);

WHEREAS, on February 7, 2019, Mr. Mosier filed a Final Account and Report (Dkt. No. 196) stating that of the $9.5 million invested by the 19 investors in GH Investment LP (the "GH Project") (as referenced in Mr. Mosier's earlier report at Dkt. No. 38), Mr. Mosier has "$7.5 million projected net cash on hand" representing approximately 79% of the $9.5 million invested in the GH Project;

WHEREAS, counsel who was previously engaged pursuant to stipulation and Court Order to prepare certain filing with respect to EB-5 immigration issues and

has otherwise provided advice concerning EB-5 issues related to the projects involved in this litigation ("Immigration Counsel") has advised that to attempt to remain eligible for removing conditions on their green card, EB-5 investors are required to continuously maintain their capital investments made in connection with their EB-5 application for the complete two year conditional permanent resident period.  Immigration Counsel has further advised that given the current status of their EB-5 immigration application process  two investors in the GH Project, Dong Mei Liu and Yunhuan Tang ("Liu and Tang"), should have their principal investment amounts of $500,000 each redirected to another EB-5 project to remain eligible for a permanent green card.  Accordingly, these investors have requested that the Distribution Agent be authorized and directed to immediately transfer the principal amount of $500,000 plus a $45,000 management fee for each of them from the Distribution Fund to EB-5 projects which Liu and Tang will identify to the Distribution Agent; and

WHEREAS, only 79% of the funds invested in the GH Project is available for distribution, Liu's and Tang's pro rata share of the GH Project funds available for distribution is $395,000 each, leaving a combined deficit of $210,000;

NOW THEREFORE, the parties hereby STIPULATE that, subject to the approval of the Court:

1. Defendants Edward Chen and Jean Chen may pay $210,000 plus $90,000 to offset the combined management fees to the Distribution Agent in partial satisfaction of the joint and several disgorgement and prejudgment interest amounts required to be paid by the Judgments; and

2. Upon receipt of the $300,000, the Distribution Agent is authorized and directed to immediately transfer the principal amount of $500,000 plus a $45,000 management fee for each of them from the Distribution Fund to EB-5 projects which Liu and Tang will identify to the Distribution Agent. These amounts shall be deducted from any proportionate distribution that

STIPULATION RE PARTIAL
DISTRIBUTIONS

1    would otherwise have been made for the benefit of Liu and Tang as part

2    of the ultimate disbursement of the Distribution Fund.

3

4        **Respectfully Submitted and Agreed:**

5    DATED:  May 7, 2019                    DONALD W. SEARLES
                                            JUNLING MA
6                                           SECURITIES AND EXCHANGE
                                            COMMISSION
7

8
                                            By:  /s/ Donald W. Searles
9                                                 DONALD W. SEARLES

10                                          Attorneys for Plaintiff
                                            SECURITIES AND EXCHANGE
11                                          COMMISSION

12

13
     DATED:  May 7, 2019                    EDWARD GARTENBERG
14                                          MILENA DOLUKHANYAN
                                            GARTENBERG GELFAND HAYTON
15                                          LLP

16

17                                          By:  /s/ Edward Gartenberg
                                                  EDWARD GARTENBERG
18
                                            Attorneys for Defendant
19                                          EDWARD CHEN

20

21   DATED:  May 7, 2019                    NICOLAS MORGAN
                                            THOMAS A. ZACCARO
22                                          PAUL HASTINGS LLP

23

24                                          By:  /s/ Nicolas Morgan
                                                  NICOLAS MORGAN
25
                                            Attorneys for Defendant
26                                          JEAN CHEN

27

28