Edward Gartenberg (SB# 102693)
Milena Dolukhanyan (SB#303157)
GARTENBERG GELFAND HAYTON LLP
15260 Ventura Boulevard, Suite 1920
Sherman Oaks, California 91403
Telephone: (213) 542-2100
Facsimile: (213) 542-2101
Emails: egartenberg@gghslaw.com
         mdolukhanyan@gghslaw.com
Attorneys for Defendant
EDWARD CHEN

NICOLAS MORGAN (SB# 166441)
nicolasmorgan@paulhastings.com
THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705
Attorneys for Defendant
JEAN CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD CHEN, JEAN CHEN, HOME PARADISE INVESTMENT CENTER LLC, GH INVESTMENT LP, GH DESIGN GROUP, LLC, GOLDEN GALAXY LP, MEGA HOME, LLC,<br><br>Defendant. | CASE NO. 2:17-cv-06929-PA-JEM<br><br>**ORDER GRANTING STIPULATION RE PARTIAL DISTRIBUTIONS**<br><br>Judge: Hon. Percy Anderson<br>Courtroom: 9A |

The Court having considered the Parties' Stipulation re Partial Distributions ("Stipulation"), and for good cause shown, it is hereby ORDERED that the Stipulation is GRANTED and:

    1.    Defendants Edward Chen and Jean Chen may pay $210,000 plus $90,000 to offset the combined management fees to the Distribution Agent in partial satisfaction of the joint and several disgorgement and prejudgment interest amounts required to be paid by the Judgments; and

    2.    Upon receipt of the $300,000, the Distribution Agent is authorized and directed to immediately transfer the principal amount of $500,000 plus a $45,000 management fee for each of them from the Distribution Fund to EB-5 projects which Liu and Tang will identify to the Distribution Agent. These amounts shall be deducted from any proportionate distribution that would otherwise have been made for the benefit of Liu and Tang as part of the ultimate disbursement of the Distribution Fund.

**IT IS SO ORDERED**

DATED: May 7, 2019

                                              Hon. Percy Anderson
                                     UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 98510951.1