1 | Edward Gartenberg   (SB# 102693)
Milena Dolukhanyan (SB#303157)
2 | GARTENBERG GELFAND HAYTON LLP
15260 Ventura Boulevard, Suite 1920
3 | Sherman Oaks, California 91403
Telephone: (213) 542-2100
4 | Facsimile:  (213) 542-2101
Emails: egartenberg@gghslaw.com
5 |        mdolukhanyan@gghslaw.com
Attorneys for Defendant
6 | EDWARD CHEN

7 | NICOLAS MORGAN  (SB# 166441)
nicolasmorgan@paulhastings.com
8 | THOMAS A. ZACCARO  (SB# 183241)
thomaszaccaro@paulhastings.com
9 | PAUL HASTINGS LLP
515 South Flower Street
10 | Twenty-Fifth Floor
Los Angeles, California  90071-2228
11 | Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705
12 | Attorneys for Defendant
JEAN CHEN

13

14 | UNITED STATES DISTRICT COURT

15 | CENTRAL DISTRICT OF CALIFORNIA

16 | WESTERN DIVISION

17

18 | SECURITIES AND EXCHANGE
COMMISSION,
19 |                          Plaintiff,
20
21 |          vs.
22 | EDWARD CHEN, JEAN CHEN,
HOME PARADISE INVESTMENT
CENTER LLC, GH INVESTMENT LP,
23 | GH DESIGN GROUP, LLC, GOLDEN
GALAXY LP, MEGA HOME, LLC,
24
25 |                          Defendant.

CASE NO. 2:17-cv-06929-PA-JEM

**ORDER REGARDING FINAL SATISFACTION OF JUDGMENTS**

Judge:  Hon. Percy Anderson
Courtroom:  9A

26

27

28

LEGAL_US_W # 114927176.1

[PROPOSED] ORDER GRANTING
STIPULATION REGARDING FINAL
SATISFACTION OF JUDGMENTS

1    The Court having considered the Parties' Stipulation Regarding Final

2  Satisfaction of Judgments ("Stipulation"), and for good cause shown, it is hereby

3  ORDERED that the Stipulation is GRANTED and:

4       1. Defendants Edward Chen, Jean Chen, GH Investment LP, GH Design

5          Group, LLC, Golden Galaxy LP, and Mega Home, LLC (the

6          "Defendants") have satisfied the monetary amounts due (disgorgement,

7          prejudgment interest, and civil penalties) under the Judgments.

8

9  **IT IS SO ORDERED**

10

11  DATED:  January 23, 2023        _____
                                          Percy Anderson
12                                  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
STIPULATION REGARDING FINAL
SATISFACTION OF JUDGMENTS